AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| IpLearn, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 11-825-LPS |
| WBT Systems Ltd., et al. | ) | |
| *Defendant* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Oracle Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Arthur G. (Chip) Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 6 2011

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-825-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ORACLE CORPORATION
was received by me on *(date)* 10/7/11

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* PAUL MATTHEWS (PROCESS AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ORACLE CORPORATION C/O CORPORATION SERVICE CO. 2711 CENTERVILLE RD. WILMINGTON, DE on *(date)* 10/7/11, or

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10/7/11

*Server's signature*

KEVIN S. DUNN
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS & 1ST AMENDED COMPLAINT