IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between plaintiff IpLearn, LLC and defendant Element K Corporation ("Element K"), subject to the approval of the Court, that the time for Element K to answer, move or otherwise respond to the amended complaint is extended until November 1, 2011.


CONNOLLY BOVE LODGE & HUTZ LLP     POTTER ANDERSON & CORROON LLP

By: /s/ Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    aconnollyIII@cblh.com

*Attorneys for Plaintiff*
*IpLearn, LLC*

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation*

Dated: October 12, 2011
1030969

SO ORDERED, this _____ day of _____, 2011.

_____
United States District Judge

SO ORDERED, this _____ day of _____, 2011.