IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| AVNET INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Mary B. Graham of the law firm of Morris, Nichols, Arsht & Tunnell LLP hereby enters her appearance on behalf of defendant Oracle Corporation, without waiver of any rights with respect to Oracle Corporation's defenses in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

Andrew B. Grossman
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

October 13, 2011
4539777