IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-LPS |
| | ) |
| AVNET, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND PROPOSED ORDER**

Plaintiff IPLearn, LLC and defendant Pearson Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for Pearson Inc. to answer, move, or otherwise respond to the Complaint shall be extended through and including November 1, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly III*

Arthur G. Connolly III (No. 2667)
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
aconnollyiii@cblh.com
*Attorneys for IPLearn, LLC*

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Pearson Inc.*

Dated: October 19, 2011

SO ORDERED THIS _____ day of _____, 2011.

United States District Court Judge