IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-825-LPS |
| ) | |
| AVNET, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**STIPULATION TO EXTEND TIME FOR DEFENDANT TRIVANTIS
CORPORATION INC. TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendant Trivantis Corporation Inc. ("Trivantis"), hereby stipulate and agree that the deadline for Trivantis to answer, move, or otherwise respond to the First Amended Complaint filed by IpLearn on October 5, 2011 (D.I. 15) is extended to and including November 11, 2011.

DATED: October 20, 2011

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| */s/ Arthur G. Connolly, III* | */s/ Karen L. Pascale* |
| Arthur G. Connolly, III (#2667) | Karen L. Pascale (#2903) |
| Kristen Healey Cramer (#4512) | The Brandywine Building |
| Jeremy D. Anderson (#4515) | 1000 West Street, 17th Floor |
| The Nemours Building | Wilmington, DE 19801 |
| 1007 North Orange Street | (302) 571-6600 |
| Wilmington, DE 19801 | *kpascale@ycst.com* |
| (302) 658-9141 | |
| *AConnollyIII@cblh.com* | |
| *kcramer@cblh.com* | |
| *janderson@cblh.com* | |

- 2 -

OF COUNSEL:

Wayne O. Stacy
Orion Armon
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
(720) 466-4000

Tom Friel
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
(415) 693-2000

*Attorneys for Plaintiff,*
*IpLearn, LLC*

OF COUNSEL:

J. Robert Chambers
WOOD, HERRON & EVANS
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324

Stuart C. Brinn
R. Guy Taft
STRAUSS & TROY
The Federal Reserve Building
150 East Fourth Street
Cincinnati, Ohio 45202-4018
(513) 621-2120

*Attorneys for Defendant*
*Trivantis Corporation Inc.*

SO ORDERED this _____ day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE