IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) C.A. No. 11-825-LPS |
| v. | ) ) ) |
| WBT SYSTEMS, LTD, *et al.*, | ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendants WBT Systems, Ltd. and WBT Systems, Inc. (collectively "WBT Systems") as follows:

1. The undersigned counsel for WBT Systems has accepted service of the Amended Complaint (D.I. 15) on behalf of WBT Systems.

2. Subject to the approval of the Court, the time within which WBT Systems shall answer, move or otherwise respond to the Amended Complaint is extended until January 20, 2012.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MAYER BROWN LLP |
| */s/ Arthur G. Connolly, III* | */s/ Brian A. Rosenthal* |
| Arthur G. Connolly, III (#2667)<br>Kristen Healey Cramer (#4512)<br>Jeremy D. Anderson (#4515)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 888-6318<br>aconnollyIII@cblh.com<br>kcramer@cblh.com<br>janderson@cblh.com | Brian A. Rosenthal<br>Mayer Brown LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br>(302) 263-3446<br>brosenthal@mayerbrown.com<br><br>*Counsel for Defendants WBT Systems, Ltd. and WBT Systems, Inc.* |
| *Counsel for Plaintiff IpLearn, LLC* | |

DATED: October __, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge