IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Lawson Software Inc. ("Lawson"), subject to the approval of the Court, that the time for Lawson to answer, move or otherwise respond to the amended complaint (D.I. 15) is extended until November 2, 2011.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | GIBSON DUNN |
| /s/ Arthur J. Connolly, III | /s/ Paul E. Torchia |
| Arthur G. Connolly, III (#2667) | Paul E. Torchia |
| Kristen Healey Cramer (#4512) | 200 Park Avenue |
| Jeremy D. Anderson (#4515) | New York, NY 10166-0193 |
| The Nemours Building | (212) 351.3953 |
| 1007 North Orange Street | PTorchia@gibsondunn.com |
| Wilmington, DE 19801 | |
| (302) 888-6318 | *Counsel for Defendant Lawson Software Inc.* |
| aconnollyIII@cblh.com | |
| kcramer@cblh.com | |
| janderson@cblh.com | |
| | |
| *Counsel for Plaintiff IpLearn, LLC* | |

DATED: October 21, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge