IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IPLEARN, LLC**, a California Limited Liability Company,<br><br>             Plaintiff,<br><br>v.<br><br>**WBT SYSTEMS LTD.**, an Irish company; **WBT SYSTEMS, INC.**, a Delaware corporation; **BEELINE ACQUISITION CORP.**, a Florida corporation; **CENGAGE LEARNING, INC.**, a Delaware corporation; **CONNECTIONS EDUCATION LLC**, a Delaware limited liability company; **ELEMENT K CORPORATION**, a Delaware corporation; **HALOGEN SOFTWARE INC.** a Canadian corporation; **KENEXA CORPORATION**, a Pennsylvania corporation; **LAWSON SOFTWARE INC.**, a Delaware corporation; **META4 USA INC.**, a Delaware corporation; **MZINGA, INC.**, a Delaware corporation; **OPERITEL CORPORATION,** a Canadian corporation; **ORACLE CORPORATION**, a Delaware corporation; **PEARSON INC.**, a Delaware corporation; **LUMESSE AS**, a United Kingdom company; **LUMESSE, INC.**, a Florida corporation; **TECHNOMEDIA TRAINING INC.**, a Canadian corporation; **TRIVANTIS CORPORATION INC.**, a Delaware corporation; **THE ULTIMATE SOFTWARE GROUP, INC.**, a Delaware corporation,<br><br>             Defendants. | C.A. No. 11-825-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on October 5, 2011, plaintiff IpLearn, LLC filed an amended complaint (D.I. 15) in this action against Pearson Inc. and the other named defendants, alleging patent infringement; and

WHEREAS, the parties hereto wish to substitute NCS Pearson, Inc., a Delaware corporation, as a defendant for Pearson Inc. in this action.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. NCS Pearson, Inc. is substituted for the currently named defendant Pearson Inc.

2. To effect this substitution, defendant Pearson Inc. is dismissed from this case without prejudice (and deleted from the case caption) and defendant NCS Pearson, Inc. is added to the case caption, replacing defendant Pearson Inc.

3. All allegations and references to Pearson Inc. in the amended complaint (D.I. 15) will apply in full to NCS Pearson, Inc.

4. All subsequent pleadings should reflect the proper Pearson entity – NCS Pearson, Inc. as defendant.

| CONNOLLY BOVE LODGE & HUTZ LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| /s/Arthur G. Connolly, IIII | /s/John W. Shaw |
| Arthur G. Connolly III (No. 2667) | John W. Shaw (No. 3362) |
| 1007 North Orange Street | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 658-9141 | (302) 571-6600 |
| aconnollyiii@cblh.com | jshaw@ycst.com |
| *Attorneys for IPLearn, LLC* | *Attorneys for Pearson Inc. and NCS Pearson, Inc.* |

Dated: October 25, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
United States District Court Judge

#4521322