IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| WBT SYSTEMS LTD., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by IPLearn LLC and Oracle Corporation, subject to the approval of the Court, that the time for Oracle Corporation to move, answer or otherwise respond to the Amended Complaint (D.I. 15) is extended to November 28, 2011.

CONNOLY BOVE LODGE & HUTZ LLP     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*                  */s/ Mary B. Graham*

Arthur G. (Chip) Connolly, III (#2667)     Mary B. Graham (#2256)
Kristen Healey Cramer (#4512)              1201 N. Market Street
Jeremy D. Anderson (#4515)                 P.O. Box 1347
1007 North Orange Street                   Wilmington, DE 19899-1347
Wilmington, DE 19801                       (302) 658-9200
AConnollyIII@cblh.com                      mgraham@mnat.com
kcramer@cblh.com                              *Attorneys for Oracle Corporation*
janderson@cblh.com
   *Attorneys for IPLearn LLC*

October 26, 2011

SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

4555748