# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WBT SYSTEMS, LTD, *et al.*, <br><br> Defendants. | C.A. No. 11-825-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Richard D. Kirk and Stephen B. Brauerman of Bayard, P.A. on behalf of defendants Lumesse AS and Lumesse, Inc.

| | |
|---|---|
| October 26, 2011 | BAYARD, P.A. <br><br> /s/ *Richard D. Kirk* <br> Richard D. Kirk (rk0922) <br> Stephen B. Brauerman (sb4952) <br> 222 Delaware Avenue, Suite 900 <br> P.O. Box 25130 <br> Wilmington, DE 19899-5130 <br> rkirk@bayardlaw.com <br> sbrauerman@bayardlaw.com <br> (302) 655-5000 <br><br> *Attorneys for Defendants* <br> *  Lumesse AS and Lumesse, Inc.* |