# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>WBT SYSTEMS, LTD, *et al.,*<br><br>            Defendants. | C.A. No. 11-825-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearances of Richard D. Kirk and Stephen B. Brauerman of Bayard, P.A. on behalf of defendant Cengage Learning, Inc.

October 26, 2011

BAYARD, P.A.

/s/ *Richard D. Kirk*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899-5130
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
(302) 655-5000

*Attorneys for Defendant*
  *Cengage Learning, Inc.*