**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) | |
| WBT SYSTEMS, LTD, *et al.,* | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendants Lumesse AS and Lumesse, Inc. (collectively "Lumesse") as follows:

1. The undersigned counsel for Lumesse has accepted service of the Amended Complaint (D.I. 15) on behalf of Lumesse.

2. Subject to the approval of the Court, the time within which Lumesse shall answer, move or otherwise respond to the Amended Complaint is extended until January 20, 2012.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | BAYARD, P.A. |
| /s/Arthur G. Connolly, III | /s/Richard D. Kirk |
| Arthur G. Connolly, III (#2667) | Richard D. Kirk (#0922) |
| Kristen Healey Cramer (#4512) | 222 Delaware Avenue, Suite 900 |
| Jeremy D. Anderson (#4515) | P.O. Box 25130 |
| The Nemours Building | Wilmington, DE 19899-5130 |
| 1007 North Orange Street | (302) 655-5000 |
| Wilmington, DE 19801 | rkirk@bayardlaw.com |
| (302) 888-6318 | |
| aconnollyIII@cblh.com | *Counsel for Defendants Lumesse AS and* |
| kcramer@cblh.com | *Lumesse, Inc.* |
| janderson@cblh.com | |

*Counsel for Plaintiff IpLearn, LLC*

DATED: October __, 2011

    SO ORDERED THIS _____ day of _____, 2011.

                                                                                                _____
                                                                              The Honorable Leonard P. Stark
                                                                              United States District Court Judge