**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-LPS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WBT SYSTEMS LTD., *et al.,* | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between plaintiff IpLearn, LLC and defendant

Ultimate Software Group, Inc. ("Ultimate Software"), subject to the approval of the Court, that

the time for Ultimate Software to answer, move or otherwise respond to the amended complaint

is extended until November 14, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP        POTTER ANDERSON & CORROON LLP

By: */s/ Arthur G. Connolly, III*            By: */s/ Philip A. Rovner*
       Arthur G. Connolly, III (#2667)                Philip A. Rovner (#3215)
       The Nemours Building                           Jonathan A. Choa (#5319)
       1007 North Orange Street                       Hercules Plaza
       Wilmington, DE 19801                           P.O. Box 951
       (302) 658-9141                                 Wilmington, DE 19899
       aconnollyIII@cblh.com                          (302) 984-6000
                                                      provner@potteranderson.com
*Attorneys for Plaintiff*                             jchoa@potteranderson.com
*IpLearn, LLC*
                                                      *Attorneys for Defendant*
                                                      *Ultimate Software Group, Inc.*

Dated: October 26, 2011
1032367

SO ORDERED, this _____ day of _____, 2011.


                                        _____
                                        United States District Judge