# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, ) ) ) ) Plaintiff, ) ) ) V. ) ) WBT SYSTEMS, an Irish Company, *et al.,* ) ) Defendants. ) ) | C.A. No. 11-825-LPS<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Please enter the appearance of Daniel M. Silver, Esquire of McCarter & English, LLP on behalf of Defendant Connections Education, LLC without waiver of Connections Education, LLC's right to assert any defenses in this action.

|  |  |
|---|---|
|  | MCCARTER & ENGLISH, LLP |
|  | /s/ Daniel M. Silver |
| OF COUNSEL: | Daniel M. Silver (DE #4758)<br>Renaissance Centre |
| Rudolph A. Telscher<br>Kara R. Fussner (DE #3884)<br>HARNESS, DICKEY & PIERCE, PLC<br>7700 Bonhomme, Suite 400<br>Clayton, MO 63105<br>Tel: (314) 726-7516<br>Fax: (314) 726-7501<br>*rtelscher@hdp.com*<br>*kfussner@hdp.com* | 405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>*dsilver@mccarter.com*<br><br>*Attorneys for Connections Education, LLC* |

Dated: October 26, 2011

ME1 12444868v.1