# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WBT SYSTEMS, an Irish Company, *et al.*, )<br>)<br>Defendants. )<br>) | C.A. No. 11-825-LPS<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED, between Plaintiff IpLearn, LLC and Defendant Connections Education, LLC, subject to the approval of the Court, that Connections Education, LLC's time to answer, move, or otherwise respond to Plaintiff's Amended Complaint (D.I. 15) is extended from October 28, 2011 through and including November 28, 2011.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MCCARTER & ENGLISH, LLP |
| /s/ Jeremy D. Anderson | /s/ Daniel M. Silver |
| Arthur G. Connolly III (DE. #2667)<br>Jeremy D. Anderson (DE #4515)<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Tel: (302) 658-9141<br>Fax: (302) 658-5614<br>*aconnollyiii@cblh.com*<br>*janderson@cblh.com*<br><br>*Attorneys for IpLearn, LLC* | Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>*dsilver@mccarter.com*<br><br>OF COUNSEL:<br>Rudolph A. Telscher<br>Kara R. Fussner (DE #3884)<br>HARNESS, DICKEY & PIERCE, PLC<br>7700 Bonhomme, Suite 400<br>Clayton, MO 63105<br>Tel: (314) 726-7516<br>Fax: (314) 726-7501 |
| Dated: October 26, 2011 | *Attorneys for Connections Education, LLC* |

ME1 12444900v.1

2

SO ORDERED this ____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE