AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| IpLearn, LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 11-825-LPS |
| WBT Systems Ltd., et al. | ) ) | |
| *Defendant* | ) | |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lawson Software Inc.
c/o CT Corporation System, Inc.
405 2nd Avenue S.
Minneapolis, MN 55401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Arthur G. (Chip) Connolly, III
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 6 2011

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-825-LPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* LAWSON SOFTWARE INC
was received by me on *(date)* 10/11/11

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Deb Van Ness, Agent for CT Corporation System, Inc.; who is
designated by law to accept service of process on behalf of *(name of organization)* LAWSON SOFTWARE INC , at
100 South 5th St. #1075, Minneapolis MN on *(date)* 10/11/11 11:55AM or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 10-11-11

Server's signature

Jeremy Fuchs, Process Server
Printed name and title

BRANDYWINE PROCESS SERVERS, LTD
302-475-2600
Server's address

Additional information regarding attempted service, etc:
CT Corporation System, Inc., as Registered Agent for Lawson Software, Inc.

SERVED: SUMMONS & 1ST AMENDED COMPLAINT