## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant

Meta4 USA, Inc. ("Meta4") as follows:

1.      The undersigned counsel for Meta4 has accepted service of the Amended

Complaint (D.I. 15) on behalf of Meta 4.

2.      Subject to the approval of the Court, the time within which Meta4 shall answer,

move or otherwise respond to the Amended Complaint is extended until November 14, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP          ARENT FOX LLP

*Arthur G. Connolly, III (#2667)*                    *Anthony W. Shaw*

Arthur G. Connolly, III (#2667)                    Anthony W. Shaw
Kristen Healey Cramer (#4512)                     1050 Connecticut Avenue, NW
Jeremy D. Anderson (#4515)                        Washington, DC 20036-5339
The Nemours Building                              (202) 857-6227 Direct
1007 North Orange Street                          shaw.anthony@arentfox.com
Wilmington, DE 19801
(302) 888-6318                                    *Counsel for Defendant Meta4 USA, Inc.*
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

DATED: October 27, 2011

        SO ORDERED THIS _____ day of _____, 2011.


                                          _____
                                          The Honorable Leonard P. Stark
                                          United States District Court Judge