**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Beeline Acquisition Corp. ("Beeline"), subject to the approval of the Court, that the time for Beeline to answer, move or otherwise respond to the amended complaint (D.I. 15) is extended until December 5, 2011.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | RICHARDS LAYTON & FINGER, P.A. |
| /s/Arthur G. Connolly, III | /s/William J. Wade |
| Arthur G. Connolly, III (#2667) | William J. Wade (#704) |
| Kristen Healey Cramer (#4512) | One Rodney Square |
| Jeremy D. Anderson (#4515) | 920 North King Street |
| The Nemours Building | Wilmington, DE 19801 |
| 1007 North Orange Street | (302) 651-7718 |
| Wilmington, DE 19801 | wade@rlf.com |
| (302) 888-6318 | |
| aconnollyIII@cblh.com | *Counsel for Defendant Beeline Acquisition Corp.* |
| kcramer@cblh.com | |
| janderson@cblh.com | |
| *Counsel for Plaintiff IpLearn, LLC* | |

DATED: October 28, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge