IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | |
| v. | ) ) | C.A. No. 11-825-LPS |
| WBT SYSTEMS, LTD, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

Plaintiff IpLearn, LLC and defendant NCS Pearson, Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for NCS Pearson, Inc. (to be substituted for Pearson Inc. (D.I. 35)) to answer, move, or otherwise respond to the Amended Complaint (D.I. 15) shall be extended through and including November 28, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/*Arthur G. Connolly, IIII*
Arthur G. Connolly III (No. 2667)
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
aconnollyiii@cblh.com
*Attorneys for IpLearn, LLC*

SHAW LLC

/s/*John W. Shaw*
John W. Shaw (No. 3362)
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
(302) 559-9623
jshaw@shawllp.com
*Attorneys for NCS Pearson, Inc.*

Dated: November 1, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
United States District Court Judge