**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, )<br>)   )<br>v.   )<br>)<br>WBT SYSTEMS, LTD, *et al.*,   )<br>)<br>Defendants.   ) | C.A. No. 11-825-LPS |

**UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff IpLearn, LLC respectfully moves to extend the time for defendant Kenexa Corporation to answer, move or otherwise respond to the amended complaint (D.I. 15) until December 1, 2011.

                CONNOLLY BOVE LODGE & HUTZ LLP

                */s/ Arthur G. Connolly III*
                Arthur G. Connolly, III (#2667)
                Kristen Healey Cramer (#4512)
                Jeremy D. Anderson (#4515)
                The Nemours Building
                1007 North Orange Street
                Wilmington, DE 19801
                (302) 888-6318
                aconnollyIII@cblh.com
                kcramer@cblh.com
                janderson@cblh.com

                *Counsel for Plaintiff IpLearn, LLC*

November 1, 2011

2

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge