IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) Case No. 11-825-LPS |
| Plaintiff, | ) ) ) JURY TRIAL DEMANDED |
| vs. | ) ) |
| WBT SYSTEMS, an Irish Company, et al. | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Kara R. Fussner, of Harness, Dickey & Pierce, PLC on behalf of Defendant Connections Education, LLC without waiver of Connections Education, LLC's right to assert any defenses in this action.

Dated:   November 2, 2011           HARNESS, DICKEY & PIERCE, P.L.C.

_____
Kara R. Fussner (DE #3884)
7700 Bonhomme, Ste. 400
St. Louis, MO 63105
(314)726.7500  (Telephone)
(314)726-7501  (Fax)
kfussner@hdp.com
Litsupport@hdp.com

Attorneys for Connections Education, LLC