IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC., a California Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WBT SYSTEMS, LTD., et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 1:11-cv-825-LPS<br><br>JURY TRIAL DEMANDED |

**DEFENDANT LAWSON SOFTWARE, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lawson Software, Inc. ("Lawson") discloses the following information:

Lawson Software, Inc. is a wholly-owned subsidiary of GGC Software Holdings, Inc., a privately-held Delaware corporation. Softbrands Holdings, LLC, a Delaware limited liability company, holds 100% of GGC Software Holdings, Inc.'s stock.

| | |
|---|---|
| Dated: November 2, 2011 | Respectfully submitted, |
| | BLANK ROME LLP |
| | /s/ Alisa E. Moen |
| | Alisa E. Moen (#4088) |
| | 1201 Market Street |
| | Suite 800 |
| | Wilmington, Delaware 19801 |
| | Telephone: 302.425.6426 |
| | Fax: 302.988.6699 |
| | Moen@BlankRome.com |
| *Of Counsel:* | |
| Josh A. Krevitt, SBN 2568228 | |
| jkrevitt@gibsondunn.com | |
| Paul E. Torchia, SBN 3988508 | |
| ptorchia@gibsondunn.com | |
| Gibson, Dunn & Crutcher LLP | |
| 200 Park Avenue | |
| New York, New York 10166-0193 | |
| Telephone: 212.351.4000 | |
| Fax: 212.351.4035 | |
| | *Attorneys for Defendant Lawson Software, Inc.* |