# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, <br><br> Plaintiff. <br><br> v. <br><br> WBT SYSTEMS, LTD, *et al.,* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-825-LPS |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Cengage Learning, Inc. ("Cengage") that the time within which Cengage shall answer, move or otherwise respond to the Amended Complaint is extended until December 5, 2011.

November 8, 2011

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

BAYARD, P.A.

*/s/ Richard D. Kirk*
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899-5130
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Counsel for Defendant
 Cengage Learning, Inc..*

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge