**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) | |
| WBT SYSTEMS, LTD, *et al.,* | ) ) | |
| Defendants. | ) | |

**<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that Marc A. Fenster, Benjamin T. Wang, and Fredricka Ung of Russ August & Kabat are substituted as counsel for Plaintiff IpLearn, LLC in place of Thomas J. Friel, Jr, Wayne O. Stacy, Orion Armon, and Thomas M. Croft of Cooley LLP.

|  |  |
|---|---|
|  | */s/ Arthur G. Connolly, III* |
|  | Arthur G. Connolly, III (#2667) |
|  | Kristen Healey Cramer (#4512) |
|  | Jeremy D. Anderson (#4515) |
|  | Connolly Bove Lodge & Hutz LLP |
|  | The Nemours Building |
| Of Counsel: | 1007 North Orange Street |
| Marc A. Fenster | Wilmington, DE 19801 |
| Benjamin T. Wang | (302) 888-6318 |
| Fredricka Ung | aconnollyIII@cblh.com |
| Russ August & Kabat | kcramer@cblh.com |
| 12424 Wilshire Blvd., Suite 1200 | janderson@cblh.com |
| Los Angeles, CA 90025 |  |
| (310) 826-7474 | *Counsel for Plaintiff IpLearn, LLC* |
| mfenster@raklaw.com |  |
| bwang@raklaw.com |  |
| fung@raklaw.com |  |

Dated: November 8, 2011