IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLearn LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (LPS) |
| | ) | |
| Avnet Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Joseph Richetti and Alexander Walden of Bryan Cave LLP, 1290 Avenue of the Americas, New York, NY 10104, to represent Defendant Beeline Acquisition Corp. in the above-captioned action.

OF COUNSEL:

Joseph Richetti
Alexander Walden
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
joe.richetti@bryancave.com
alexander.walden@bryancave.com

Dated: November 9, 2011

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com

*Attorneys for Defendant*
*Beeline Acquisition Corp.*

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is **GRANTED.**

DATED: _____

HON. LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. I hereby submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Joseph Richetti
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
joe.richetti@bryancave.com

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York. I hereby submit, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon filing of this motion.

Alexander Walden
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
alexander.walden@bryancave.com