IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IpLearn LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| **Avnet Inc., et al.,** | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

Please enter the appearance of Travis S. Hunter and the law firm of Richards, Layton & Finger in the above-captioned action as counsel to Defendant Beeline Acquisition Corp.

OF COUNSEL:

Joseph Richetti
Alexander Walden
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
joe.richetti@bryancave.com
alexander.walden@bryancave.com

Dated: November 9, 2011

/s/ *Travis S. Hunter*
William J. Wade (#704)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant
Beeline Acquisition Corp.*

RLF1 5573284v. 1