IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-LPS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| WBT SYSTEMS, LTD, et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Meta4 USA, Inc. ("Meta4") and subject to the approval of the Court, that the time within which Meta4 shall answer, move or otherwise respond to the Amended Complaint is extended until December 5, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
_____
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

ARENT FOX LLP

/s/ Anthony W. Shaw
_____
Anthony W. Shaw
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6227 Direct
shaw.anthony@arentfox.com

*Counsel for Defendant Meta4 USA, Inc.*

DATED: November 10, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge