# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-825-LPS |
| | : | |
| WBT SYSTEMS LTD., et al., | : | |
| | : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT OF TRIVANTIS CORPORATION PURSUANT TO FED. R. CIV. P. 7.1

Defendant Trivantis Corporation, Inc. ("Trivantis"), through its counsel, respectfully submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Trivantis does not have a parent corporation, and no publicly traded corporation owns 10% or more of Trivantis's stock.

November 11, 2011

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (# 2903)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6600
*kpascale@ycst.com*

*Attorneys for Defendant
Trivantis Corporation, Inc.*

OF COUNSEL:

**WOOD, HERRON & EVANS LLP**
J. Robert Chambers
Carew Tower
441 Vine St., Suite 2700
Cincinnati, OH  45202
Telephone:  (513) 241-2324
E-mail:  bchambers@whepatent.com

**STRAUSS & TROY, LPA**
R. Guy Taft
Stuart C. Brinn
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, OH  45202-4018
Telephone:  (513) 621-2120
E-mail:  rgtaft@strausstroy.com
E-mail:  scbrinn@strausstroy.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on November 11, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

*__By E-Mail__*

| | |
|---|---|
| Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]<br>Jeremy Douglas Anderson [janderson@cblh.com]<br>Kristen Healey Cramer [kcramer@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Plaintiff, IpLearn, LLC* |
| Marc A. Fenster [mfenster@raklaw.com]<br>Benjamin T. Wang [bwang@raklaw.com]<br>Fredricka Ung [fung@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 | *Plaintiff, IpLearn, LLC* |
| William J. Wade [wade@rlf.com]<br>Anne Shea Gaza [gaza@rlf.com]<br>Travis S. Hunter [hunter@rlf.com]<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Beeline Acquisition Corp.* |
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen P. Brauerman [sbrauerman@bayardlaw.com]<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Defendant Cengage Learning Inc.*<br>*Defendants Lumesse AS and Lumesse, Inc.* |

| | |
|---|---|
| Daniel M. Silver [dsilver@mccarter.com]<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *Defendant Connections Education LLC* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Element K Corporation*<br>*Defendant The Ultimate Software Group Inc.* |
| Alisa E. Moen [moen@blankrome.com]<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226 | *Defendant Lawson Software Inc.* |
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Oracle Corporation* |
| John W. Shaw [jshaw@shawkeller.com]<br>SHAW KELLER LLP<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE 19801 | *Defendant NCS Pearson Inc.* |

November 11, 2011

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Trivantis Corporation, Inc.*

2