**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO. 11-825-LPS |
| | : | |
| WBT SYSTEMS LTD., et al., | : | |
| | : | |
| Defendants. | : | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of the following attorneys to represent defendant **Trivantis Corporation, Inc.** in this matter:

> J. Robert Chambers
> **WOOD, HERRON & EVANS LLP**
> Carew Tower
> 441 Vine St., Suite 2700
> Cincinnati, OH 45202
> Telephone: (513) 241-2324
> E-mail: bchambers@whepatent.com
>
> R. Guy Taft
> Stuart C. Brinn
> **STRAUSS & TROY, LPA**
> The Federal Reserve Building
> 150 East Fourth Street, 4th Floor
> Cincinnati, OH 45202-4018
> Telephone: (513) 621-2120
> E-mail: rgtaft@strausstroy.com
> E-mail: scbrinn@strausstroy.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

<table>
<tr><td>November 11, 2011</td><td>**YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (# 2903)<br>The Brandywine Building<br>1000 West St., 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899-0391<br>Telephone:  (302) 571-6600<br>kpascale@ycst.com<br><br>*Attorneys for Defendant*<br>*Trivantis Corporation, Inc.*</td></tr>
</table>

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admissions *pro hac vice* of J. Robert Chambers, R. Guy Taft, and Stuart C. Brinn is GRANTED.

DATED:  November _____, 2011

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 11/4/11

J. Robert Chambers
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
Telephone: 513-241-2324
Facsimile: 513-241-5960
bchambers@whepatent.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 11/7/11

R. Guy Taft
STRAUSS & TROY, LPA
150 East Fourth St., 4th Floor
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
rgtaft@strausstroy.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 11/7/11

Stuart C. Brinn
STRAUSS & TROY, LPA
150 East Fourth St., 4th Floor
Cincinnati, OH 45202
Telephone: (513) 621-2120
Facsimile: (513) 241-8259
scbrinn@strausstroy.com

# **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on November 11, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

### *By E-Mail*

| | |
|---|---|
| Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]<br>Jeremy Douglas Anderson [janderson@cblh.com]<br>Kristen Healey Cramer [kcramer@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Plaintiff, IpLearn, LLC* |
| Marc A. Fenster [mfenster@raklaw.com]<br>Benjamin T. Wang [bwang@raklaw.com]<br>Fredricka Ung [fung@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 | *Plaintiff, IpLearn, LLC* |
| William J. Wade [wade@rlf.com]<br>Anne Shea Gaza [gaza@rlf.com]<br>Travis S. Hunter [hunter@rlf.com]<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Beeline Acquisition Corp.* |
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen P. Brauerman [sbrauerman@bayardlaw.com]<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Defendant Cengage Learning Inc.*<br>*Defendants Lumesse AS and Lumesse, Inc.* |

| | |
|---|---|
| Daniel M. Silver [dsilver@mccarter.com]<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *Defendant Connections Education LLC* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Element K Corporation*<br>*Defendant The Ultimate Software Group Inc.* |
| Alisa E. Moen [moen@blankrome.com]<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226 | *Defendant Lawson Software Inc.* |
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Oracle Corporation* |
| John W. Shaw [jshaw@shawkeller.com]<br>SHAW KELLER LLP<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE 19801 | *Defendant NCS Pearson Inc.* |

November 11, 2011

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Trivantis Corporation, Inc.*