**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Marc A. Fenster, Benjamin T. Wang, and Fredricka Ung of Russ August & Kabat, 12424 Wilshire Blvd., Suite 1200, Los Angeles, CA 90025, to represent Plaintiff IpLearn, LLC in this matter.

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: November 15, 2011　　　　　　　By: */s/ Arthur G. Connolly, III*
　　　　　　　　　　　　　　　　　　　　　Arthur G. Connolly, III (#2667)
　　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　　　P.O. Box 2207
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　　Tel: (302) 658-9141
　　　　　　　　　　　　　　　　　　　　　Email: AConnollyIII@cblh.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Marc A. Fenster, Benjamin T. Wang, and Fredricka Ung is granted.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted G to the Clerk's Office upon the filing of this motion.

Dated: November 11, 2011

BENJAMIN T. WANG (CA SB #228712)
Email: bwang@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

**ATTORNEY FOR PLAINTIFF
IPLEARN, LLC**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: November 11, 2011

FREDRICKA UNG (CA SB #253794)
Email: fung@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

**ATTORNEY FOR PLAINTIFF
IPLEARN, LLC**

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: November 11, 2011

_____
MARC A. FENSTER (CA SB #181067)
Email: mfenster@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

**ATTORNEY FOR PLAINTIFF
IPLEARN, LLC**