IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-825-LPS |
| | ) |
| WBT SYSTEMS LTD., et al., | ) |
| | ) |
|        Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant **Halogen Software, Inc.** in this matter:

> M. Craig Tyler
> WILSON SONSINI GOODRICH & ROSATI
> 900 South Capital of Texas Highway
> Las Cimas IV, Fifth Floor
> Austin, Texas 78759-7247
> Telephone: 512-338-5400
> E-mail: ctyler@wsgr.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

                                                                          YOUNG CONAWAY STARGATT & TAYLOR LLP

                                                                          */s/ Karen L. Pascale*

November 17, 2011                                   _____
                                                                           Karen L. Pascale (# 2903)
                                                                          The Brandywine Building
                                                                          1000 West St., 17th Floor
                                                                          P.O. Box 391
                                                                          Wilmington, Delaware 19899-0391
                                                                          Telephone: (302) 571-6600
                                                                          *kpascale@ycst.com*

                                                                          *Attorneys for Defendant Halogen Software, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of M. Craig Tyler is GRANTED.

DATED: November _____, 2011

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation and course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [ ] to the Clerk's Office upon the filing of this motion.

Dated: 11/15/11

M. Craig Tyler
TX State Bar No. 794762
ctyler@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Voice:      512-338-5400
Facsimile:  512-338-5499

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on November 17, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

### *By E-Mail*

| | |
|---|---|
| Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]<br>Jeremy Douglas Anderson [janderson@cblh.com]<br>Kristen Healey Cramer [kcramer@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Plaintiff, IpLearn, LLC* |
| Marc A. Fenster [mfenster@raklaw.com]<br>Benjamin T. Wang [bwang@raklaw.com]<br>Fredricka Ung [fung@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 | *Plaintiff, IpLearn, LLC* |
| William J. Wade [wade@rlf.com]<br>Anne Shea Gaza [gaza@rlf.com]<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Beeline Acquisition Corp.* |
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen P. Brauerman [sbrauerman@bayardlaw.com]<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Defendant Cengage Learning Inc.*<br>*Defendants Lumesse AS and Lumesse, Inc.* |

| | |
|---|---|
| Daniel M. Silver [dsilver@mccarter.com]<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *Defendant Connections Education LLC* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Element K Corporation*<br>*Defendant The Ultimate Software Group Inc.* |
| Alisa E. Moen [moen@blankrome.com]<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226 | *Defendant Lawson Software Inc.* |
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Oracle Corporation* |
| John W. Shaw [jshaw@shawkeller.com]<br>SHAW KELLER LLP<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE 19801 | *Defendant NCS Pearson Inc.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

November 17, 2011

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Halogen Software Inc.*

2