IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-LPS |
| | ) | |
| WBT SYSTEMS LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent defendant **Mzinga, Inc.** in this matter:

> M. Craig Tyler
> WILSON SONSINI GOODRICH & ROSATI
> 900 South Capital of Texas Highway
> Las Cimas IV, Fifth Floor
> Austin, Texas 78759-7247
> Telephone: 512-338-5400
> E-mail: ctyler@wsgr.com

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney

has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

> YOUNG CONAWAY STARGATT & TAYLOR LLP
>
> */s/ Karen L. Pascale*
> _____
> Karen L. Pascale (# 2903)
> The Brandywine Building
> 1000 West St., 17th Floor
> P.O. Box 391
> Wilmington, Delaware 19899-0391
> Telephone:  (302) 571-6600
> *kpascale@ycst.com*
> *Attorneys for Defendant Mzinga, Inc.*

November 17, 2011

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of M.

Craig Tyler is GRANTED.


DATED:  November _____, 2011


_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am

admitted, practicing and in good standing as a member of the Bar of the State of Texas and

pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged

misconduct which occurs in the preparation and course of this action.  I also certify that I am

generally familiar with this Court's Local Rules.  In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been

paid [ ] to the Clerk of Court, or, if not paid previously, the fee payment will be submitted [ ] to

the Clerk's Office upon the filing of this motion.

Dated:  11/15/11

M. Craig Tyler
TX State Bar No. 794762
ctyler@wsgr.com
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Voice:          512-338-5400
Facsimile:     512-338-5499

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on November 17, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

### *By E-Mail*

Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]          *Plaintiff, IpLearn, LLC*
Jeremy Douglas Anderson [janderson@cblh.com]
Kristen Healey Cramer [kcramer@cblh.com]
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Marc A. Fenster [mfenster@raklaw.com]          *Plaintiff, IpLearn, LLC*
Benjamin T. Wang [bwang@raklaw.com]
Fredricka Ung [fung@raklaw.com]
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025

William J. Wade [wade@rlf.com]          *Defendant Beeline Acquisition Corp.*
Anne Shea Gaza [gaza@rlf.com]
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Richard D. Kirk [rkirk@bayardlaw.com]          *Defendant Cengage Learning Inc.*
Stephen P. Brauerman [sbrauerman@bayardlaw.com]   *Defendants Lumesse AS and Lumesse, Inc.*
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box. 25130
Wilmington, DE 19899-5130

Daniel M. Silver [dsilver@mccarter.com]          *Defendant Connections Education LLC*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Philip A. Rovner [provner@potteranderson.com]          *Defendant Element K Corporation*
POTTER ANDERSON & CORROON, LLP          *Defendant The Ultimate Software Group Inc.*
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Alisa E. Moen [moen@blankrome.com]          *Defendant Lawson Software Inc.*
BLANK ROME LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

Mary B. Graham [mgraham@mnat.com]          *Defendant Oracle Corporation*
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

John W. Shaw [jshaw@shawkeller.com]          *Defendant NCS Pearson Inc.*
SHAW KELLER LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

November 17, 2011
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendant Mzinga, Inc.*