IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| AVNET, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Robert J. Silverman, Matthew B. Lowrie, and Lucas I. Silva of FOLEY & LARDNER LLP, 111 Huntington Avenue, Boston, MA 02199 to represent Kenexa Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Kenexa Corporation*

SO ORDERED, this ___day of _____ 2011.

_____
U.S.D.J.

4601690

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Nov. 16, 2011

Robert J. Silverman
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019
rsilverman@foley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 11-16-11

Matthew B. Lowrie
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019
mlowrie@foley.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 11/16/11

Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019
lsilva@foley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 17, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Arthur G. Connolly, III, Esquire<br>Kristen Healey Cramer, Esquire<br>Jeremy D. Anderson, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Benjamin T. Wang, Esquire<br>Fredricka Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>*Attorneys for Cengage Learning Inc., Lumesse AS and Lumesse, Inc.* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Oracle Corporation* | *VIA ELECTRONIC MAIL* |

Mark D. Selwyn, Esquire                                                      *VIA ELECTRONIC MAIL*
Andrew B. Grossman, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire                                                        *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, Esquire                                                    *VIA ELECTRONIC MAIL*
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Halogen Software Inc., Mzinga, Inc.*
*and Trivantis Corporation, Inc.*

J. Robert Chambers, Esquire                                                  *VIA ELECTRONIC MAIL*
WOOD, HERRON & EVANS LLP
Carew Tower
441 Vine Street, Suite 2700
Cincinnati, OH 45202
*Attorneys for Trivantis Corporation, Inc.*

R. Guy Taft, Esquire                                                         *VIA ELECTRONIC MAIL*
Stuart C. Brinn, Esquire
STRAUSS & TROY, LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202-4018
*Attorneys for Trivantis Corporation, Inc.*

| | |
|---|---|
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Element K Corporation and The Ultimate Software Group Inc.* | *VIA ELECTRONIC MAIL* |
| Wendell W. Harris, Esquire<br>Andrew P. Zappia, Esquire<br>LECLAIRRYAN<br>290 Linden Oaks, Suite 310<br>Rochester, NY 14625<br>*Attorneys for Element K Corporation* | *VIA ELECTRONIC MAIL* |
| Henry C. Bunsow, Esquire<br>Matthew F. Greinert, Esquire<br>Dewey & Leboeuf, LLP<br>Post Montgomery Tower<br>One Montgomery Street, Suite 3500<br>San Francisco, CA 94104<br>*Attorneys for The Ultimate Software Group, Inc.* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>SHAW LLC<br>800 Delaware Avenue, 4th Floor<br>P.O. Box 1948<br>Wilmington, DE 19899<br>*Attorneys for NCS Pearson, Inc.* | *VIA ELECTRONIC MAIL* |
| Amr O. Aly, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>31 W. 52nd Street<br>New York, NY 10019<br>*Attorneys for NCS Pearson, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel M. Silver, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |

Rudolph A. Telscher, Esquire                                         *VIA ELECTRONIC MAIL*
Kara R. Fussner, Esquire
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO  63105
*Attorneys for Connections Education, LLC*

William J. Wade, Esquire                                             *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Attorneys for Beeline Acquisition Corp.*

Joseph Richetti, Esquire                                             *VIA ELECTRONIC MAIL*
Alexander Walden, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104-3300
*Attorneys for Beeline Acquisition Corp.*

Alisa E. Moen, Esquire                                               *VIA ELECTRONIC MAIL*
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for Lawson Software, Inc.*

Josh A. Krevitt, Esquire                                             *VIA ELECTRONIC MAIL*
Paul E. Torchia, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Lawson Software, Inc.*

Steven Sprinkle, Esquire                                             *VIA ELECTRONIC MAIL*
Scott Crocker, Esquire
SPRINKLE LAW
1301 W. 25th Street, Suite 408
Austin, TX 78705
*Attorneys for Operitel Corporation*

Anthony W. Shaw, Esquire                                                  *VIA ELECTRONIC MAIL*
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
*Attorneys for Meta4 USA, Inc.*

                                              */s/ Rodger D. Smith II*

                                              Rodger D. Smith II (#3778)