IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-LPS |
| | ) | |
| AVNET, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE, pursuant to Local Rule 83.7, that the law firm of Young Conaway Stargatt & Taylor, LLP hereby withdraws its appearance as Delaware counsel for Defendant Pearson Inc. ("Pearson") in this action. Pearson continues to be represented by John W. Shaw, Esquire of Shaw Keller LLP and *pro hac vice* counsel.

                                                           YOUNG CONAWAY STARGATT &
                                                           TAYLOR, LLP

                                                           */s/ Adam W. Poff*
                                                           Adam W. Poff (#3990)
                                                           The Brandywine Building
                                                           1000 West Street, 17th Floor
                                                           Wilmington, Delaware 19801
                                                           (302) 571-6600
                                                           apoff@ycst.com

Dated: November 18, 2011