IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| AVNET INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by IPLearn LLC and Oracle Corporation, subject to the approval of the Court, that the time for Oracle Corporation to move, answer or otherwise respond to the Amended Complaint (D.I. 15) is extended to December 13, 2011.

CONNOLY BOVE LODGE & HUTZ LLP       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*                           */s/ Mary B. Graham*

Arthur G. (Chip) Connolly, III (#2667)    Mary B. Graham (#2256)
Kristen Healey Cramer (#4512)              1201 N. Market Street
Jeremy D. Anderson (#4515)                   P.O. Box 1347
1007 North Orange Street                         Wilmington, DE 19899-1347
Wilmington, DE 19801                              (302) 658-9200
(302) 658-9141                                            mgraham@mnat.com
AConnollyIII@cblh.com                             *Attorneys for Oracle Corporation*
kcramer@cblh.com
janderson@cblh.com
   *Attorneys for IPLearn LLC*

November 23, 2011
4614076

SO ORDERED this ___ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE