IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-LPS |
| | ) | |
| WBT SYSTEMS LTD., *et al.* | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## RULE 7.1 STATEMENT OF NCS PEARSON, INC.

Defendant NCS Pearson, Inc., by and through its undersigned counsel, hereby certifies,

pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it is a wholly owned subsidiary

of PN Holdings, Inc., which is indirectly owned by Pearson plc, a U.K. company which is

publicly traded on the London and New York Stock Exchanges.

SHAW KELLER LLP

*/s/ Andrew E. Russell*

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
(302) 476-2050
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys For Defendant NCS Pearson, Inc.*

*Of Counsel:*

Amr O. Aly
KILPATRICK TOWNSEND &
STOCKTON LLP
31 West 52nd Street, 14th Floor
New York NY 10019
(212) 775-8765

Dated:  November 28, 2011