IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>               Plaintiff,<br>v.<br><br>WBT SYSTEMS, LTD., *et al.*,<br><br>               Defendants. | Civil Action No. 11-825-LPS<br><br>DEMAND FOR JURY TRIAL |

## IpLEARN, LLC'S ANSWER TO DEFENDANT LAWSON SOFTWARE INC.'S COUNTERCLAIM

Plaintiff and Cross-Defendant IpLearn, LLC ("IpLearn"), by and through its undersigned attorneys, answers the Counterclaim of Defendant Lawson Software Inc. ("Lawson") by corresponding paragraph number as follows:

1. IpLearn realleges and incorporates the allegations in its First Amended Complaint for Patent Infringement as if fully set forth herein.

## NATURE OF ACTION

2. Admitted that Lawson purports to assert a claim arising under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, for a declaration pursuant to the patent laws of the United States, Title 35, United States Code.

3. Admitted that Lawson purports to seek a declaratory judgment that (1) Lawson does not and has not infringed and in any way, any valid claim of the '556 patent; and (2) the '556 patent is invalid.

## PARTIES

4. Admitted.

5. Admitted.

## JURISDICTION AND VENUE

6. Admitted.

7. Admitted.

8. Admitted.

## COUNT I

### (Declaratory Judgment of Non-Infringement and Invalidity of the '556 Patent)

9. IpLearn incorporates its response to paragraphs 1-8 of Lawson's Counterclaim as if fully set forth herein.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied.

14. Denied.

15. Admitted that Lawson purports to request a judicial declaration that it has not and does not infringe, in any way, any valid claim of the '556 patent, and that the '556 patent is invalid.

## PRAYER FOR RELIEF

WHEREFORE, IpLearn prays for the following relief with regard to Lawson's counterclaim:

A. A dismissal with prejudice of Lawson's counterclaim;

B. An adjudication that Lawson is not entitled to any relief on its counterclaim, including, without limitation, any fine or damages; and

C. Costs and such further relief to which IpLearn is entitled, and which the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

IpLearn demands a trial by jury on all issues so triable.

<table>
<tr><td>November 28, 2011</td><td>CONNOLLY BOVE LODGE & HUTZ LLP<br><br>/s/ *Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>Kristen Healey Cramer (#4512)<br>Jeremy D. Anderson (#4515)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801<br>(302) 302-888-6318 (phone)<br>(302) 255-4318 (fax)<br>aconnollyIII@cblh.com<br>kcramer@cblh.com<br>janderson@cblh.com<br><br>Attorneys for Plaintiff,<br>IpLearn, LLC</td></tr>
</table>

Of Counsel:

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)
mfenster@raklaw.com