IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C. A. No. 1:11-cv-00825-LPS |
| ) | |
| ) | |
| AVNET, INC., et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**CORPORATE DISCLOSURE STATEMENT OF CONNECTIONS EDUCATION LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, Connections Education LLC hereby states that Connections Education, Inc. is the parent corporation of Connections Education LLC. Pearson Education, Inc. is the parent corporation of Connections Education, Inc.

Respectfully Submitted,

DATED: November 28, 2011                    HARNESS DICKEY AND PIERCE, P.L.C.

  /s/ Kara R. Fussner
Kara R. Fussner, Del Bar No. 3884
Rudolph A. Telscher
7700 Bonhomme, Suite 400
St. Louis, Missouri  63105
(314) 726-7500
FAX:  (314) 726-7501
kfussner@hdp.com
rtelscher@hdp.com

Daniel Silver, Del. Bar No. 4758
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Flr.

Wilmington, DE 19801
(302)984-6331 Telephone
(302)691-1260 Facsimile
dsilver@mccarter.com

***Attorneys for Defendant
Connections Education LLC***