IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-LPS |
| | ) |
| WBT SYSTEMS LTD., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME FOR DEFENDANT MZINGA INC.
TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendant Mzinga, Inc. ("Mzinga"), hereby stipulate and agree that the deadline for Mzinga to answer, move, or otherwise respond to the First Amended Complaint (D.I. 15) is extended to and including December 15, 2011.

DATED: November 29, 2011

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ James L. Higgins* |
| Arthur G. Connolly, III (#2667) | Karen L. Pascale (#2903) |
| Kristen Healey Cramer (#4512) | James L. Higgins (#5021) |
| Jeremy D. Anderson (#4515) | The Brandywine Building |
| The Nemours Building | 1000 West Street, 17th Floor |
| 1007 North Orange Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 571-6600 |
| (302) 658-9141 | kpascale@ycst.com |
| AConnollyIII@cblh.com | jhiggins@ycst.com |
| kcramer@cblh.com | *Attorneys for Defendant* |
| janderson@cblh.com | *Mzinga, Inc.* |
| *Attorneys for Plaintiff,* | |
| *IpLearn, LLC* | |

SO ORDERED this _____ day of _____, 2011.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, James L. Higgins, Esquire, hereby certify that on November 29, 2011, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

*By E-Mail*

| | |
|---|---|
| Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]<br>Jeremy Douglas Anderson [janderson@cblh.com]<br>Kristen Healey Cramer [kcramer@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Plaintiff, IpLearn, LLC* |
| Marc A. Fenster [mfenster@raklaw.com]<br>Benjamin T. Wang [bwang@raklaw.com]<br>Fredricka Ung [fung@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 | *Plaintiff, IpLearn, LLC* |
| William J. Wade [wade@rlf.com]<br>Anne Shea Gaza [gaza@rlf.com]<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Beeline Acquisition Corp.* |
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen P. Brauerman [sbrauerman@bayardlaw.com]<br>THE BAYARD FIRM<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Defendant Cengage Learning Inc.*<br>*Defendants Lumesse AS and Lumesse, Inc.* |

| | |
|---|---|
| Daniel M. Silver [dsilver@mccarter.com]<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *Defendant Connections Education LLC* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Element K Corporation*<br>*Defendant The Ultimate Software Group Inc.* |
| Alisa E. Moen [moen@blankrome.com]<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226 | *Defendant Lawson Software Inc.* |
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Oracle Corporation* |
| John W. Shaw [jshaw@shawkeller.com]<br>SHAW KELLER LLP<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE 19801 | *Defendant NCS Pearson Inc.* |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ James L. Higgins*

November 29, 2011

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
James L. Higgins (No. 5021) *[jhiggins@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Mzinga, Inc.*