IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (LPS) |
| | ) | |
| AVNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Kenexa Corporation to move, answer or otherwise respond to the First Amended Complaint for Patent Infringement is extended until December 15, 2011.

| | |
|---|---|
| CONNOLLY, BOVE, LODGE, & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Arthur G. Connolly, III* | */s/ Rodger D. Smith II* |
| Arthur G. Connolly, III (#2667) | Rodger D. Smith II (#3778) |
| The Nemours Building | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 658-9141 | rsmith@mnat.com |
| *Attorneys for Plaintiff IpLearn LLC* | *Attorneys for Defendant Kenexa Corporation* |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge