IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) ) ) | C.A. No. 11-825-LPS |
| v. | ) ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Operitel Corporation ("Operitel"), subject to the approval of the Court, that the time for Operitel to answer, move or otherwise respond to the amended complaint (D.I. 15) is extended until December 30, 2011.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

SPRINKLE LAW

*/s/ Scott Crocker*
Steven Sprinkle (Tex. Bar #00794962)
Scott Crocker (Tex. Bar # 00790532)
1301 W. 25th Street, Suite 408
Austin, TX 78705
(512) 366-7308
SCrocker@sprinklelaw.com

*Counsel for Defendant Operitel Corporation*

DATED: November 30, 2011

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge