## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) |
| Plaintiff. | ) ) |
| v. | ) C.A. No. 11-825-LPS |
| WBT SYSTEMS, LTD, *et al.,* | ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant Cengage Learning, Inc. ("Cengage") that the time within which Cengage shall answer, move or otherwise respond to the Amended Complaint is extended until December 13, 2011.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | BAYARD, P.A. |
| */s/ Arthur G. Connolly, III* | */s/ Stephen B. Brauerman* |
| Arthur G. Connolly, III (#2667) | Richard D. Kirk (#0922) |
| Kristen Healey Cramer (#4512) | Stephen B. Brauerman (#4952) |
| Jeremy D. Anderson (#4515) | 222 Delaware Avenue, Suite 900 |
| The Nemours Building | P.O. Box 25130 |
| 1007 North Orange Street | Wilmington, DE 19899-5130 |
| Wilmington, DE 19801 | (302) 655-5000 |
| (302) 888-6318 | rkirk@bayardlaw.com |
| aconnollyIII@cblh.com | sbrauerman@bayardlaw.com |
| kcramer@cblh.com | |
| janderson@cblh.com | *Counsel for Defendant* |
| | *Cengage Learning, Inc..* |
| *Counsel for Plaintiff IpLearn, LLC* | |

Dated: December 5, 2011

        SO ORDERED THIS \_\_\_\_\_ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge