IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>WBT SYSTEMS LTD., et al.,<br><br>               Defendants. | C.A. No. 11-825 (LPS)<br><br>JURY TRIAL DEMANDED |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
BEELINE ACQUISITION CORP. PURSUANT TO RULE 7.1**

Defendant Beeline Acquisition Corp. ("Beeline") by and through its undersigned attorneys respectfully submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Beeline is a wholly owned and indirect subsidiary of Adecco SA, a public company organized and existing under the laws of Switzerland traded on the Swiss Stock Exchange. No other public corporation owns 10% or more of Beeline or any company affiliated with Beeline.

| | |
|---|---|
| OF COUNSEL:<br><br>BRYAN CAVE LLP<br>Joseph J. Richetti<br>Alexander Walden<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000<br>joseph.richetti@bryancave.com<br>alexander.walden@bryancave.com<br><br>Dated: December 5, 2011 |        */s/ Travis S. Hunter*<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>Travis S. Hunter (#5350)<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7718<br>wade@rlf.com<br><br>*Counsel for Defendant<br>Beeline Acquisition Corp.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 5, 2011, upon the following in the manner indicated:

**BY ELECTRONIC MAIL**
Arthur G. Connolly, III, Esquire
Kristen Healey Cramer, Esquire
Jeremy D. Anderson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

**BY ELECTRONIC MAIL**
Marc A. Fenster, Esquire
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
*Attorneys for Plaintiff*

**BY ELECTRONIC MAIL**
Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc., Lumesse AS and Lumesse, Inc.*

**BY ELECTRONIC MAIL**
Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

**BY ELECTRONIC MAIL**
Mark D. Selwyn, Esquire
Andrew B. Grossman, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

**BY ELECTRONIC MAIL**
Robert Sloss, Esquire
Peter O'Rouke, Esquire
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

**BY ELECTRONIC MAIL**
James L. Higgins, Esquire
Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Halogen Software Inc., Mzinga, Inc. and Trivantis Corporation, Inc.*

**BY ELECTRONIC MAIL**
R. Guy Taft, Esquire
Stuart C. Brinn, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor Cincinnati, OH 45202-4018
*Attorneys for Trivantis Corporation, Inc.*

**BY ELECTRONIC MAIL**
Wendell W. Harris, Esquire
Andrew P. Zappia, Esquire
LeClair Ryan
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

**BY ELECTRONIC MAIL**
John W. Shaw, Esquire
Andrew Russell, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

**BY ELECTRONIC MAIL**
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

**BY ELECTRONIC MAIL**
J. Robert Chambers, Esquire
Wood, Herron & Evans LLP
Carew Tower
441 Vine Street, Suite 2700
Cincinnati, OH 45202
*Attorneys for Trivantis Corporation, Inc.*

**BY ELECTRONIC MAIL**
Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor P.O. Box 951
Wilmington, DE 19899
*Attorneys for Element K Corporation and The Ultimate Software Group Inc.*

**BY ELECTRONIC MAIL**
Henry C. Bunsow, Esquire
Matthew F. Greinert, Esquire
Dewey & Leboeuf, LLP
Post Montgomery Tower
One Montgomery Street, Suite 3500
San Francisco, CA 94104
*Attorneys for The Ultimate Software Group, Inc.*

**BY ELECTRONIC MAIL**
Amr O. Aly, Esquire
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

**BY ELECTRONIC MAIL**
Rudolph A. Telscher, Esquire
Kara R. Fussner, Esquire
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO 63105
*Attorneys for Connections Education, LLC*

**BY ELECTRONIC MAIL**
Alisa E. Moen, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for Lawson Software, Inc.*

**BY ELECTRONIC MAIL**
Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 Market Street
Wilmington, DE 19801
*Attorney for Kenexa Corporation*

**BY ELECTRONIC MAIL**
Josh A. Krevitt, Esquire
Paul E. Torchia, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Lawson Software, Inc.*

**BY ELECTRONIC MAIL**
Robert J. Silverman, Esquire
Matthew B. Lowrie, Esquire
Lucas I. Silva, Esquire
Foley & Lardner LLP
111 Huntington Ave.
Boston, MA 02199
*Attorneys for Kenexa Corporation*

  */s/ Travis S. Hunter*
Travis S. Hunter (#5350)

3

RLF1 5651522v. 1