U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou*
*extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Cooley LLP<br>Orion Armon, Esq.<br>380 Interlocken Crescent, Suite 900<br>Broomfield, Colorado 80021 | Ministry of the Attorney General<br>Courts Administration<br>Court House (Provincial Division)<br>393 Main Street<br>Halleybury, Ontario, Canada P0J 1K0 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:*
*(identité et adresse)*

Halogen Software, Inc., 495 March Rd., Suite 500, Ottawa, ON K2K 3A4 Canada

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes légales (article 5 alinéa premier, lettre a).*

[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| |
|---|
| 2011-09-15 Complaint for Patent Infringement |
| 10/5/2011 First Amended Complaint for Patent Infringement & Exhibits 1-9 |
| 10/11/2011 US District Court of Delaware Alias Summons in a Civil Action |

Done at Broomfield, Colorado US , the 13 October
*Fait à _____ , le _____*

Signature and/or stamp
*Signature et/ou cachet*

*Delete if inappropriate
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
 -- the (date) -- *le (date)* __OCTOBER 26 2011__
 -- at (place, street, number) - *à (localité, rue, numéro)* __500-495 MARCH RD KANATA__

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a) *selon les formes légales (article 5. alinéa premier, lettre a)*

☒ (b) in accordance with the following particular method: __PERSONAL SERVICE__
  b) *selon la forme particulière suivante:*

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
  c) *par remise simple:*

The documents referred to in the request have been delivered to: __DEBORAH QUESNEL__
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
__RECEPTIONIST__

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:* __FOR HALOGEN SOFTWARE__

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

__AS PER REQUEST.__

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __OTTAWA__, the __26 OCTOBER 2011__
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Cooley LLP, Orion Armon, Esq. 380 Interlocken Crescent, Suite 900 Broomfield, Colorado 80021

**Particulars of the parties:**
*Identité des parties:*

IpLearn, LLC v. WBT Systems Ltd., et al., 1:11-cv-00825-LPS

### JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

Complaint for Patent infringement

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

Patent infringement 35 USC 271 et. seq.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

Not applicable

**Court which has given judgment\*\*:**
*Juridiction qui a rendu la décision:*

Not applicable

**Date of judgment\*\*:**
*Date de la décision:*

Not applicable

**Time limits stated in the document\*\*:**
*Indication des délais figurant dans l'acte:*

21 days after service, District of Delaware, Case No. 1:11-cv-00825-LPS

### EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:\*\***
*Indication des délais figurant dans l'acte:*