IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| WBT SYSTEMS LTD., et al., | ) |
| | ) |
| Defendants. | ) |

**ORACLE'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Oracle Corporation hereby moves to dismiss Plaintiff's claims asserted against Oracle Corporation or, in the alternative, pursuant to Fed. R. Civ. P 12(e), for a more definite statement.  The grounds for this motion are set forth in the briefing being filed in support of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
  *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Robert Sloss
Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

December 13, 2011
4736647