# EXHIBIT A

**EXHIBIT A**

**Actual Software Applications Included in Oracle's "Accused Products"**

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| Enterprise Business Suite | Customer Relationship Management | Over 50 CRM-Specific Applications |
| | Service Management | Advanced Inbound Telephony<br>Advanced Outbound Telephony<br>Advanced Scheduler<br>Depot Repair<br>Email Center<br>Field Service<br>Interaction Center<br>iSupport<br>Mobile Field Service<br>Scripting<br>Service Contracts<br>Spares Management<br>TeleService |
| | Financial Management | Asset Lifecycle Management<br>Cash & Treasury Management<br>Credit-To-Cash<br>Environmental Accounting and Reporting<br>Financial Control & Reporting<br>Financial Analytics<br>Governance, Risk & Compliance<br>Lease and Finance Management<br>Procure-To-Pay<br>Travel and Expense Management |
| | Human Capital Management | Human Resources<br>Payroll<br>Advanced Benefits<br>Time and Labor<br>Oracle Financial Analytics<br>Internet Expenses<br>Oracle Financials |

---

[1] Oracle's website at www.oracle.com provides a list of software applications included within each accused product suite.  In some cases, the listed applications are also product families which themselves include multiple software applications.  *See, e.g.,*
http://www.oracle.com/us/products/applications/ebusiness/index.html;
http://www.oracle.com/us/products/applications/peoplesoft-enterprise/index.html;
http://www.oracle.com/technetwork/middleware/beehive/overview/index.html

- 2 -

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | | Advanced Scheduler |
| | | Workforce Scheduling |
| | | Project Resource Management |
| | | Mobile Field Service |
| | | Utilities Mobile Workforce Management |
| | | Fleet Management |
| | | Self Service HR |
| | | Oracle Portal |
| | | HelpDesk for Human Resources |
| | | Workforce Communications |
| | | Oracle Fusion Middleware |
| | | iRecruitment |
| | | iLearning |
| | | Incentive Compensation |
| | | Compensation Workbench |
| | | Tutor |
| | | User Productivity Kit |
| | | Learning Management |
| | | Performance Management |
| | | Oracle Human Resources Analytics |
| | | Daily Business Intelligence for HR |
| | Project Portfolio Management | Project Analytics |
| | | Project Billing |
| | | Project Contracts |
| | | Project Collaboration |
| | | Project Costing |
| | | Project Management |
| | | Project Portfolio Analysis |
| | | Project Resource Management |
| | | Time and Labor |
| | Advanced Procurement | iProcurement |
| | | iSupplier Portal |
| | | Oracle Procurement & Spend Analytics |
| | | Oracle Spend Classification |
| | | Oracle Supplier Network |
| | | Oracle Supplier Hub |
| | | Landed Cost Management |
| | | Procurement Contracts |
| | | Procurement On Demand |
| | | Purchasing |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | | Services Procurement<br>Sourcing<br>Supplier Lifecycle Management<br>Oracle Contract Lifecycle Management for Public Sector |
| | Supply Chain Management | Advanced Procurement<br>iProcurement<br>iSupplier Portal<br>Payables<br>Purchasing<br>Purchasing Intelligence<br>Sourcing<br>Supplier Network<br><br>Value Chain Execution (Logistics)<br>Global Trade Management<br>Landed Cost Management<br>Transportation Management<br>Warehouse Management<br>Mobile Supply Chain<br><br>Product Lifecycle Management<br>Agile Product Lifecycle Management<br><br>Asset Lifecycle Management<br>Assets<br>Complex MRO<br>Contracts<br>Enterprise Asset Management<br>Projects<br>Property Manager<br><br>Business Intelligence and Analytics<br><br>Manufacturing<br>Discrete Manufacturing<br>Flow Manufacturing<br>Manufacturing Operations Center<br>Process Manufacturing<br>Shop Floor Management |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | | Value Chain Planning<br>Advanced Planning Command Center<br>Advanced Supply Chain Planning<br>Collaborative Planning<br>Demantra Demand Management<br>Demand Signal Repository<br>Demantra Real-Time Sales and Operations Planning<br>Global Order Promising<br>Inventory Optimization<br>Predictive Trade Planning and Optimization<br>Production Scheduling<br>Rapid Planning<br>Service Parts Planning<br>Strategic Network Optimization<br><br>Order Fulfillment<br>Order Management<br>Advance Pricing<br>Deal Management<br>Configurator<br>Global Order Promising |
| | Value Chain Planning | Advanced Planning Command Center<br>Advanced Supply Chain Planning<br>Collaborative Planning<br>Demand Management<br>Demand Signal Repository<br>Global Order Promising<br>Inventory Optimization<br>Predictive Trade Planning and Optimization<br>Production Scheduling<br>Rapid Planning<br>Real-Time Sales and Operations Planning<br>Service Parts Planning<br>Strategic Network Optimization<br>Value Chain Planning for JD Edwards EnterpriseOne Customers (PDF) |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | Value Chain Execution (Logistics) | Transportation Management<br>Landed Cost Management<br>Warehouse Management<br>Global Trade Management<br>Mobile Supply Chain |
| PeopleSoft Enterprise | Asset Lifecycle Management | <u>Asset Lifecycle Management</u><br>Maintenance Management<br>Real Estate Management<br>IT Asset Management<br><br><u>Supplier Relationship Management</u><br>Strategic Sourcing<br>Supplier Contract Management<br>Purchasing<br>eProcurement<br>Supplier Connection<br>Services Procurement<br><br><u>PeopleSoft Financials</u><br>Asset Management<br>General Ledger<br>Payables<br>eSettlements<br><br><u>Project Management</u><br>Project Costing<br>Program Management<br>Project Analytics<br>Primavera Enterprise Project-Portfolio Management<br><br><u>Supply Chain Management</u><br>Inventory<br>Manufacturing<br><br><u>Collaboration, Content Management and Asset Visualization</u><br>AutoVue<br>Enterprise Portal<br>Universal Content Management |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | Campus Solutions | Academic Advisement<br>Campus Community<br>Campus Self Service<br>Campus Solutions 9.0 Feature Pack 1<br>Campus Solutions 9.0 Feature Pack 2<br>Campus Solutions 9.0 Feature Pack 3<br>Campus Solutions Data Warehouse<br>Contributor Relations<br>Financial Aid<br>Gradebook<br>Industry Analytics<br>Recruiting and Admissions<br>Student Administration<br>Student Administration Integration Pack<br>Student Financials<br>Student Records |
| | Customer Relationship Management | "PeopleSoft customer relationship management is a family of applications in Oracle's PeopleSoft product suite."[2]<br>CRM Analytics<br>CRM Portal Pack<br>CRM for Higher Education<br>Marketing Solution<br>Sales Solution<br>Service Solution |
| | Enterprise Performance Management | CRM Analytics<br>Financial Analytics<br>HCM Warehouse<br>Industry Analytics<br>Performance Management Warehouse<br>Supply Chain Analytics |

---

[2]  *See* http://www.oracle.com/us/products/applications/peoplesoft-enterprise/crm/index.html

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | Enterprise Service Automation (Project Portfolio Management) | Project Portfolio Management<br>Project Analytics<br>Program Management<br>Resource Management<br>Proposal Management<br>Project Costing<br>Project Billing<br>Contracts<br>Expenses<br>Grants |
| | Financial Management | Asset Lifecycle Management<br>Credit-to-Cash<br>Financial Control and Reporting<br>Financial Analytics<br>Governance, Risk, and Compliance<br>Procure-to-Pay<br>Travel and Expense Management<br>Treasury Management<br>PeopleSoft Activity Based Management<br>PeopleSoft Planning and Budgeting |
| | Human Capital Management | <u>Global Core HCM</u><br>Benefits Administration<br>Payroll Interface<br>Payroll for North America<br>Pension Administration<br>Global Payroll<br>Human Resources<br>Stock Administration<br>Country Extensions<br><br><u>Workforce Management</u><br>Absence Management<br>Resource Management<br>Time and Labor<br>Travel and Expense Management<br>Workforce Scheduling<br>Activity Based Management |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | | Workforce Service Delivery<br>Directory Interface<br>eBenefits<br>ePay<br>eProfile<br>eProfile Manager Desktop<br>Fusion Middleware<br>HelpDesk for Human Resources<br>Workforce Communications<br><br>Integrated Talent Management<br>eCompensation<br>eDevelopment<br>ePerformance<br>Succession Planning<br>Incentive Compensation<br>Learning Management<br>Services Procurement<br>Tutor<br>User Productivity Kit (UPK)<br>Recruiting Solutions<br><br>HR Analytics<br>Oracle Human Resources Analytics |
| | Supplier Relationship Management (Procurement) | Catalog Management<br>eProcurement<br>eSettlements<br>eSupplier Connection<br>Financials<br>Cash Management<br>Payables<br>Procurement and Spend Analytics<br>Purchasing<br>Services Procurement<br>Strategic Sourcing<br>Supplier Contract Management |
| | Supply Chain Management | Customer Order Management<br>Supply Chain Planning<br>Supply Chain Warehouse<br>Inventory and Fulfillment Management<br>Manufacturing Solution |

| "Accused Product" Identified in Complaint | Sub Categories of Product Suite included in "Accused Product" | Software Applications and/or Services Included in "Accused Product"[1] |
|---|---|---|
| | PeopleSoft Enterprise Tools and Technology | Administration and Infrastructure Integration and Service Oriented Architecture Application Development PeopleSoft Applications Portal End User Productivity Gains |
| | Solution for the Staffing Industry | PeopleSoft Staffing Front Office PeopleSoft Human Capital Management PeopleSoft Pay/Bill Management PeopleSoft Time and Labor PeopleSoft Global Payroll Billing Contracts Global Payroll Human Resources Payroll for North America Project Costing Time and Labor |
| Beehive | Enterprise Messaging | Oracle Beehive Webmail Client Integration with Microsoft Outlook Oracle Beehive Mobility Integrated Voicemail Package |
| | Team Collaboration | Web-based Team Workspaces Web-based User Directory |
| | Real-Time Collaboration | Beehive Conferencing Client |

# EXHIBIT B



# ORACLE

( Sign In/Register for Account | Help )   United States   Communities   I am a...   I want to...   Secure Search

**Products and Services**   Solutions   Downloads   Store   Support   Training   Partners   About

Oracle Technology Network

Products and Services > Oracle Applications > Oracle E-Business Suite

**Oracle Applications**
- **Oracle E-Business Suite**
- Customer Relationship Management
- Service Management
- Financial Management
- Human Capital Management
- Project Portfolio Management
- Advanced Procurement
- Supply Chain Management
- Value Chain Planning
- Value Chain Execution (Logistics)

## How to Make Upgrade Decisions When Business Value Proves Elusive

**Download now >>**



◀ **1** 2 3 ▶

### Oracle E-Business Suite

**WHY ORACLE**

Oracle E-Business Suite is the most comprehensive suite of integrated, global business applications that provides:

- The most complete, integrated business intelligence portfolio
- The most adaptable global business platform
- The most customer-focused applications strategy

**DELIVERING VALUE**

"In today's economy, customers may not be inclined to implement large-scale upgrades of their core operational systems. The ability to recognize rapid value in the near term without requiring an upgrade could be viewed as an effective way to build a strategic IT roadmap and lay the ground work for long-term success,"

Bruce Richardson
AMR Research Chief Research Officer
on Oracle E-Business Suite Release 12.1.

**ORACLE E-BUSINESS SUITE CAN HELP YOU**

**Enterprise Applications**

| | |
|---|---|
| Asset Lifecycle Management | Procurement |
| Customer Relationship Management | Product Lifecycle Management |
| Enterprise Resource Planning | Supply Chain Management |
|   Channel Revenue Management |   Global Trade Management |
|   Financial Management |   Supply Chain Planning |
|   Human Capital Management |   Logistics & Transportation Management |
|   Project Portfolio Management |   Order Management |
| Oracle Applications Web Documentation Library 12.1.3 |   Price Management |
|   Oracle E-Business Suite Documentation | Manufacturing |

**RELATED SOLUTIONS**

| | | |
|---|---|---|
| Applications User Experience | Oracle Accelerate for Midsize Companies | Oracle On Demand |
| Enterprise Performance Management | Oracle Application Integration Architecture | Sustainability |
| Governance, Risk & Compliance Management | Oracle Business Approvals for Managers | Tools & Technology |
| Master Data Management | Oracle Fusion Applications | |

**ORACLE OPTIMIZED SOLUTION FOR ORACLE E-BUSINESS SUITE**

This complete, open, and tightly integrated solution delivers up to twice the batch processing performance and handles four times more online users. Oracle optimizes the performance of each piece of the Oracle E-Business Suite to disk stack individually as part of the stack—from the applications through Oracle Database and the Oracle Solaris operating system to the servers and storage. Oracle software is enhanced to take advantage of the unique features of Oracle's Sun SPARC servers and Sun Storage, including high levels of threading and flash cache technology,

**Oracle 1-800-633-0738**
- Have Oracle call you
- Global contacts
- Sales Chat Live







**Oracle Announces**
**Oracle E-Business Suite 12.1**

**Learn more**

Expand All | Close All

**Offers**

Oracle Announces the Availability of the Oracle Applications Virtual Briefing Center. Access this free, global online repository and take advantage of a variety of resources across all Oracle product lines and solutions. Click here to register.

Close

**News**

**Events**

**Support**

**Training**

**Customers**

while leveraging open standards and interoperability. Customers can quickly deploy this solution and gain a faster return on their investment. Full-stack integration offers increased reliability, security, and higher uptime.

**Technical Information**

**Podcasts**

BOOKMARK  E-mail this page   Printer View

**ONLY ORACLE OFFERS SIGNIFICANT BENEFITS**

| Leverage | Gain | Results |
|---|---|---|
| Oracle E-Business Suite | The most complete, integrated business intelligence portfolio | Achieve an end-to-end view across all your lines of business |
| | | Drive performance with consistent financial and operational information |
| | | Provide every employee with relevant, complete information tailored to their role |
| | The most adaptable global business platform | Operate globally while complying locally |
| | | Extend global business processes with Oracle Application Integration Architecture |
| | | Support your global operations 24/7 |
| | The most customer-focused applications strategy | Protect the value of your existing investment |
| | | Extending the value of your applications |
| | | Evolving you to the next generation |

Subscribe   About Oracle   Careers   Contact Us   Site Maps   Legal Notices   Terms of Use   Your Privacy Rights     Oracle Mobile