IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| AVNET, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Kenexa Corporation to move, answer or otherwise respond to the First Amended Complaint for Patent Infringement is extended until January 5, 2012.

CONNOLLY, BOVE, LODGE, & HUTZ LLP         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*                       */s/ Rodger D. Smith II*
Arthur G. Connolly, III (#2667)              Rodger D. Smith II (#3778)
The Nemours Building                         1201 N. Market Street
1007 North Orange Street                     P.O. Box 1347
P.O. Box 2207                                Wilmington, DE 19899-1347
Wilmington, DE 19899                         (302) 658-9200
(302) 658-9141                               rsmith@mnat.com
  *Attorneys for Plaintiff IpLearn LLC*         *Attorneys for Defendant Kenexa Corporation*


SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge