# EXHIBIT 1

## Exhibit 1[1]

| Defendant | Accused Product(s) | Count I '478 | Count II '780 | Count III '973 | Count IV '888 | Count V '486 | Count VI '556 | Count VII RE38,432 | Count VIII RE39,942 | Count IX '448 |
|---|---|---|---|---|---|---|---|---|---|---|
| Oracle | Enterprise Business Suite | ✓ | | | ✓ | ✓ | ✓ | | | ✓ |
| | iLearning | ✓ | | ✓ | ✓ | ✓ | | ✓ | ✓ | |
| | PeopleSoft Enterprise | | ✓ | | ✓ | ✓ | ✓ | | | ✓ |
| | Beehive | | | | | | | ✓ | ✓ | |
| | Live Virtual Class | | | | | | | ✓ | ✓ | |
| Ultimate | UltiPro | | ✓ | | | | ✓ | | | ✓ |

[1] All information derived from IpLearn's First Amended Complaint for Patent Infringement filed October 5, 2011 (D.I. 15).