# EXHIBIT 3

FILED

JUN - 4 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TECSEC, INC.,                          )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )        1:10cv115(LMB/TCB)
                                       )
INTERNATIONAL BUSINESS MACHINES        )
CORP., et al,                          )
                                       )
        Defendants.                    )

### ORDER

For the reasons stated in open court, plaintiff's Motion for

a Case Management Order [124] is referred to Judge Buchanan and

defendants' Joint Motion to Sever Misjoined Defendants [142] is

GRANTED.  Accordingly, it is hereby

ORDERED that this litigation proceed solely against

defendants International Business Machines Corporation and eBay,

Inc. and that the claims against all other defendants be and are

STAYED until further order of this Court.

The Clerk is directed to forward copies of this Order to

counsel of record.

Entered this 4th day of June, 2010.


Alexandria, Virginia

                                        /s/
                                 Leonie M. Brinkema
                                 United States District Judge

## Hockin, Laurie

| | |
|---|---|
| **From:** | cmecf@vaed.uscourts.gov |
| **Sent:** | Friday, June 04, 2010 9:03 AM |
| **To:** | Courtmail@vaed.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-00115-LMB-TCBVAED TecSec, Incorporated v. International Business Machines Corporation et al Order on Motion for Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of Virginia -

## Notice of Electronic Filing

The following transaction was entered on 6/4/2010 at 12:03 PM EDT and filed on 6/4/2010
**Case Name:**      TecSec, Incorporated v. International Business Machines Corporation et al
**Case Number:**      1:10-cv-00115-LMB-TCB
**Filer:**
**Document Number:** 161

**Docket Text:**
**ORDER: For the reasons stated in open court, plaintiff's Motion for a Case Management Order [124] is referred to Judge Buchanan and defendants' Joint Motion to Sever Misjoined Defendants [142] is GRANTED. Accordingly, it is hereby ORDERED that this litigation proceed solely against defendants International Business Machines Corporation and eBay, Inc. and that the claims against all other defendants be and are STAYED until further order of this Court.Signed by District Judge Leonie M. Brinkema on 06/04/10. (yguy)**

**1:10-cv-00115-LMB-TCB Notice has been electronically mailed to:**

Blair Martin Jacobs     bjacobs@mwe.com, pdeneen@mwe.com, whbrown@mwe.com

Brian Mark Buroker     bburoker@hunton.com, tecsec@dpelaw.com, tecsec@hunton.com

Christina Ann Ondrick     condrick@mwe.com, lmarth@mwe.com, Washington_IP_Docket@mwe.com, WDCSecretarialTeam5South@mwe.com

Craig Crandall Reilly     craig.reilly@ccreillylaw.com

6/4/2010

Henry Chao-lon Su    suh@howrey.com, hockinl@howrey.com, melendyk@howrey.com

Jeffrey Kirk Sherwood    sherwoodj@dicksteinshapiro.com, SAP-TecSec@dicksteinshapiro.com, seuttera@dicksteinshapiro.com

Jonathan Dyste Link    jlink@townsend.com, jlyando@townsend.com, msolomon@townsend.com, oracle-tecsec@townsend.com

Karla Lynn Palmer    kpalmer@mwe.com

Michael Andrew Oakes    moakes@hunton.com

Michael W. Robinson    mwrobinson@venable.com, larhoades@venable.com

Sarah Marie Hall    shall@cov.com, grubman@cov.com

Stephen Eric Baskin    sbaskin@kilpatrickstockton.com, RAlbert@kilpatrickstockton.com, SDerrickson@kilpatrickstockton.com

Stephen Keith Gallagher    skgallagher@venable.com, ljchaplin@venable.com

Stephen Michael Sayers    ssayers@hunton.com

Tara Lynn Renee Zurawski    tzurawski@jonesday.com, imkarfes@jonesday.com, trgoots@jonesday.com

Thomas J. Cawley    tcawley@hunton.com, cbaroody@hunton.com

Vivian Szu-Yin Kuo    kuov@howrey.com

Walter Dekalb Kelley , Jr    wdkelley@jonesday.com

**1:10-cv-00115-LMB-TCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091796605 [Date=6/4/2010] [FileNumber=2626354-0]
[413bd460b6664094df2f2a194ccc788a018cddca3269418114802fb7f2acd725e683
432dd10e0cff72986bfb2ed84a7389b0f3ba7ee7f0de1187b3c59c2f06be]]