IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>               Plaintiff,<br>v.<br><br>WBT SYSTEMS, LTD., *et al.*,<br><br>               Defendants. | Civil Action No. 11-825-LPS<br><br>DEMAND FOR JURY TRIAL |

## IpLEARN, LLC'S ANSWER TO DEFENDANT CONNECTIONS EDUCATION LLC'S COUNTERCLAIMS

Plaintiff IpLearn, LLC ("IpLearn"), by and through its undersigned attorneys, answers the Counterclaims of Defendant Connections Education LLC ("Connections") by corresponding paragraph number as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.

### JURISDICTION AND VENUE

5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.

### COUNTERCLAIM COUNT I
### (Declaratory Judgment of Non-infringement of the Asserted Patents)

9. IpLearn incorporates the allegations in its First Amended Complaint for Patent Infringement and its response to paragraphs 1 through 8 of Connections' Counterclaims as if fully set forth herein.

10. Denied.
11. Denied.

## COUNTERCLAIM COUNT II
### (Declaratory Judgment of Invalidity and/or Unenforceability of the Assert Patents)

12. IpLearn incorporates the allegations in its First Amended Complaint for Patent Infringement and its response to paragraphs 1 through 11 of Connections' Counterclaims as if fully set forth herein.

13. Denied.

14. Denied.

## PRAYER FOR RELIEF

WHEREFORE, IpLearn prays for the following relief with regard to Connections' Counterclaims:

A. A dismissal with prejudice of Connections' Counterclaims;

B. An adjudication that Connection is not entitled to any relief on its Counterclaim, including, without limitation, any fine or damages; and

C. Costs and such further relief to which IpLearn is entitled, and which the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

IpLearn demands a trial by jury on all issues so triable.

| | |
|---|---|
| December 22, 2011 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | /s/ *Arthur G. Connolly, III* |
| | Arthur G. Connolly, III (#2667) |
| | Kristen Healey Cramer (#4512) |
| Of Counsel: | Jeremy D. Anderson (#4515) |
| | The Nemours Building |
| Marc A. Fenster | 1007 North Orange Street |
| Russ, August & Kabat | Wilmington, DE  19801 |
| 12424 Wilshire Boulevard, 12th Floor | (302) 302-888-6318 (phone) |
| Los Angeles, CA  90025-1031 | (302) 255-4318 (fax) |
| (310) 826-7474 (phone) | aconnollyIII@cblh.com |
| (310) 826-6991 (fax) | kcramer@cblh.com |
| mfenster@raklaw.com | janderson@cblh.com |
| | |
| | Attorneys for Plaintiff, |
| | IpLearn, LLC |