**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) | |
| Plaintiff. | ) ) | |
| v. | ) ) | C.A. No. 11-825-LPS |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER EXTENDING TIME**

Plaintiff IpLearn, LLC ("IpLearn") and Defendant The Ultimate Software Group, Inc. ("Ultimate") hereby stipulate that the time for IpLearn to respond to Ultimate's Motion to Sever (D.I. 102) shall be extended from January 3, 2012 to January 13, 2012, and Ultimate's time to reply shall be extended to January 30, 2012.

DATED:  December 23, 2011

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Arthur G. Connolly III* | */s/ Philip A. Rovner* |
| Arthur G. Connolly, III (#2667) | Philip A. Rovner (#3215) |
| Kristen Healey Cramer (#4512) | Jonathan A. Choa (#5319) |
| Jeremy D. Anderson (#4515) | Hercules Plaza |
| The Nemours Building | P.O. Box 951 |
| 1007 North Orange Street | Wilmington, DE 19899 |
| Wilmington, DE 19801 | (302) 984-6000 |
| (302) 888-6318 | provner@potteranderson.com |
| aconnollyIII@cblh.com | jchoa@potteranderson.com |
| kcramer@cblh.com | |
| janderson@cblh.com | *Counsel for Defendant* |
| | *The Ultimate Software Group, Inc.* |
| *Counsel for Plaintiff IpLearn, LLC* | |

SO ORDERED THIS _____ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge