# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) |
| Plaintiff. | ) ) |
| v. | ) C.A. No. 11-825-LPS ) |
| WBT SYSTEMS, LTD, *et al.*, | ) ) ) |
| Defendants. | ) |

## STIPULATION AND ORDER EXTENDING TIME

Plaintiff IpLearn, LLC ("IpLearn") and Defendant Oracle Corporation ("Oracle") hereby stipulate that the time for IpLearn to respond to Oracle's Motion to Dismiss or, in the Alternative, for a More Definitive Statement (D.I. 97) shall be extended from December 30, 2011 to January 9, 2012, and Oracle's time to reply shall be extended to January 25, 2012.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/Arthur G. Connolly, III* | */s/Mary B. Graham* |
| Arthur G. Connolly, III (#2667) | Mary B. Graham (#2256) |
| Kristen Healey Cramer (#4512) | 1201 N. Market Street |
| Jeremy D. Anderson (#4515) | P.O. Box 1347 |
| The Nemours Building | Wilmington, DE 19899-1347 |
| 1007 North Orange Street | (302) 658-9200 |
| Wilmington, DE 19801 | mgraham@mnat.com |
| (302) 888-6318 | *Attorneys for Defendant* |
| aconnollyIII@cblh.com | *Oracle Corporation* |
| kcramer@cblh.com | |
| janderson@cblh.com | |
| *Attorneys for Plaintiff IpLearn, LLC* | |

December 27, 2011

SO ORDERED THIS __ day of _____, 2011.

_____
The Honorable Leonard P. Stark
United States District Court Judge