IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) |
| | ) |
| AVNET, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**RULE 7.1 STATEMENT OF KENEXA CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Kenexa Corporation ("Kenexa"), by and through its counsel, states that it is a publicly held corporation. Kenexa has no corporate parent. No publicly held corporation owns 10% or more of Kenexa's stock.

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Rodger D. Smith II*
          _____
          Rodger D. Smith II (#3778)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE  19899-1347

OF COUNSEL:
          (302) 658-9200
          rsmith@mnat.com

Matthew B. Lowrie
Robert J. Silverman           *Attorneys for Defendant Kenexa Corporation*
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019

January 5, 2012
14806409.1


# **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 5, 2012, upon the following in the manner indicated:

Arthur G. Connolly, III, Esquire  *VIA ELECTRONIC MAIL*
Kristen Healey Cramer, Esquire
Jeremy D. Anderson, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire  *VIA ELECTRONIC MAIL*
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
*Attorneys for Plaintiff*

Richard D. Kirk, Esquire  *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc., Lumesse AS
and Lumesse, Inc.*

Mario Aieta, Esquire  *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

- 2 -

Steven D. Maslowski, Esquire     *VIA ELECTRONIC MAIL*
Dianne B. Elderkin, Esquire
Ruben H. Munoz, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
Two Commerce Square
2001 Market Street, Suite 4100
Philadelphia, PA 19103
*Attorneys for Lumesse AS and Lumesse, Inc.*

Mary B. Graham, Esquire     *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, Esquire     *VIA ELECTRONIC MAIL*
Andrew B. Grossman, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire     *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, Esquire     *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Halogen Software Inc., Mzinga, Inc.
and Trivantis Corporation, Inc.*

| | |
|---|---|
| M. Craig Tyler, Esquire<br>WILSON SONSINI GOODRICH & ROSATI<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, TX  78759-7247<br>*Attorneys for Halogen Software Inc.*<br>*and Mzinga, Inc.* | *VIA ELECTRONIC MAIL* |
| J. Robert Chambers, Esquire<br>WOOD, HERRON & EVANS LLP<br>Carew Tower<br>441 Vine Street, Suite 2700<br>Cincinnati, OH  45202<br>*Attorneys for Trivantis Corporation, Inc.* | *VIA ELECTRONIC MAIL* |
| R. Guy Taft, Esquire<br>Stuart C. Brinn, Esquire<br>STRAUSS & TROY, LPA<br>The Federal Reserve Building<br>150 East Fourth Street, 4th Floor<br>Cincinnati, OH  45202-4018<br>*Attorneys for Trivantis Corporation, Inc.* | *VIA ELECTRONIC MAIL* |
| Philip A. Rovner, Esquire<br>Jonathan A. Choa, Esquire<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market Street, Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Element K Corporation and The*<br>*Ultimate Software Group Inc.* | *VIA ELECTRONIC MAIL* |
| Wendell W. Harris, Esquire<br>Andrew P. Zappia, Esquire<br>LECLAIRRYAN<br>290 Linden Oaks, Suite 310<br>Rochester, NY 14625<br>*Attorneys for Element K Corporation* | *VIA ELECTRONIC MAIL* |

- 4 -

| | |
|---|---|
| Henry C. Bunsow, Esquire<br>Matthew F. Greinert, Esquire<br>Dewey & Leboeuf, LLP<br>Post Montgomery Tower<br>One Montgomery Street, Suite 3500<br>San Francisco, CA 94104<br>*Attorneys for The Ultimate Software Group, Inc.* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>Andrew Russell, Esquire<br>SHAW LLC<br>800 Delaware Avenue, 4th Floor<br>P.O. Box 1948<br>Wilmington, DE 19899<br>*Attorneys for NCS Pearson, Inc.* | *VIA ELECTRONIC MAIL* |
| Amr O. Aly, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>31 W. 52nd Street<br>New York, NY 10019<br>*Attorneys for NCS Pearson, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel M. Silver, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |
| Rudolph A. Telscher, Esquire<br>Kara R. Fussner, Esquire<br>HARNESS, DICKEY & PIERCE, P.L.C.<br>7700 Bonhomme, Suite 400<br>Clayton, MO 63105<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |
| William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |

- 5 -

| | |
|---|---|
| Joseph Richetti, Esquire<br>Alexander Walden, Esquire<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-3300<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |
| Alisa E. Moen, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for Lawson Software, Inc.* | *VIA ELECTRONIC MAIL* |
| Josh A. Krevitt, Esquire<br>Paul E. Torchia, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Attorneys for Lawson Software, Inc.* | *VIA ELECTRONIC MAIL* |
| Steven Sprinkle, Esquire<br>Scott Crocker, Esquire<br>SPRINKLE LAW<br>1301 W. 25th Street, Suite 408<br>Austin, TX 78705<br>*Attorneys for Operitel Corporation* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)