## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-cv-825-LPS |
| | ) |
| WBT SYSTEMS LTD, *et al.*, | ) |
|     Defendants. | ) |

### NOTICE OF SUBSTITUTION OF COUNSEL
### FOR DEFENDANTS LUMESSE AS AND LUMESSE, INC.

Pursuant to Local Rule 83.7, Richard D. Kirk and Stephen B. Brauerman of Bayard, P.A. and Dianne B. Elderkin, Ruben H. Munoz and Steven D. Maslowski of Akin Gump Strauss Hauer & Feld LLP hereby withdraw their appearances for Defendants Lumesse AS and Lumesse, Inc. (collectively, "Lumesse"), and Stamatios Stamoulis and Richard C. Weinblatt of Stamoulis & Weinblatt LLC hereby enter their appearances for Lumesse in this case.

| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Richard D. Kirk* |
| Stamatios Stamoulis (#4606) | Richard D. Kirk (#0922) |
|     stamoulis@swdelaw.com |     rkirk@bayardlaw.com |
| Richard C. Weinblatt (#5080) | Stephen B. Brauerman (#4952) |
|     weinblatt@swdelaw.com |     sbrauerman@bayardlaw.com |
| Two Fox Point Centre | 222 Delaware Avenue, Suite 900 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19801 |
| Wilmington, DE 19809 | (302) 655-5000 |
| (302) 999-1540 | |
| | OF COUNSEL: |
| *Substitute Attorneys for Defendants* | Dianne B. Elderkin |
| *Lumesse AS and Lumesse, Inc.* | Ruben H. Munoz |
| | Steven Maslowski |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | Two Commerce Square |
| | 2001 Market Street, Suite 4100 |
| | Philadelphia, PA 19103-7013 |
| | (215) 965-1200 |
| | |
| | *Withdrawing Attorneys for Defendants* |
| | *Lumesse AS and Lumesse, Inc.* |