**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-cv-825-LPS |
| | ) | |
| WBT SYSTEMS LTD., *et al.*, | ) | |
|       Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* Daniel A. Kent of Kent Law, P.C., 555 N. Point Ctr. E. Ste. 400, Alpharetta, GA 30022, to represent Defendants Lumesse AS and Lumesse, Inc. in this matter.

Dated:  January 6, 2012    STAMOULIS & WEINBLATT LLC

    */s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Attorneys for Defendants
Lumesse AS and Lumesse, Inc.*

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Daniel A. Kent is granted.

Date:_____

                  Leonard P. Stark
                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: Jan. 6, 2012

Daniel A. Kent
Kent Law, P.C.
555 N. Point Ctr. E. Ste. 400
Alpharetta, GA 30022
(404) 585-4214
dan@kentiplit.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080