# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IpLEARN, LLC,** | ) | |
| Plaintiff, | ) | C.A. No. 11-825-LPS |
| | ) | |
| v. | ) | |
| | ) | |
| **WBT SYSTEMS LTD.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## CENGAGE LEARNING, INC.

Defendant Cengage Learning, Inc. ("Cengage"), by its attorneys, respectfully submits the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

Cengage certifies that no publicly-held corporation owns more than 10% of Cengage's stock.

| | |
|---|---|
| January 9, 2012 | BAYARD, P.A. |
| OF COUNSEL: | |
| | */s/ Stephen B. Brauerman* |
| Mario Aieta | Richard D. Kirk (rk922) |
| 230 Park Ave, Suite 1130 | Stephen B. Brauerman (sb4952) |
| New York, New York 10169 | 222 Delaware Avenue, Suite 900 |
| (212) 404-8755 | Wilmington, DE 19899 |
| maieta@ssbb.com | (302) 429-4232 |
| | rkirk@bayardlaw.com |
| | sbrauerman@bayardlaw.com |
| | *Counsel for Defendant Cengage Learning, Inc.* |