IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, <br><br> Plaintiff, <br> v. <br><br> WBT SYSTEMS LTD., *et al.*, <br><br> Defendants. | Civil Action No. 11-825-LPS <br><br> DEMAND FOR JURY TRIAL |

STIPULATION OF DISMISSAL
AS TO DEFENDANTS WTB SYSTEMS LTD. AND WBT SYSTEMS, INC.

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IpLearn, LLC ("IpLearn") and Defendants WBT Systems Ltd. and WBT Systems, Inc. (collectively, "WBT Systems") stipulate to the dismissal, without prejudice, of all claims asserted by IpLearn against WBT Systems in this action, with each party to bear its own attorney's fees and costs.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

MAYER BROWN LLP

*/s/ Brian A. Rosenthal*
Brian A. Rosenthal (D.C. Bar #478380)
1999 K Street, N.W.
Washington, D.C. 20006
(302) 263-3446
brosenthal@mayerbrown.com

*Counsel for Defendants*
*WBT Systems Ltd. and WBT Systems, Inc.*

SO ORDERED this _____ day of January, 2012.

_____
Leonard P. Stark
United States District Court Judge