# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, ) ) ) | C.A. No. 11-825-LPS |
| Plaintiff, ) ) | |
| v. ) ) | |
| WBT SYSTEMS, LTD, *et al.*, ) ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendants Lumesse AS and Lumesse, Inc. (collectively "Lumesse"), subject to the approval of the Court, that the time within which Lumesse shall answer, move or otherwise respond to the Amended Complaint is extended until February 21, 2012.

Dated: January 19, 2012.

CONNOLLY BOVE LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Counsel for Defendants
Lumesse AS and Lumesse, Inc.*

SO ORDERED THIS _____ day of _____, 2012.

_____
The Honorable Leonard P. Stark
United States District Court Judge