# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IpLEARN, LLC,     :
          :
    Plaintiff,   :
          :
v.          :  C.A. NO. 11-825-LPS
          :
WBT SYSTEMS LTD., et al.,  :
          :
    Defendants.  :

## DEFENDANT MZINGA, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mzinga, Inc. ("Mzinga") makes the following corporate disclosure:

Mzinga does not have a parent corporation, nor is there any publicly held corporation that owns ten percent or more of Mzinga's stock.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (# 2903)
James L. Higgins (#5021)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6600
*kpascale@ycst.com*
*jhiggins@ycst.com*
*Attorneys for Defendant*
*Mzinga, Inc.*

January 19, 2012

OF COUNSEL:

**WILSON SONSINI GOODRICH & ROSATI**
M. Craig Tyler
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78759-7247
Telephone: 512-338-5400
E-mail: ctyler@wsgr.com

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on January 19, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

***By E-Mail***

Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]          *Plaintiff, IpLearn, LLC*
Jeremy Douglas Anderson [janderson@cblh.com]
Kristen Healey Cramer [kcramer@cblh.com]
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Marc A. Fenster [mfenster@raklaw.com]                             *Plaintiff, IpLearn, LLC*
Benjamin T. Wang [bwang@raklaw.com]
Fredricka Ung [fung@raklaw.com]
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025

William J. Wade [wade@rlf.com]                          *Defendant Beeline Acquisition Corp.*
Anne Shea Gaza [gaza@rlf.com]
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Richard D. Kirk [rkirk@bayardlaw.com]                    *Defendant Cengage Learning Inc.*
Stephen P. Brauerman [sbrauerman@bayardlaw.com]
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box. 25130
Wilmington, DE 19899-5130

Daniel M. Silver [dsilver@mccarter.com]                    *Defendant Connections Education LLC*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Philip A. Rovner [provner@potteranderson.com]              *Defendant Element K Corporation*
POTTER ANDERSON & CORROON, LLP                      *Defendant The Ultimate Software Group Inc.*
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Rodger D .Smith, II [rsmith@mnat.com]                      *Defendant Kenexa Corporation*
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

Alisa E. Moen [moen@blankrome.com]                         *Defendant Lawson Software Inc.*
BLANK ROME LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

Mary B. Graham [mgraham@mnat.com]                          *Defendant Oracle Corporation*
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

John W. Shaw [jshaw@shawkeller.com]                        *Defendant NCS Pearson Inc.*
Andrew Russell [arussell@shawkeller.com]
SHAW KELLER LLP
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801

Richard C. Weinblatt [weinblatt@swdelaw.com]            *Defendants Lumesse AS and Lumesse, Inc.*
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Deny Road, Suite 307
Wilmington, DE 19809

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

January 19, 2012

_____

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendant Mzinga, Inc.*