## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) )  ) | C.A. No. 11-825-LPS |
| v. | ) ) ) ) | |
| WBT SYSTEMS, LTD, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff IpLearn, LLC and Defendant

Operitel Corporation  ("Operitel"), subject to the approval of the Court, that the time for Operitel

to answer, move or otherwise respond to the amended complaint (D.I. 15) is extended until

February 3, 2012.

CONNOLLY BOVE LODGE & HUTZ
LLP

_____
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
Jeremy D. Anderson (#4515)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 888-6318
aconnollyIII@cblh.com
kcramer@cblh.com
janderson@cblh.com

*Counsel for Plaintiff IpLearn, LLC*


SPRINKLE LAW

_____
Steven Sprinkle (Tex. Bar #00794962)
Scott Crocker (Tex. Bar # 00790532)
1301 W. 25th Street, Suite 408
Austin, TX 78705
(512) 366-7308
SCrocker@sprinklelaw.com

*Counsel for Defendant Operitel Corporation*


DATED:  January 20, 2012

SO ORDERED THIS _____ day of _____, 201__.


_____

The Honorable Leonard P. Stark
United States District Court Judge