IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (LPS) |
| | ) | |
| AVNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the

Court, that the deadlines below (*see* D.I. 168 and D.I. 181) shall be extended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Kenexa to respond to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | July 26, 2012 | August 9, 2012 |
| IpLearn to serve Paragraph 4(a) Disclosures regarding Kenexa (under D. Del. Default Standard) | August 21, 2012 | September 4, 2012 |

CONNOLLY, BOVE, LODGE, & HUTZ LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Arthur G. Connolly, III*                          */s/ Rodger D. Smith II*
Arthur G. Connolly, III (#2667)                    Rodger D. Smith II (#3778)
The Nemours Building                                   1201 N. Market Street
1007 North Orange Street                             P.O. Box 1347
P.O. Box 2207                                               Wilmington, DE  19899-1347
Wilmington, DE 19899                                  (302) 658-9200
(302) 658-9141                                             rsmith@mnat.com
 *Attorneys for Plaintiff IpLearn LLC*              *Attorneys for Defendant Kenexa Corporation*


SO ORDERED this _____ day of _____,
2011.


_____
United States District Judge