IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, | : |
| Plaintiff, | : |
| | : C.A. No. 11-825-RGA |
| v. | : |
| BEELINE ACQUISITION CORP., et al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Beeline Acquisition Corp. ("Beeline"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168 and D.I. 181):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Beeline responds to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 7/26/2012 | 8/2/2012 |
| Exchange of Rule 26(a)(1) Initial Disclosures | 7/30/2012 | 8/6/2012 |

RLF1 6331563v.1

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Travis S. Hunter* |
| Arthur G. Connolly, III (#2667) | William J. Wade (#704) |
| Kristen Healey Cramer (#4512) | Anne Shea Gaza (#4093) |
| Connolly Bove Lodge & Hutz LLP | Travis S. Hunter (#5350) |
| The Nemours Building | Richards, Layton & Finger, P.A. |
| 1007 North Orange Street | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| (302) 658-9141 | Wilmington, DE 19801 |
| AConnollyIII@cblh.com | (302) 651-7700 |
| kcramer@cblh.com | wade@rlf.com |
| | gaza@rlf.com |
| | hunter@rlf.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant Beeline Acquisition Corp.* |

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE