IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| BEELINE ACQUISITION CORP., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant The Ultimate Software Group, Inc. ("Ultimate"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168 and D.I. 181):

| Event | Current Deadline | Extended Deadline |
|---|---|---|
| Ultimate to serve responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 7/26/2012 | 8/2/2012 |
| Exchange Rule 26(a)(1) initial disclosures | 7/30/12 | 8/6/2012 |
| IpLearn to serve Paragraph 4(a) Disclosures regarding Ultimate (under D. Del. Default Standard) | 8/21/2012 | 8/28/2012 |
| Ultimate to serve Paragraph 4(b) Disclosures regarding IpLearn (under D. Del. Default Standard) | 10/1/2012 | 10/8/2012 |
| IpLearn to serve Paragraph 4(c) Disclosures regarding Ultimate (under D. Del. Default Standard) | 11/15/2012 | 11/29/2012 |
| Ultimate to serve Paragraph 4(d) Disclosures regarding IpLearn (under D. Del. Default Standard) | 12/31/2012 | 1/14/2013 |

...
...

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>   Arthur G. Connolly, III (#2667)<br>   Kristen Healey Cramer (#4512)<br>   The Nemours Building<br>   1007 North Orange Street<br>   Wilmington, DE 19801<br>   (302) 658-9141<br>   AConnollyIII@cblh.com<br>   kcramer@cblh.com | By: */s/ Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant*<br>*The Ultimate Software Group, Inc.* |

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1068598