IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| BEELINE ACQUISITION CORP., et al., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Cengage Learning, Inc. ("Cengage"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168 and D.I. 181):

| Event | Current Date | Revised Date |
|---|---|---|
| Cengage to serve responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 7/26/2012 | 8/2/2012 |
| IpLearn to serve Paragraph 4(a) Disclosures regarding Cengage (under D. Del. Default Standard) | 8/21/2012 | 8/28/2012 |
| Cengage to serve Paragraph 4(b) Disclosures regarding IpLearn (under D. Del. Default Standard) | 10/1/2012 | 10/8/2012 |
| IpLearn to serve Paragraph 4(c) Disclosures regarding Cengage (under D. Del. Default Standard) | 11/15/2012 | 11/29/2012 |
| Cengage to serve Paragraph 4(d) Disclosures regarding IpLearn (under D. Del. Default Standard) | 12/31/2012 | 1/14/2013 |

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON CORROON LLP |
| By: */s/ Arthur G. Connolly, III*<br>    Arthur G. Connolly, III (#2667)<br>    Kristen Healey Cramer (#4512)<br>    The Nemours Building<br>    1007 North Orange Street<br>    Wilmington, DE 19801<br>    (302) 658-9141<br>    AConnollyIII@cblh.com<br>    kcramer@cblh.com | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant<br>Cengage Learning, Inc.* |

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1068654