IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-825 (RGA) |
| | ) |
| BEELINE ACQUISITION CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Defendant Oracle Corporation's Responses and Objections to Plaintiff's First Set of Requests for Production of Documents* and (2) *Oracle Corporation's Objections and Responses to Plaintiff's First Set of Interrogatories* were caused to be served on July 26, 2012 on:

### COURTESY COPIES BY E-MAIL

| CONNOLLY, BOVE, LODGE & HUTZ | RUSS AUGUST & KABAT |
|---|---|
| Arthur G. Connolly, III<br>**aconnollyIII@cblh.com** | Marc A. Fenster<br>**mfenster@raklaw.com** |
| Kristen Healey Cramer<br>**kcramer@cblh.com** | Benjamin Wang<br>**bwang@raklaw.com** |
| | Fredricka Ung<br>**fung@raklaw.com** |

- 2 -

                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                    */s/ Mary B. Graham*
                    Mary B. Graham (#2256)
                    Stephen J. Kraftschik (#5623)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899-1347
                    (302) 658-9200
                    mgraham@mnat.com
                    skraftschik@mnat.com
                       *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Robert Sloss
Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

July 26, 2012