IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE ACQUISITION CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2012, the following documents were served on the persons listed below in the manner indicated:

1. NCS Pearson, Inc.'s First Set Of Requests For Production Of Documents And Things

2. Response To Plaintiff's First Set Of Requests For Production Of Documents And Things From Defendant NCS Pearson, Inc.

3. Defendant NCS Pearson, Inc.'s First Set Of Interrogatories To Plaintiff IpLearn, LLC

4. Defendant NCS Pearson, Inc.'s Response To Plaintiff IpLearn, LLC's First Set Of Interrogatories To NCS Pearson, Inc.

**BY E-MAIL**

Anne Shea Gaza
Travis S. Hunter
William J. Wade
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
gaza@rlf.com
hunter@rlf.com
wade@rlf.com

Jonathan A. Choa
Phillip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.,
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
302-984-6189
jchoa@potteranderson.com
provner@potteranderson.com

<div style="columns:2">

Joseph Richetti
Alexander Walden
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104-3300
(212) 541-1092
joe.richetti@bryancave.com
alexander.walden@bryancave.com

Kara Renee Fussner
Rudolph A. Telscher
HARNESS, DICKEY & PIERCE, PLC
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
kfussner@hdp.com
rtelscher@hdp.com

Wendell W. Harris, Ph.D.
Andrew P. Zappia
LECLAIRRYAN
70 Linden Oaks
Suite 210
Rochester, NY 14625
(585) 270-2107
wendell.harris@leclairryan.com
andrew.zappia@leclairryan.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com

Mario Aieta
Robert C. Carrillo
M.J. Williams
SATTERLEE STEPHENS BURKE
 & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(212) 404-8755
maieta@ssbb.com
rcarrillo@ssbb.com
mwilliams@ssbb.com

Daniel M. Silver
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com

Karen L. Pascale
James L. Higgins
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-5034
jhiggins@ycst.com
kpascale@ycst.com

Arthur G. Connolly, III
Kristen Healey Cramer
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
aconnollyIII@cblh.com
kcramer@cblh.com

</div>

2

<div style="columns:2">

Rodger Dallery Smith, II
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
rsmith@mnat.com

Josh A. Krevitt
Steven Kalogeras
Paul E. Torchia
GIBSON, DUNN & CRUTCHER
200 Park Avenue
New York, NY  10166-0193
(212) 351-2490
jkrevitt@gibsondunn.com
skalogeras@gibsondunn.com
ptorchia@gibsondunn.com

Andrew B. Grossman
WILMER CUTLER PICKERING HALE
AND DORR
350 South Grand Avenue, Suite 2100
Los Angeles, California  90071
(213) 443-5303
andrew.grossman@wilmerhale.com

Henry C. Bunsow
Matthew F. Greinert
BUNSOW DE MORY
  SMITH & ALLISON LLP
55 Francisco Street, Suite 600
San Francisco, CA 94113
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

Matthew B. Lowrie
Lucas Silva
Robert J. Silverman
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199-7610
mlowrie@foley.com
lsilva@foley.com
rsilverman@foley.com

Alisa E. Moen
BLANK ROME LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
moen@blankrome.com

Mark D. Selwyn
WILMER CUTLER PICKERING HALE
  AND DORR
950 Page Mill Road
Palo Alto, California  94304
(650) 858-6031
mark.selwyn@wilmerhale.com

Mary B. Graham
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com

</div>

3

|  |  |
|---|---|
|  | SHAW KELLER LLP |
|  |  |
|  | */s/ Jeffrey T. Castellano* |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Jeffrey T. Castellano (No. 4837) |
|  | 300 Delaware Avenue, Suite 1120 |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
|  | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
|  | jcastellano@shawkeller.com |
|  | *Attorneys for Defendant NCS Pearson, Inc.* |
| OF COUNSEL: |  |
| Amr O. Aly |  |
| Megan E. Bussey |  |
| KILPATRICK TOWNSEND |  |
|   & STOCKTON LLP |  |
| The Grace Building |  |
| 1114 Avenue of the Americas |  |
| New York, NY  10036-7703 |  |
| (212) 775-8765 |  |

Dated: July 27, 2012