# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-RGA |
| | ) |
| BEELINE ACQUISITION CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Connections Education LLC ("Connections"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 170 and D.I. 181):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Connections to serve responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 7/26/2012 | 8/17/2012 |
| IpLearn to serve Paragraph 4(a) Disclosures regarding Connections (under D. Del. Default Standard) | 8/21/2012 | 9/4/2012 |
| Connections to serve Paragraph 4(b) Disclosures regarding IpLearn (under D. Del. Default Standard) | 10/1/2012 | 10/15/2012 |
| IpLearn to serve Paragraph 4(c) Disclosures regarding Connections (under D. Del. Default Standard) | 11/15/2012 | 11/29/2012 |
| (Connections( to serve Paragraph 4(d) Disclosures regarding IpLearn (under D. Del. Default Standard) | 12/31/2012 | 1/14/2013 |

- 2 -

DATED: July 27, 2012

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MCCARTER & ENGLISH, LLP |
| */s/ Arthur G. Connolly, III* | */s/ Daniel M. Silver* |
| Arthur G. Connolly, III (#2667) | Daniel M. Silver (DE #4758) |
| Kristen Healey Cramer (#4512) | Renaissance Centre |
| The Nemours Building | 405 N. King Street 8th Floor |
| 1007 North Orange Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Tel: (302) 984-6331 |
| Tel: (302) 658-9141 | *dsilver@mccarter.com* |
| *AConnollyIII@cblh.com* | |
| *kcramer@cblh.com* | OF COUNSEL: |
| | Rudolph A. Telscher |
| *Attorneys for Plaintiff,* | Kara R. Fussner (DE #3884) |
| *IpLearn, LLC* | HARNESS, DICKEY & PIERCE, PLC |
| | 7700 Bonhomme, Suite 400 |
| | Clayton, MO 63105 |
| | Tel: (314) 726-7516 |
| | |
| | *Attorneys for Connections Education, LLC* |

SO ORDERED this _____ day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE