IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE ACQUISITION CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 30, 2012, the following document was served on the persons listed below in the manner indicated:

1. NCS Pearson, Inc.'s Rule 26(a)(1) Disclosures

**BY E-MAIL**

Anne Shea Gaza
Travis S. Hunter
William J. Wade
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
gaza@rlf.com
hunter@rlf.com
wade@rlf.com

Jonathan A. Choa
Phillip A. Rovner
POTTER ANDERSON & CORROON, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899
(302) 984-6189
jchoa@potteranderson.com
provner@potteranderson.com

Joseph Richetti
Alexander Walden
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-1092
joe.richetti@bryancave.com
alexander.walden@bryancave.com

Mario Aieta
Robert C. Carrillo
M.J. Williams
SATTERLEE STEPHENS BURKE
 & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
(212) 404-8755

maieta@ssbb.com
rcarrillo@ssbb.com
mwilliams@ssbb.com

Kara Renee Fussner
Rudolph A. Telscher
HARNESS, DICKEY & PIERCE, PLC
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
kfussner@hdp.com
rtelscher@hdp.com

Daniel M. Silver
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com

Wendell W. Harris, Ph.D.
Andrew P. Zappia
LECLAIRRYAN
70 Linden Oaks
Suite 210
Rochester, NY 14625
(585) 270-2107
wendell.harris@leclairryan.com
andrew.zappia@leclairryan.com

Karen L. Pascale
James L. Higgins
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-5034
jhiggins@ycst.com
kpascale@ycst.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com

Arthur G. Connolly, III
Kristen Healey Cramer
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
aconnollyIII@cblh.com
kcramer@cblh.com

Rodger Dallery Smith, II
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
rsmith@mnat.com

Matthew B. Lowrie
Lucas Silva
Robert J. Silverman
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199
mlowrie@foley.com
lsilva@foley.com
rsilverman@foley.com
(617) 342-4006

| | |
|---|---|
| Josh A. Krevitt<br>Steven Kalogeras<br>Paul E. Torchia<br>GIBSON, DUNN & CRUTCHER<br>200 Park Avenue<br>New York, NY  10166<br>(212) 351-2490<br>jkrevitt@gibsondunn.com<br>skalogeras@gibsondunn.com<br>ptorchia@gibsondunn.com | Alisa E. Moen<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>moen@blankrome.com |
| Andrew B. Grossman<br>WILMER CUTLER PICKERING HALE<br>AND DORR<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California  90071<br>(213) 443-5303<br>andrew.grossman@wilmerhale.com | Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE<br>  AND DORR<br>950 Page Mill Road<br>Palo Alto, California  94304<br>(650) 858-6031<br>mark.selwyn@wilmerhale.com |
| Henry C. Bunsow<br>Matthew F. Greinert<br>BUNSOW DE MORY<br>  SMITH & ALLISON LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94113<br>hbunsow@bdiplaw.com<br>mgreinert@bdiplaw.com | Mary B. Graham<br>Jeremy A. Tigan<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com |

|  |  |
|---|---|
|  | S<small>HAW</small> K<small>ELLER</small> LLP |
| OF COUNSEL: | */s/ Andrew E. Russell* |
| Amr O. Aly | John W. Shaw (No. 3362) |
| Megan E. Bussey | Karen E. Keller (No. 4489) |
| K<small>ILPATRICK</small> T<small>OWNSEND</small> | Jeffrey T. Castellano (No. 4837) |
|   & S<small>TOCKTON</small> LLP | Andrew E. Russell (No. 5382) |
| The Grace Building | 300 Delaware Avenue, Suite 1120 |
| 1114 Avenue of the Americas | Wilmington, DE 19801 |
| New York, NY 10036 | (302) 298-0700 |
| (212) 775-8765 | arussell@shawkeller.com |
|  | *Attorneys for Defendant NCS Pearson, Inc.* |

Dated: July 30, 2012