**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IpLEARN, LLC,<br><br>      **Plaintiff,**<br>vs.<br><br>BEELINE ACQUISITION CORP., et al,<br><br>      **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that July 30, 2012, Defendant Connections Education LLC's Initial Rule 26(a)(1) Disclosures were caused to be served on the persons listed below via email:

| | |
|---|---|
| Anne Shea Gaza<br>Travis S. Hunter<br>William J. Wade<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>gaza@rlf.com<br>hunter@rlf.com<br>wade@rlf.com | Jonathan A. Choa<br>Phillip A. Rovner<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.,<br>Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>302-984-6189<br>jchoa@potteranderson.com<br>provner@potteranderson.com |
| Joseph Richetti<br>Alexander Walden<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY10104-3300<br>(212) 541-1092<br>joe.richetti@bryancave.com<br>alexander.walden@bryancave.com | Mario Aieta<br>Robert C. Carrillo<br>M.J. Williams<br>SATTERLEE STEPHENS BURKE<br>& BURKE LLP<br>230 Park Avenue, Suite 1130<br>New York, NY10169<br>(212) 404-8755<br>maieta@ssbb.com<br>rcarrillo@ssbb.com<br>mwilliams@ssbb.com |

| | |
|---|---|
| Amr O. Aly<br>Megan E. Bussey<br>KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY 10036-7703<br>(212) 775-8765 | Wendell W. Harris, Ph.D.<br>Andrew P. Zappia<br>LECLAIRRYAN<br>70 Linden Oaks<br>Suite 210<br>Rochester, NY 14625<br>(585) 270-2107<br>wendell.harris@leclairryan.com<br>andrew.zappia@leclairryan.com |
| Karen L. Pascale<br>James L. Higgins<br>YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-5034<br>jhiggins@ycst.com<br>kpascale@ycst.com | Arthur G. Connolly, III<br>Kristen Healey Cramer<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302)658-9141<br>aconnollyIII@cblh.com<br>kcramer@cblh.com |
| Marc A. Fenster<br>Fredricka Ung<br>Benjamin T. Wang<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard,<br>12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>fung@raklaw.com<br>bwang@raklaw.com | Rodger Dallery Smith, II<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>rsmith@mnat.com |
| Matthew B. Lowrie<br>Lucas Silva<br>Robert J. Silverman<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199-7610<br>mlowrie@foley.com<br>lsilva@foley.com<br>rsilverman@foley.com | Alisa E. Moen<br>BLANK ROME LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br>moen@blankrome.com |

| | |
|---|---|
| Andrew B. Grossman<br>WILMER CUTLER PICKERING HALE AND DORR<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>(213) 443-5303<br>andrew.grossman@wilmerhale.com | Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE AND DORR<br>950 Page Mill Road<br>Palo Alto, California 94304<br>(650) 858-6031<br>mark.selwyn@wilmerhale.com |
| Henry C. Bunsow<br>Matthew F. Greinert<br>BUNSOW DE MORY SMITH & ALLISON LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94113<br>hbunsow@bdiplaw.com<br>mgreinert@bdiplaw.com | Mary B. Graham<br>Jeremy A. Tigan<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com |
| John W. Shaw<br>Karen E. Keller<br>Jeffrey T. Castellano<br>SHAW KELLER, LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com | |
| *Of Counsel:*<br><br>Rudolph A. Telscher<br>Kara Renee Fussner<br>Harness, Dickey & Pierce, PLC<br>7700 Bonhomme, Suite 400<br>St. Louis, MO 63105<br>(314) 726-7500<br>Fax: (314) 726-7501 | MCCARTER & ENGLISH, LLP<br><br>/s/ Daniel M. Silver<br>Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>Fax: (302) 691-1260<br>dsilver@mccarter.com<br><br>*Attorneys for Connections Education, LLC* |