IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                          **Plaintiff,**<br>           v.<br><br>WBT Systems Ltd., *et al.*,<br><br>                          **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of Plaintiff IpLearn, LLC's Initial Disclosures were caused to be served on July 30, 2012, upon the following counsel via electronic mail:

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7718
*Attorney for Defendant
Beeline Acquisition Corp.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
*Attorney for Defendants
Cengage Learning Inc., Element K Corporation,
and Ultimate Software Group Inc.*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*Attorney for Defendants
Halogen Software Inc., Mzinga Inc., and
Technomedia Traning Inc.*

Rodger Dallery Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
*Attorney for Defendant
Kenexa Corporation*

| | |
|---|---|
| Mary B. Graham, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>*Attorney for Defendant*<br>*Oracle Corporation* | Alisa E. Moen, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br>*Attorney for Defendant*<br>*Lawson Software Inc.* |
| John W. Shaw, Esq.<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>*Attorney for Defendant*<br>*NCS Pearson Inc.* | Daniel M. Silver, Esq.<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>*Attorney for Defendant*<br>*Connections Academy LLC* |

July 30, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com
kcramer@cblh.com

Of Counsel:

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

Attorneys for Plaintiff,
IpLearn, LLC

4938655_1

2

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on July 30, 2012, I caused to be electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| William J. Wade, Esq.<br>Anne Shea Gaza, Esq.<br>Travis Steven Hunter, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7718<br>*Attorney for Defendant*<br>*Beeline Acquisition Corp.* | Philip A. Rovner, Esq.<br>Jonathan A. Choa, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>*Attorney for Defendants*<br>*Cengage Learning Inc., Element K Corporation,*<br>*and Ultimate Software Group Inc.* |
| Karen L. Pascale, Esq.<br>James L. Higgins, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*Attorney for Defendants*<br>*Halogen Software Inc., Mzinga Inc., and*<br>*Technomedia Traning Inc.* | Rodger Dallery Smith II, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>*Attorney for Defendant*<br>*Kenexa Corporation* |
| Mary B. Graham, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>*Attorney for Defendant*<br>*Oracle Corporation* | Alisa E. Moen, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br>*Attorney for Defendant*<br>*Lawson Software Inc.* |

| | |
|---|---|
| John W. Shaw, Esq. | Daniel M. Silver, Esq. |
| Shaw Keller LLP | McCarter & English, LLP |
| 300 Delaware Avenue, Suite 1120 | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| (302) 298-0700 | Wilmington, DE 19801 |
| *Attorney for Defendant* | (302) 984-6300 |
| *NCS Pearson Inc.* | *Attorney for Defendant* |
| | *Connections Academy LLC* |

                                           */s/ Arthur G. Connolly, III*
                                            Arthur G. Connolly, III (#2667)