**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| BEELINE ACQUISITION CORP., *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on July 30, 2012 true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT ELEMENT K CORPORATION'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

**BY E-MAIL**

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

Attorneys for Plaintiff
IpLearn LLC

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

Attorneys for Defendant
NCS Pearson, Inc.

Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*
*Oracle Corporation*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Kenexa Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

*Attorneys for Defendant*
*Connections Education, LLC*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants*
*Halogen Software Inc., Mzinga, Inc. and*
*Technomedia Training Inc.*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline Acquisition Corp.*

Alisa E. Moen, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
moen@blankrome.com

*Attorneys for Defendant*
*Lawson Software, Inc.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc. and*
*Cengage Learning Inc.*

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Joseph Richetti, Esq.
Alexander Walden, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Joe.richetti@bryancave.com
Alexander.walden@bryancave.com

*Co-Counsel for Defendant*
*Beeline Acquisition Corp.*

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO 63105
rtelscher@hdp.com
kfussner@hdp.com

*Co-counsel for Defendant*
*Connections Education, LLC*

Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant*
*Kenexa Corporation*

Josh A. Krevitt, Esq.
Paul E. Torchia, Esq.
Steven Kalogeras, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0192
skalogeras@gibsondunn.com
jkrevitt@gibsondunn.com
ptorchia@gibsondunn.com

*Co-counsel for Defendant Lawson Software, Inc.*

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Andrew B. Grossman,Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Amr O. Aly, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
aaly@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78759-7247
ctyler@wsgr.com
jboehm@wsgr.com

*Co-counsel for Defendants Halogen Software, Inc. and Mzinga, Inc. and Technomedia Training Inc*

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, DeMory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

*Co-Counsel for Defendant The Ultimate Software Group, Inc.*

Mario Aieta, Esq.
Robert C. Carrillo, Esq.
M. J. Williams, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
maieta@ssbb.com
mwilliams@ssbb.com
rcarrillo@ssbb.com

*Co-counsel for Defendant*
*Cengage Learning, Inc.*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew P. Zappia
Wendell W. Harris
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY 14625
(585) 270-2100

Dated: July 30, 2012
1068895

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation*
*n/k/a Skillsoft Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on July 30, 2012, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF AND E-MAIL**

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff*
*IpLearn LLC*

Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*
*Oracle Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

*Attorneys for Defendant*
*Connections Education, LLC*

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*NCS Pearson, Inc.*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Kenexa Corporation*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants*
*Halogen Software Inc., Mzinga, Inc. and*
*Technomedia Training Inc.*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline Acquisition Corp.*

Alisa E. Moen, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
moen@blankrome.com

*Attorneys for Defendant*
*Lawson Software, Inc.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc. and*
*Cengage Learning Inc.*

I hereby certify that on July 30, 2012 I have sent by E-mail the foregoing document to the following non-registered participants:

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Joseph Richetti, Esq.
Alexander Walden, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Joe.richetti@bryancave.com
Alexander.walden@bryancave.com

*Co-Counsel for Defendant*
*Beeline Acquisition Corp.*

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO 63105
rtelscher@hdp.com
kfussner@hdp.com

*Co-counsel for Defendant Connections Education, LLC*

Josh A. Krevitt, Esq.
Paul E. Torchia, Esq.
Steven Kalogeras, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0192
skalogeras@gibsondunn.com
jkrevitt@gibsondunn.com
ptorchia@gibsondunn.com

*Co-counsel for Defendant Lawson Software, Inc.*

Andrew B. Grossman,Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78759-7247
ctyler@wsgr.com
jboehm@wsgr.com

*Co-counsel for Defendants Halogen Software, Inc. and Mzinga, Inc. and Technomedia Training Inc*

Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant Kenexa Corporation*

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Amr O. Aly, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
aaly@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, DeMory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

*Co-Counsel for Defendant The Ultimate Software Group, Inc.*

Mario Aieta, Esq.
Robert C. Carrillo, Esq.
M. J. Williams, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
maieta@ssbb.com
mwilliams@ssbb.com
rcarrillo@ssbb.com

*Co-counsel for Defendant Cengage Learning, Inc.*

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com