IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) (SRF) |
| | ) |
| AVNET, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Initial Disclosures Of Defendant Kenexa Corporation Pursuant To Fed. R. Civ. P. 26(a)(1) And The Court's Default Standard For Discovery* were caused to be served on July 30, 2012, upon the following in the manner indicated:

Arthur G. Connolly, III, Esquire                                              *VIA ELECTRONIC MAIL*
Kristen Healey Cramer, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                                                       *VIA ELECTRONIC MAIL*
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
*Attorneys for Plaintiff*

Mary B. Graham, Esquire                                                        *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, EsquireVIA ELECTRONIC MAIL
Andrew B. Grossman, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, EsquireVIA ELECTRONIC MAIL
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, EsquireVIA ELECTRONIC MAIL
James L. Higgins, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Halogen Software Inc. and*
*Mzinga, Inc.*

M. Craig Tyler, EsquireVIA ELECTRONIC MAIL
Joel C. Boehm, Esquire
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX  78759-7247
*Attorneys for Halogen Software Inc.*
*and Mzinga, Inc.*

Philip A. Rovner, EsquireVIA ELECTRONIC MAIL
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc.,*
*Element K Corporation and The Ultimate*
*Software Group Inc.*

Robert C. Carrillo, Esquire     *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Robert C. Carrillo, Esquire     *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Mario Aieta, Esquire     *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Wendell W. Harris, Esquire     *VIA ELECTRONIC MAIL*
Andrew P. Zappia, Esquire
LECLAIRRYAN
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire     *VIA ELECTRONIC MAIL*
Matthew F. Greinert, Esquire
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire     *VIA ELECTRONIC MAIL*
Andrew Russell, Esquire
SHAW LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

| | |
|---|---|
| Amr O. Aly, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>31 W. 52nd Street<br>New York, NY 10019<br>*Attorneys for NCS Pearson, Inc.* | *VIA ELECTRONIC MAIL* |
| Daniel M. Silver, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |
| Rudolph A. Telscher, Esquire<br>Kara R. Fussner, Esquire<br>HARNESS, DICKEY & PIERCE, P.L.C.<br>7700 Bonhomme, Suite 400<br>Clayton, MO  63105<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |
| William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph Richetti, Esquire<br>Alexander Walden, Esquire<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-3300<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |
| Alisa E. Moen, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for Lawson Software, Inc.* | *VIA ELECTRONIC MAIL* |

Josh A. Krevitt, Esquire  *VIA ELECTRONIC MAIL*
Paul E. Torchia, Esquire
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Lawson Software, Inc.*

                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                            */s/ Rodger D. Smith II*
                            Rodger D. Smith II (#3778)
                            1201 N. Market Street
                            P.O. Box 1347
                            Wilmington, DE  19899-1347
OF COUNSEL:                  (302) 658-9200
                            rsmith@mnat.com
Matthew B. Lowrie
Robert J. Silverman            *Attorneys for Defendant Kenexa Corporation*
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
(617) 342-4019

July 30, 2012
4572205

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 30, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Arthur G. Connolly, III, Esquire<br>Kristen Healey Cramer, Esquire<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Benjamin T. Wang, Esquire<br>Fredricka Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Oracle Corporation* | *VIA ELECTRONIC MAIL* |
| Mark D. Selwyn, Esquire<br>Andrew B. Grossman, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Oracle Corporation* | *VIA ELECTRONIC MAIL* |

Robert Sloss, Esquire     *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, Esquire     *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Halogen Software Inc. and*
*Mzinga, Inc.*

M. Craig Tyler, Esquire     *VIA ELECTRONIC MAIL*
Joel C. Boehm, Esquire
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX  78759-7247
*Attorneys for Halogen Software Inc.*
*and Mzinga, Inc.*

Philip A. Rovner, Esquire     *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc.,*
*Element K Corporation and The Ultimate*
*Software Group Inc.*

Robert C. Carrillo, Esquire     *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY  10169
*Attorneys for Cengage Learning Inc.*

Mario Aieta, Esquire  *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Wendell W. Harris, Esquire  *VIA ELECTRONIC MAIL*
Andrew P. Zappia, Esquire
LECLAIRRYAN
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire  *VIA ELECTRONIC MAIL*
Matthew F. Greinert, Esquire
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire  *VIA ELECTRONIC MAIL*
Andrew Russell, Esquire
SHAW LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

Amr O. Aly, Esquire  *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND & STOCKTON LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire  *VIA ELECTRONIC MAIL*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

| | |
|---|---|
| Rudolph A. Telscher, Esquire<br>Kara R. Fussner, Esquire<br>HARNESS, DICKEY & PIERCE, P.L.C.<br>7700 Bonhomme, Suite 400<br>Clayton, MO 63105<br>*Attorneys for Connections Education, LLC* | *VIA ELECTRONIC MAIL* |
| William J. Wade, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |
| Joseph Richetti, Esquire<br>Alexander Walden, Esquire<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>*Attorneys for Beeline Acquisition Corp.* | *VIA ELECTRONIC MAIL* |
| Alisa E. Moen, Esquire<br>BLANK ROME LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for Lawson Software, Inc.* | *VIA ELECTRONIC MAIL* |
| Josh A. Krevitt, Esquire<br>Paul E. Torchia, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Attorneys for Lawson Software, Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)

4