IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| BEELINE ACQUISITION CORP., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Oracle Corporation's Initial Disclosures* were caused to be served on July 30, 2012, upon the following in the manner indicated:.

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ | RUSS AUGUST & KABAT |
| Arthur G. Connolly, III<br>**aconnollyIII@cblh.com** | Marc A. Fenster<br>**mfenster@raklaw.com** |
| Kristen Healey Cramer<br>**kcramer@cblh.com** | Benjamin Wang<br>**bwang@raklaw.com** |
| | Fredricka Ung<br>**fung@raklaw.com** |

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Stephen J. Kraftschik* |
| | Mary B. Graham (#2256) |
| | Stephen J. Kraftschik (#5623) |
| | 1201 N. Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE  19899-1347 |
| | (302) 658-9200 |
| | mgraham@mnat.com |
| | skraftschik@mnat.com |
| OF COUNSEL: | *Attorneys for Oracle Corporation* |

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Robert Sloss
Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

July 30, 2012