IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| IpLEARN, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 11-825-RGA |
| v. | : | |
| | : | |
| BEELINE ACQUISITION CORP., et al., | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant, Beeline.com, Inc.[1] ("Beeline"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (*see* D.I. 168 and D.I. 181):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Beeline.com, Inc. responds to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 8/2/2012 | 8/24/2012 |
| Beeline.com, Inc. serves Rule 26(a)(1) Initial Disclosures | 8/6/202 | 8/27/2012 |
| Beeline.com, Inc. serves Paragraph 3 Initial Disclosures (under D. Del. Default Standard) | 8/13/2012 | 8/27/2012 |

---

[1] The parties have filed concurrently herewith a stipulation to substitute Beeline.com, Inc. for the currently named defendant, Beeline Acquisition Corp. and dismiss Beeline Acquisition Corp. from this case without prejudice.

RLF1 6385344v.1

| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | 8/21/2012 | 9/4/2012 |

 _/s/ Arthur G. Connolly, III_   
Arthur G. Connolly, III (#2667)  
Kristen Healey Cramer (#4512)  
Connolly Bove Lodge & Hutz LLP  
The Nemours Building  
1007 North Orange Street  
Wilmington, DE 19801  
(302) 658-9141  
AConnollyIII@cblh.com  
kcramer@cblh.com  

*Attorney for Plaintiff IpLearn, LLC*

 _/s/ Anne Shea Gaza_   
William J. Wade (#704)  
Anne Shea Gaza (#4093)  
Travis S. Hunter (#5350)  
Richards, Layton & Finger, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, DE 19801  
(302) 651-7700  
wade@rlf.com  
gaza@rlf.com  
hunter@rlf.com  

*Attorneys for Defendant Beeline.com, Inc.*

**IT IS SO ORDERED** this _____ day of August, 2012.

_____  
HON. RICHARD G. ANDREWS  
UNITED STATES DISTRICT JUDGE

RLF1 6385344v.1