## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BEELINE ACQUISITION CORP., *et al.*, | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 2, 2012 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT THE ULTIMATE SOFTWARE GROUP, INC.'S RESPONSES TO PLAINTIFF IPLEARN, LLC'S FIRST SET OF INTERROGATORIES TO DEFENDANTS

DEFENDANT THE ULTIMATE SOFTWARE GROUP, INC.'S RESPONSES TO PLAINTIFF IPLEARN, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS FROM DEFENDANTS

### BY E-MAIL

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff
IpLearn LLC*

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319) |
| Henry C. Bunsow<br>Matthew F. Greinert<br>BUNSOW, DE MORY, SMITH &<br>ALLISON LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>(415) 675-8889 | Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| Dated:  August 2, 2012<br>1069375 | *Attorneys for Defendant*<br>*The Ultimate Software Group, Inc.* |

2