## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BEELINE ACQUISITION CORP., *et al.*, | ) ) ) |
| Defendants. | ) |

C.A. No. 11-825-RGA

JURY TRIAL DEMANDED

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 2, 2012 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT CENGAGE LEARNING, INC.'S RESPONSE TO PLAINTIFF IPLEARN, LLC'S FIRST INTERROGATORIES

DEFENDANT CENGAGE LEARNING, INC.'S RESPONSE TO PLAINTIFF IPLEARN, LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS FROM DEFENDANTS

### BY E-MAIL

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff*
*IpLearn LLC*

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Mario Aieta  
Robert C. Carrillo  
Satterlee Stephens Burke & Burke LLP  
230 Park Avenue  
New York, NY  10169

Dated: August 2, 2012  
1069519

By: /s/ *Philip A. Rovner*  
    Philip A. Rovner (#3215)  
    Jonathan A. Choa (#5319)  
    Hercules Plaza  
    P.O. Box 951  
    Wilmington, DE  19899  
    (302) 984-6000  
    provner@potteranderson.com  
    jchoa@potteranderson.com

*Attorneys for Defendant*  
*Cengage Learning, Inc.*