## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, ) ) | JURY TRIAL DEMANDED |
| v. ) ) | |
| BEELINE.COM, INC., *et al.,* ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 6, 2012 true and correct copies of the

following document were served on the following counsel of record at the addresses and in the

manner indicated:

THE ULTIMATE SOFTWARE GROUP INC.'S INITIAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

### BY E-MAIL

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff
IpLearn LLC*

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant
NCS Pearson, Inc.*

Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347 .
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*
*Oracle Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
dsilver@mccarter.com

*Attorneys for Defendant*
*Connections Education, LLC*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline.com,  Inc.*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
rsmith@mnat.com

*Attorneys for Defendant*
*Kenexa Corporation*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants*
*Halogen Software Inc., Mzinga, Inc. and*
*Technomedia Training Inc.*

Alisa E. Moen, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
moen@blankrome.com

*Attorneys for Defendant*
*Lawson Software, Inc.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation. and*
*Cengage Learning Inc.*


Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO  63105
rtelscher@hdp.com
kfussner@hdp.com


*Co-counsel for Defendant*
*Connections Education, LLC*

Joseph Richetti, Esq.
Alexander Walden, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300
Joe.richetti@bryancave.com
Alexander.walden@bryancave.com

*Co-Counsel for Defendant*
*Beeline.com, Inc.*


Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant*
*Kenexa Corporation*

Josh A. Krevitt, Esq.
Paul E. Torchia, Esq.
Steven Kalogeras, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0192
skalogeras@gibsondunn.com
jkrevitt@gibsondunn.com
ptorchia@gibsondunn.com

*Co-counsel for Defendant Lawson Software, Inc.*

Andrew B. Grossman,Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78759-7247
ctyler@wsgr.com
jboehm@wsgr.com

*Co-counsel for Defendants*
*Halogen Software, Inc. and Mzinga, Inc. and*
*Technomedia Training Inc*

Mario Aieta, Esq.
Robert C. Carrillo, Esq.
M. J. Williams, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
maieta@ssbb.com
mwilliams@ssbb.com
rcarrillo@ssbb.com

*Co-counsel for Defendant*
*Cengage Learning, Inc.*

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Amr O. Aly, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY  10019
aaly@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

Andrew P. Zappia, Esq.
Wendell W. Harris, Ph.D.
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY  14625
Wendell.harris@leclairryan.com
Andrew.zappia@leclairryan.com

*Co-counsel for defendant Element*
*K Corporation*

5

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Matthew F. Greinert
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
(415) 675-8889

Dated: August 6, 2012
1069838

By: /s/ Philip A. Rovner
        Philip A. Rovner (#3215)
        Jonathan A. Choa (#5319)
        Hercules Plaza
        P.O. Box 951
        Wilmington, DE  19899
        (302) 984-6000
        provner@potteranderson.com
        jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on August 6, 2012, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

**BY CM-ECF AND E-MAIL**

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff
IpLearn LLC*

Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant
Oracle Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

*Attorneys for Defendant
Connections Education, LLC*

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
800 Delaware Avenue, 4th Floor
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant
NCS Pearson, Inc.*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant
Kenexa Corporation*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants
Halogen Software Inc., Mzinga, Inc. and
Technomedia Training Inc.*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline.com, Inc.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants*
*Element K Corporation and*
*Cengage Learning Inc.*

Alisa E. Moen, Esq.
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE  19801
moen@blankrome.com

*Attorneys for Defendant*
*Lawson Software, Inc.*

I hereby certify that on August 6, 2012 I have sent by E-mail the foregoing

document to the following non-registered participants:

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Joseph Richetti, Esq.
Alexander Walden, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300
Joe.richetti@bryancave.com
Alexander.walden@bryancave.com

*Co-Counsel for Defendant*
*Beeline.com, Inc.*

2

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO  63105
rtelscher@hdp.com
kfussner@hdp.com

*Co-counsel for Defendant*
*Connections Education, LLC*

Josh A. Krevitt, Esq.
Paul E. Torchia, Esq.
Steven Kalogeras, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0192
skalogeras@gibsondunn.com
jkrevitt@gibsondunn.com
ptorchia@gibsondunn.com

*Co-counsel for Defendant Lawson Software,*
*Inc.*

Andrew B. Grossman,Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78759-7247
ctyler@wsgr.com
jboehm@wsgr.com

*Co-counsel for Defendants*
*Halogen Software, Inc. and Mzinga, Inc. and*
*Technomedia Training Inc*

Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant*
*Kenexa Corporation*

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Amr O. Aly, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY  10019
aaly@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

Mario Aieta, Esq.
Robert C. Carrillo, Esq.
M. J. Williams, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
maieta@ssbb.com
mwilliams@ssbb.com
rcarrillo@ssbb.com

*Co-counsel for Defendant*
*Cengage Learning, Inc.*

3

Andrew P. Zappia, Esq.
Wendell W. Harris, Ph.D.
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY  14625
Wendell.harris@leclairryan.com
Andrew.zappia@leclairryan.com

*Co-counsel for defendant Element K*
*Corporation*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

4