IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-825-RGA |
| ) | |
| BEELINE ACQUISITION CORP., et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND DEADLINE FOR SERVICE OF
D. DEL. DEFAULT STANDARD SECTION 3 DISCLOSURES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Connections Education LLC ("Connections"), hereby stipulate and agree, subject to the approval of the Court, that the deadline for Connections to serve its disclosures pursuant to Section 3 of the District of Delaware Default Standards shall be extended from August 13, 2012 to August 27, 2012.

[signatures on the following page]

ME1 13937969v.1

- 2 -

DATED: August 9, 2012

| | |
|---|---|
| **CONNOLLY BOVE LODGE & HUTZ LLP** | MCCARTER & ENGLISH, LLP |
| */s/ Arthur G. Connolly, III* | /s/ Daniel M. Silver |
| Arthur G. Connolly, III (#2667)<br>Kristen Healey Cramer (#4512)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801<br>(302) 658-9141<br>*AConnollyIII@cblh.com*<br>*kcramer@cblh.com*<br>*janderson@cblh.com* | Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE  19801<br>Tel:  (302) 984-6331<br>Fax:  (302) 691-1260<br>*dsilver@mccarter.com* |
| *Attorneys for Plaintiff,*<br>*IpLearn, LLC* | OF COUNSEL:<br>Rudolph A. Telscher<br>Kara R. Fussner (DE #3884)<br>HARNESS, DICKEY & PIERCE, PLC<br>7700 Bonhomme, Suite 400<br>Clayton, MO  63105<br>Tel:  (314) 726-7516<br>Fax:  (314) 726-7501 |
| | *Attorneys for Connections Education, LLC* |

SO ORDERED this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE