IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BEELINE ACQUISITION CORP., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC, and defendant Cengage Learning, Inc. ("Cengage"), hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Cengage to serve Paragraph 3 Disclosures (under D. Del. Default Standard) is hereby extended from August 13, 2012 to August 27, 2012.

CONNOLLY BOVE LODGE & HUTZ LLP           POTTER ANDERSON CORROON LLP

By: /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@cblh.com
kcramer@cblh.com

*Attorney for Plaintiff IpLearn, LLC*

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant
Cengage Learning, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE