**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| BEELINE.COM, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 13, 2012 true and correct copies of the

following document were served on the following counsel of record at the addresses and in the

manner indicated:

THE ULTIMATE SOFTWARE GROUP INC.'S DISCLOSURES PURSUANT TO SECTION
3 OF THE DELAWARE DEFAULT STANDARD FOR DISCOVERY OF
ELECTRONICALLY STORED INFORMATION

**BY E-MAIL**

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
aconnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff
IpLearn LLC*

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Matthew F. Greinert
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
(415) 675-8889

Dated:  August 13, 2012
1070502

By: */s/ Philip A. Rovner*           
     Philip A. Rovner (#3215)
     Jonathan A. Choa (#5319)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000
     provner@potteranderson.com
     jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc.*