## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>                    **Plaintiff,**<br>       v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>                    **Defendants.** | Civil Action No. 11-825-RGA |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT LAWSON SOFTWARE, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Lawson Software, Inc. ("Lawson"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

August 13, 2012

| CONNOLLY BOVE LODGE & HUTZ LLP | BLANK ROME LLP |
|---|---|
| /s/ *Arthur G. Connolly, III* | /s/ *Alisa E. Moen* |
| Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801<br>(302) 302-888-6318 (phone)<br>(302) 255-4318 (fax)<br>aconnollyIII@cblh.com<br>kcramer@cblh.com<br><br>Attorneys for Plaintiff,<br>IpLearn, LLC | Alisa E. Moen (#4088)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6426 (phone)<br>(302) 988-6699 (fax)<br>moen@blankrome.com<br><br>Attorneys for Defendant Lawson Software, Inc. |

IT IS SO ORDERED this _____ day of _____ 2012.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE