IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| BEELINE.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Oracle Corporation's Initial Disclosures Pursuant To Para. 3 Of The Delaware Default Standard For Discovery* were caused to be served on August 13, 2012, upon the following in the manner indicated:.

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ | RUSS AUGUST & KABAT |
| Arthur G. Connolly, III<br>**aconnollyIII@cblh.com** | Marc A. Fenster<br>**mfenster@raklaw.com** |
| Kristen Healey Cramer<br>**kcramer@cblh.com** | Benjamin Wang<br>**bwang@raklaw.com** |
| | Fredricka Ung<br>**fung@raklaw.com** |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Stephen J. Kraftschik* |
|  | Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>   *Attorneys for Oracle Corporation* |
| OF COUNSEL: |  |
| Mark D. Selwyn<br>WILMER CUTLER<br>PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA  94304 |  |
| Andrew B. Grossman<br>WILMER CUTLER<br>PICKERING HALE AND DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA  90071 |  |
| Robert Sloss<br>Peter O'Rourke<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>Redwood Shores, CA  94065 |  |

August 13, 2012