IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| AVNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER

Plaintiff IpLearn, LLC and defendant NCS Pearson Inc. hereby stipulate and agree, subject to the approval of the Court, that the time for NCS Pearson Inc. to serve Paragraph 3 Initial Disclosures (under the D. Del. Default Discovery Standard), is extended to August 27, 2012.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly III
Arthur G. Connolly III (No. 2667)
Kristen Healy Cramer (No. 4512)
1007 North Orange Street
Wilmington, DE  19801
(302) 658-9141
aconnollyiii@cblh.com
*Attorneys for IpLearn, LLC*

SHAW KELLER LLP

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@ycst.com
arussell@shawkeller.com
*Attorneys for NCS Pearson Inc.*

Dated:  August 13, 2012

SO ORDERED THIS _____ day of _____, 2012.

_____
United States District Court Judge