# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 13, 2012

**BY E-FILING**

Magistrate Judge Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14, Room 3124
Wilmington, DE 19801-3555

Re:  *IpLearn, LLC v. Beeline.com, Inc., et al.,*
     C.A. No. 11-825 (RGA)

Dear Magistrate Judge Fallon:

Pursuant to the parties' telephonic conference with the Court on August 7, 2012, I write on behalf of Plaintiff IpLearn, LLC ("IpLearn") in regards to the September 28, 2012 and October 15, 2012 telephonic conferences with the Court to discuss ADR. The parties have met and conferred and, subject to the Court's approval, submit the following proposed schedule:

| September 28, 2012 | |
| --- | --- |
| **Time (EST)** | **Defendant** |
| 1:00 p.m. | The Ultimate Software Group, Inc. |
| 1:30 p.m. | Element K Corporation |
| 2:00 p.m. | Kenexa Corporation |

| October 15, 2012 | |
| --- | --- |
| **Time (EST)** | **Defendant** |
| 11:30 a.m. | Pearson Inc. |
| 1:00 p.m. | Connections Education LLC |
| 1:30 p.m. | Oracle Corporation |
| 2:00 p.m. | Mzinga, Inc. |
| 2:30 p.m. | Technomedia Training Inc. |
| 3:00 p.m. | Halogen Software Inc. |
| 3:30 p.m. | Cengage Learning, Inc. |
| 4:00 p.m. | Beeline.com, Inc. |

Respectfully submitted,

*/s/ Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)

cc:  All counsel of Record (by CM/ECF)

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA