## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendants Beeline.com, Inc., Cengage Learning, Inc., Connections Education LLC, Element K Corporation, Halogen Software Inc., Kenexa Corporation, Mzinga, Inc., Oracle Corporation, Pearson, Inc., Technomedia Training Inc., and The Ultimate Software Group, Inc. (collectively, "Defendants") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for the parties to submit a proposed protective order from Wednesday, August 15, 2012 to Wednesday, August. 29, 2012.

DATED: August 14, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

By:  */s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Kristen Healey Cramer (#4512)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@cblh.com
kcramer@cblh.com

*Attorneys for Plaintiff IpLearn, LLC*

RICHARDS, LAYTON & FINGER, P.A.

By:   */s/ Travis S. Hunter*
William J. Wade (#704)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline.com, Inc.*

POTTER ANDERSON CORROON LLP

By: */s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendants*
*Cengage Learning, Inc., The Ultimate*
*Software Group, Inc., and Element K*
*Corporation*

MCCARTER & ENGLISH, LLP

By: */s/ Daniel M. Silver*
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6331
Fax: (302) 691-1260
dsilver@mccarter.com
*Attorneys for Defendant Connections*
*Education, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

By: */s/ Stephen J. Kraftshik*
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347 Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
*Attorneys for Oracle Corporation*

YOUNG CONAWAY STARGATT & TAYLOR

By: */s/ Karen L. Pascale*
Karen L. Pascale (#2903)
James L. Higgins (#5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendants*
*Halogen Software Inc., Mzinga, Inc., and*
*Technomedia Training Inc.*

SHAW KELLER LLC

By: */s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendant NCS Pearson, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By: */s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant Kenexa Corporation*

SO ORDERED this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE