IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>                      Plaintiff,<br>    v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>                      Defendants. | Civil Action No. 11-825-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT LAWSON SOFTWARE, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Lawson Software, Inc. ("Lawson"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

August 13, 2012

| CONNOLLY BOVE LODGE & HUTZ LLP | BLANK ROME LLP |
|---|---|
| /s/ *Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 302-888-6318 (phone)<br>(302) 255-4318 (fax)<br>aconnollyIII@cblh.com<br>kcramer@cblh.com<br><br>Attorneys for Plaintiff,<br>IpLearn, LLC | /s/ *Alisa E. Moen*<br>Alisa E. Moen (#4088)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6426 (phone)<br>(302) 988-6699 (fax)<br>moen@blankrome.com<br><br>Attorneys for Defendant Lawson Software, Inc. |

IT IS SO ORDERED this 16th day of Aug 2012.

                                                          /s/ Richard G. Andrews
                                                          UNITED STATES DISTRICT JUDGE