## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| WBT SYSTEMS, LTD, et al., | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT Kristen H. Cramer, Esquire hereby withdraws as

counsel to Plaintiff IpLearn, LLC in the above-captioned matter.  Arthur G. Connolly, III,

Esquire, a Member of the Bar of this Court, shall remain counsel of record to Plaintiff.

August 17, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com

Of Counsel:

Marc A. Fenster
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)
mfenster@raklaw.com

*Attorneys for Plaintiff,*
*IpLearn, LLC*