**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IpLEARN, LLC,<br><br>      **Plaintiff,**<br>vs.<br><br>BEELINE ACQUISITION CORP., et al,<br><br>      **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 17, 2012, **(1) Defendant Connections Education LLC's Response to Plaintiff IpLearn, LLC's First Set of Interrogatories to Defendants**; **(2) Defendant Connections Education LLC's Response to Plaintiff's First Set of Requests for Production of Documents and Things to Defendants** and **(3) this Notice of Service** were caused to be served on the persons listed below via email:

| | |
|---|---|
| Arthur G. Connolly, III<br>Kristen Healey Cramer<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302)658-9141<br>aconnollyIII@cblh.com<br>kcramer@cblh.com | Marc A. Fenster<br>Fredricka Ung<br>Benjamin T. Wang<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard,<br>12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>fung@raklaw.com<br>bwang@raklaw.com |

| | |
|---|---|
| Dated: August 17, 2012 | MCCARTER & ENGLISH, LLP |
| | |
| | /s/ Daniel M. Silver |
| *Of Counsel:* | Daniel M. Silver (#4758) |
| | Renaissance Centre |
| Rudolph A. Telscher | 405 N. King Street, 8th Floor |
| Kara Renee Fussner | Wilmington, DE 19801 |
| Harness, Dickey & Pierce, PLC | (302) 984-6300 |
| 7700 Bonhomme, Suite 400 | Fax: (302) 691-1260 |
| St. Louis, MO 63105 | dsilver@mccarter.com |
| (314) 726-7500 | |
| Fax: (314) 726-7501 | *Attorneys for Connections Education, LLC* |