# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IpLEARN, LLC,<br><br>                  Plaintiff,<br><br>    v.<br><br>BEELINE.COM, INC., et al.,<br><br>                  Defendants. | C.A. No. 11-825-RGA<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168 and D.I. 181):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Element K to serve written responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 8/27/12 | 9/14/2012 |
| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | 8/21/2012 | 9/14/2012 |


Dated: August 21, 2012

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Philip A. Rovner* |
| Arthur G. Connolly, III (#2667) | Philip A. Rovner, Esq. |
| Connolly Bove Lodge & Hutz LLP | Potter Anderson & Corroon, LLP |
| The Nemours Building | 1313 N. Market St., Hercules Plaza, 6th Flr |
| 1007 North Orange Street | P.O. box 951 |
| Wilmington, DE 19801 | Wilmington, DE 19899-0951 |
| (302) 658-9141 | (302) 984-6000 |
| AConnollyIII@cblh.com | provner@potteranderson.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant Element K Corporation* |

**IT IS SO ORDERED** this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE