**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br>  v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>    Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **IpLearn, LLC's Disclosures to Oracle Corp. Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information** was caused to be served on August 21, 2012, upon the following in the manner indicated:

<u>**BY E-MAIL**</u>

Mary B. Graham, Esq.
Jeremy A. Tigan, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
mgraham@mnat.com
jtigan@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant
Oracle Corporation*

<u>**BY E-MAIL**</u>

Mark D. Selwyn, Esq.
Andrew B. Grossman, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
Mark.Selwyn@wilmerhale.com
andrew.grossman@wilmerhale.com

*Attorneys for Defendant
Oracle Corporation*

August 21, 2012                                     CONNOLLY BOVE LODGE & HUTZ LLP

                                                    /s/ *Arthur G. Connolly, III*
                                                    Arthur G. Connolly, III (#2667)
Of Counsel:                                         The Nemours Building
                                                    1007 North Orange Street
Marc A. Fenster, CA Bar No. 181067                  Wilmington, DE  19801
E-mail: mfenster@raklaw.com                         (302) 302-888-6318 (phone)
Benjamin T. Wang, CA Bar No. 228712                 (302) 255-4318 (fax)
E-mail: bwang@raklaw.com                            aconnollyIII@cblh.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)                              Attorneys for Plaintiff,
(310) 826-6991 (fax)                                IpLearn LLC

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 21, 2012, I caused to be electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7718
*Attorneys for Defendant*
*Beeline Acquisition Corp.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
*Attorneys for Defendants*
*Cengage Learning Inc., Element K Corporation,*
*and Ultimate Software Group Inc.*

Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Defendants*
*Halogen Software Inc., Mzinga Inc., and*
*Technomedia Traning Inc.*

Rodger Dallery Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
*Attorneys for Defendant*
*Kenexa Corporation*

Mary B. Graham, Esq.
Jeremy A. Tigan, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
*Attorneys for Defendant*
*Oracle Corporation*

Alisa E. Moen, Esq.
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226
(302) 425-6400
*Attornesy for Defendant*
*Lawson Software Inc.*

| | |
|---|---|
| John W. Shaw, Esq. | Daniel M. Silver, Esq. |
| Shaw Keller LLP | McCarter & English, LLP |
| 300 Delaware Avenue, Suite 1120 | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| (302) 298-0700 | Wilmington, DE 19801 |
| *Attorneys for Defendant* | (302) 984-6300 |
| *NCS Pearson Inc.* | *Attornesy for Defendant* |
| | *Connections Academy LLC* |

                                                   */s/ Arthur G. Connolly, III*
                                                   Arthur G. Connolly, III (#2667)