# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>             Plaintiff,<br>   v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>             Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **IpLearn, LLC's Disclosures to Pearson Inc. Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information** was caused to be served on August 21, 2012, upon the following in the manner indicated:

**BY E-MAIL**

John W. Shaw, Esq.
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com
*Attorneys for Pearson Inc.*

August 21, 2012                                          CONNOLLY BOVE LODGE & HUTZ LLP

                                                         /s/ *Arthur G. Connolly, III*
Of Counsel:                                              Arthur G. Connolly, III (#2667)
                                                         The Nemours Building
Marc A. Fenster, CA Bar No. 181067                       1007 North Orange Street
E-mail: mfenster@raklaw.com                              Wilmington, DE  19801
Benjamin T. Wang, CA Bar No. 228712                      (302) 302-888-6318 (phone)
E-mail: bwang@raklaw.com                                 (302) 255-4318 (fax)
Fredricka Ung, CA Bar No. 253794                         aconnollyIII@cblh.com
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)                                   Attorneys for Plaintiff,
(310) 826-6991 (fax)                                     IpLearn LLC

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on August 21, 2012, I caused to be electronically filed a true and correct copy of the foregoing Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| William J. Wade, Esq.<br>Anne Shea Gaza, Esq.<br>Travis Steven Hunter, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7718<br>*Attorneys for Defendant*<br>*Beeline Acquisition Corp.* | Philip A. Rovner, Esq.<br>Jonathan A. Choa, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>*Attorneys for Defendants*<br>*Cengage Learning Inc., Element K Corporation,*<br>*and Ultimate Software Group Inc.* |
| Karen L. Pascale, Esq.<br>James L. Higgins, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>*Attorneys for Defendants*<br>*Halogen Software Inc., Mzinga Inc., and*<br>*Technomedia Traning Inc.* | Rodger Dallery Smith II, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>*Attorneys for Defendant*<br>*Kenexa Corporation* |
| Mary B. Graham, Esq.<br>Jeremy A. Tigan, Esq.<br>Stephen J. Kraftschik, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>*Attorneys for Defendant*<br>*Oracle Corporation* | Alisa E. Moen, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801-4226<br>(302) 425-6400<br>*Attorneys for Defendant*<br>*Lawson Software Inc*. |

| | |
|---|---|
| John W. Shaw, Esq. <br> Shaw Keller LLP <br> 300 Delaware Avenue, Suite 1120 <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> *Attorneys for Defendant* <br> *NCS Pearson Inc.* | Daniel M. Silver, Esq. <br> McCarter & English, LLP <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> *Attorneys for Defendant* <br> *Connections Academy LLC* |

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
