IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (LPS) (SRF) |
| | ) | |
| AVNET, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendant Kenexa Corporation's Responses to IpLearn's First Set of Interrogatories (Nos. 1-10)*; and (2) *Defendant Kenexa Corporation's Responses to IpLearn's First Set of Requests for Production of Documents and Things (Nos. 1-51)* were caused to be served on August 23, 2012, upon the following in the manner indicated:

Fredricka Ung, Esquire                    *VIA ELECTRONIC MAIL*
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
*Attorneys for Plaintiff*

The undersigned further certifies that copies of the aforementioned documents were caused to be served on August 24, 2012, upon the following in the manner indicated:

Arthur G. Connolly, III, Esquire          *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                                  *VIA ELECTRONIC MAIL*
Benjamin T. Wang, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA  90025
*Attorneys for Plaintiff*

Mary B. Graham, Esquire                                   *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, Esquire                                   *VIA ELECTRONIC MAIL*
Andrew B. Grossman, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire                                     *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, Esquire                                 *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Halogen Software Inc. and*
*Mzinga, Inc.*

M. Craig Tyler, Esquire                                   *VIA ELECTRONIC MAIL*
Joel C. Boehm, Esquire
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX  78759-7247
*Attorneys for Halogen Software Inc.*
*and Mzinga, Inc.*

Philip A. Rovner, Esquire                                   *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc.,*
*Element K Corporation and The Ultimate*
*Software Group Inc.*

Robert C. Carrillo, Esquire                                 *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY  10169
*Attorneys for Cengage Learning Inc.*

Robert C. Carrillo, Esquire                                 *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY  10169
*Attorneys for Cengage Learning Inc.*

Mario Aieta, Esquire                                        *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Wendell W. Harris, Esquire                                  *VIA ELECTRONIC MAIL*
Andrew P. Zappia, Esquire
LECLAIRRYAN
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire                                    *VIA ELECTRONIC MAIL*
Matthew F. Greinert, Esquire
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Andrew Russell, Esquire
SHAW LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

Amr O. Aly, Esquire                                      *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND & STOCKTON LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire                                *VIA ELECTRONIC MAIL*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

Rudolph A. Telscher, Esquire                             *VIA ELECTRONIC MAIL*
Kara R. Fussner, Esquire
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO  63105
*Attorneys for Connections Education, LLC*

William J. Wade, Esquire                                 *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Attorneys for Beeline.com, Inc.*

Joseph Richetti, Esquire                                 *VIA ELECTRONIC MAIL*
Alexander Walden, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104-3300
*Attorneys for Beeline.com, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

OF COUNSEL:

*Attorneys for Defendant Kenexa Corporation*

Matthew B. Lowrie
Robert J. Silverman
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
(617) 342-4019

August 24, 2012
6298736.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 24, 2012, upon the following in the manner indicated:

Arthur G. Connolly, III, Esquire                    *VIA ELECTRONIC MAIL*
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire                             *VIA ELECTRONIC MAIL*
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
*Attorneys for Plaintiff*

Mary B. Graham, Esquire                              *VIA ELECTRONIC MAIL*
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, Esquire                              *VIA ELECTRONIC MAIL*
Andrew B. Grossman, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire                                    *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Karen L. Pascale, Esquire                                *VIA ELECTRONIC MAIL*
James L. Higgins, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Halogen Software Inc. and*
*Mzinga, Inc.*

M. Craig Tyler, Esquire                                  *VIA ELECTRONIC MAIL*
Joel C. Boehm, Esquire
WILSON SONSINI GOODRICH & ROSATI
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX  78759-7247
*Attorneys for Halogen Software Inc.*
*and Mzinga, Inc.*

Philip A. Rovner, Esquire                                *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc.,*
*Element K Corporation and The Ultimate*
*Software Group Inc.*

Robert C. Carrillo, Esquire                              *VIA ELECTRONIC MAIL*
M. J. Williams, Esquire
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, NY  10169
*Attorneys for Cengage Learning Inc.*

Mario Aieta, Esquire                                      *VIA ELECTRONIC MAIL*
AKIN GUMP STRAUSS HAUER & FELD LLP
230 Park Avenue, Suite 1130
New York, NY 10169
*Attorneys for Cengage Learning Inc.*

Wendell W. Harris, Esquire                               *VIA ELECTRONIC MAIL*
Andrew P. Zappia, Esquire
LECLAIRRYAN
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire                                 *VIA ELECTRONIC MAIL*
Matthew F. Greinert, Esquire
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire                                    *VIA ELECTRONIC MAIL*
Andrew Russell, Esquire
SHAW LLC
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

Amr O. Aly, Esquire                                      *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND & STOCKTON LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire                                *VIA ELECTRONIC MAIL*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

Rudolph A. Telscher, Esquire                    *VIA ELECTRONIC MAIL*
Kara R. Fussner, Esquire
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO  63105
*Attorneys for Connections Education, LLC*


William J. Wade, Esquire                        *VIA ELECTRONIC MAIL*
Anne Shea Gaza, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
*Attorneys for Beeline.com, Inc.*


Joseph Richetti, Esquire                        *VIA ELECTRONIC MAIL*
Alexander Walden, Esquire
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY  10104-3300
*Attorneys for Beeline.com, Inc.*


                                        */s/ Rodger D. Smith II*

                                        _____
                                        Rodger D. Smith II (#3778)