IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendants Halogen Software Inc. ("Halogen"), Mzinga, Inc. ("Mzinga"), and Technomedia Training, Inc. ("Technomedia"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 170, 181, 183):

| Event | Current Date | New Date |
|---|---|---|
| Halogen, Mzinga, and Technomedia respond to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | August 24, 2012 | September 7, 2012 |
| Exchange Rule 26(a)(1) initial disclosures | August 27, 2012 | September 10, 2012 |
| Exchange Paragraph 3 Initial Disclosures (under D. Del. Default Standard) | September 10, 2012 | September 24, 2012 |
| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | September 18, 2012 | October 2, 2012 |

01:12426609.1

DATED: August 24, 2012

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Karen L. Pascale* |
| Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801<br>(302) 658-9141<br>*AConnollyIII@cblh.com*<br><br>*Attorneys for Plaintiff,*<br>*IpLearn, LLC* | Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br>*kpascale@ycst.com*<br>*jhiggins@ycst.com*<br><br>*Attorneys for Defendants*<br>*Halogen Software Inc., Mzinga, Inc. and*<br>*Technomedia Training, Inc.* |

SO ORDERED this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on August 24, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

*By E-Mail*

| | |
|---|---|
| Arthur G. Connolly, III ("Chip") [aconnollyIII@cblh.com]<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 | *Plaintiff, IpLearn, LLC* |
| Marc A. Fenster [mfenster@raklaw.com]<br>Benjamin T. Wang [bwang@raklaw.com]<br>Fredricka Ung [fung@raklaw.com]<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025 | *Plaintiff, IpLearn, LLC* |
| William J. Wade [wade@rlf.com]<br>Anne Shea Gaza [gaza@rlf.com]<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801 | *Defendant Beeline.com, Inc.* |
| Daniel M. Silver [dsilver@mccarter.com]<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | *Defendant Connections Education LLC* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Element K Corporation*<br>*Defendant The Ultimate Software Group Inc.*<br>*Defendant Cengage Learning Inc.* |

01:12260712.1

| | |
|---|---|
| Rodger D .Smith, II [rsmith@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Kenexa Corporation* |
| Mary B. Graham [mgraham@mnat.com]<br>Jeremy A. Tigan [jtigan@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNEL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendant Oracle Corporation* |
| John W. Shaw [jshaw@shawkeller.com**]**<br>Andrew Russell [arussell@shawkeller.com]<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801 | *Defendant NCS Pearson Inc.* |

August 24, 2012

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  302-571-6600

*Attorneys for Defendants Halogen Software Inc., Mzinga, Inc., and Technomedia Training, Inc.*