IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 11-825-RGA |
| ) | |
| BEELINE.COM, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2012, true and correct copies of Defendant Beeline.com, Inc.'s Initial Disclosures Pursuant to Rule 26(a)(1) were caused to be served as follows:

## BY EMAIL

Arthur G. Connolly, III, Esquire
Kristen Healey Cramer, Esquire
Jeremy D. Anderson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
*Attorneys for Plaintiff*

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc., Lumesse AS and Lumesse, Inc.*

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, Esquire
Andrew B. Grossman, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire
Peter O'Rouke, Esquire
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

James L. Higgins, Esquire
Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Halogen Software Inc., Mzinga, Inc. and Trivantis Corporation, Inc.*

J. Robert Chambers, Esquire
Wood, Herron & Evans LLP
Carew Tower
441 Vine Street, Suite 2700
Cincinnati, OH 45202
*Attorneys for Trivantis Corporation, Inc.*

R. Guy Taft, Esquire
Stuart C. Brinn, Esquire
Strauss & Troy, LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor Cincinnati, OH 45202-4018
*Attorneys for Trivantis Corporation, Inc.*

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor P.O. Box 951
Wilmington, DE 19899
*Attorneys for Element K Corporation and The Ultimate Software Group Inc.*

Wendell W. Harris, Esquire
Andrew P. Zappia, Esquire
LeClair Ryan
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire
Matthew F. Greinert, Esquire
Dewey & Leboeuf, LLP
Post Montgomery Tower
One Montgomery Street, Suite 3500
San Francisco, CA 94104
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire
Andrew Russell, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

Fredrick Whitmer, Esquire
Amr O. Aly, Esquire
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

Rudolph A. Telscher, Esquire
Kara R. Fussner, Esquire
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO 63105
*Attorneys for Connections Education, LLC*

| | |
|---|---|
| Alisa E. Moen, Esquire<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>*Attorneys for Lawson Software, Inc.* | Josh A. Krevitt, Esquire<br>Paul E. Torchia, Esquire<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Attorneys for Lawson Software, Inc.* |
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnel] LLP<br>1201 Market Street<br>Wilmington, DE 19801<br>*Attorney for Kenexa Corporation* | Robert J. Silverman, Esquire<br>Matthew B. Lowrie, Esquire<br>Lucas I. Silva, Esquire<br>Foley & Lardner LLP<br>111 Huntington Ave.<br>Boston, MA 02199<br>*Attorneys for Kenexa Corporation* |
| OF COUNSEL:<br><br>Joseph J. Richetti<br>Alexander Walden<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000<br>joe.richetti@bryancave.com<br>alexander.walden@bryancave.com<br><br>Dated: August 27, 2012 | /s/ Travis S. Hunter<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>Travis S. Hunter (#5350)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7718<br>wade@rlf.com<br><br>*Counsel for Defendant and Counterclaim Plaintiff Beeline.com, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and have also served the parties below as noted:

**BY EMAIL**

Arthur G. Connolly, III, Esquire
Kristen Healey Cramer, Esquire
Jeremy D. Anderson, Esquire
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Plaintiff*

Marc A. Fenster, Esquire
Benjamin T. Wang, Esquire
Fredricka Ung, Esquire
Russ August & Kabat
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025
*Attorneys for Plaintiff*

Richard D. Kirk, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
*Attorneys for Cengage Learning Inc., Lumesse AS and Lumesse, Inc.*

Mary B. Graham, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Oracle Corporation*

Mark D. Selwyn, Esquire
Andrew B. Grossman, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire
Peter O'Rouke, Esquire
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

James L. Higgins, Esquire
Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
*Attorneys for Halogen Software Inc., Mzinga, Inc. and Trivantis Corporation, Inc.*

J. Robert Chambers, Esquire
Wood, Herron & Evans LLP
Carew Tower
441 Vine Street, Suite 2700
Cincinnati, OH 45202
*Attorneys for Trivantis Corporation, Inc.*

R. Guy Taft, Esquire
Stuart C. Brinn, Esquire

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP

RLF1 6784268v.1

Strauss & Troy, LPA
The Federal Reserve Building
150 East Fourth Street, 4th Floor Cincinnati,
OH 45202-4018
*Attorneys for Trivantis Corporation, Inc.*

Wendell W. Harris, Esquire
Andrew P. Zappia, Esquire
LeClair Ryan
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

John W. Shaw, Esquire
Andrew Russell, Esquire
Shaw Keller LLP
800 Delaware Avenue, 4th Floor
P.O. Box 1948
Wilmington, DE 19899
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

Alisa E. Moen, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
*Attorneys for Lawson Software, Inc.*

Rodger D. Smith, II, Esquire
Morris, Nichols, Arsht & Tunnel] LLP
1201 Market Street
Wilmington, DE 19801
*Attorney for Kenexa Corporation*

1313 N. Market Street, Hercules Plaza, 6th
Floor P.O. Box 951
Wilmington, DE 19899
*Attorneys for Element K Corporation and The
Ultimate Software Group Inc.*

Henry C. Bunsow, Esquire
Matthew F. Greinert, Esquire
Dewey & Leboeuf, LLP
Post Montgomery Tower
One Montgomery Street, Suite 3500
San Francisco, CA 94104
*Attorneys for The Ultimate Software Group,
Inc.*

Fredrick Whitmer, Esquire
Amr O. Aly, Esquire
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
*Attorneys for NCS Pearson, Inc.*

Rudolph A. Telscher, Esquire
Kara R. Fussner, Esquire
Harness, Dickey & Pierce, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO 63105
*Attorneys for Connections Education, LLC*

Josh A. Krevitt, Esquire
Paul E. Torchia, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
*Attorneys for Lawson Software, Inc.*

Robert J. Silverman, Esquire
Matthew B. Lowrie, Esquire
Lucas I. Silva, Esquire
Foley & Lardner LLP
111 Huntington Ave.
Boston, MA 02199
*Attorneys for Kenexa Corporation*

/s/ *Travis S. Hunter*
Travis S. Hunter (#5350)
hunter@rlf.com