# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, <br><br> **Plaintiff,** <br> vs. <br><br> BEELINE ACQUISITION CORP., et al, <br><br> **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2012, **Defendant Connections Education LLC's Disclosures Pursuant to Section 3 of the Default Delaware Standard For Discovery of Electronically Stored Information and this Notice of Service** were caused to be served on the persons listed below via email:

Arthur G. Connolly, III
Kristen Healey Cramer
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302)658-9141
aconnollyIII@cblh.com
kcramer@cblh.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com

| | |
|---|---|
| Dated: August 27, 2012 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver |
| *Of Counsel:* | Daniel M. Silver (#4758) |
| | Renaissance Centre |
| Rudolph A. Telscher | 405 N. King Street, 8th Floor |
| Kara Renee Fussner | Wilmington, DE 19801 |
| Harness, Dickey & Pierce, PLC | (302) 984-6300 |
| 7700 Bonhomme, Suite 400 | Fax: (302) 691-1260 |
| St. Louis, MO 63105 | dsilver@mccarter.com |
| (314) 726-7500 | |
| Fax: (314) 726-7501 | *Attorneys for Connections Education, LLC* |