## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BEELINE ACQUISITION CORP., et al., | ) ) | |
| Defendants. | ) | |

### STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC, and defendant Cengage Learning, Inc. ("Cengage"), hereby

stipulate and agree, subject to the approval and Order of the Court, that the time for Cengage to

serve Paragraph 3 Disclosures (under D. Del. Default Standard) is hereby extended from August

27, 2012 to September 10, 2012.


CONNOLLY BOVE LODGE & HUTZ LLP    POTTER ANDERSON CORROON LLP


By: */s/ Arthur G. Connolly, III*          By: */s/ Philip A. Rovner*
    Arthur G. Connolly, III (#2667)          Philip A. Rovner (#3215)
    Kristen Healey Cramer (#4512)          Jonathan A. Choa (#5319)
    The Nemours Building          Hercules Plaza
    1007 North Orange Street          P.O. Box 951
    Wilmington, DE 19801          Wilmington, DE 19899
    (302) 658-9141          (302) 984-6000
    AConnollyIII@cblh.com          provner@potteranderson.com
    kcramer@cblh.com          jchoa@potteranderson.com


*Attorney for Plaintiff IpLearn, LLC*          *Attorneys for Defendant*
                                             *Cengage Learning, Inc.*

Dated:  August 27, 2012

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

1072439

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on August 27, 2012, the within document

was filed with the Clerk of the Court using CM/ECF which will send notification of such

filing(s) to the following; that the document was served on the following counsel as indicated;

and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF AND E-MAIL

Arthur G. Connolly, III, Esq.
Connolly Bove Lodge &  Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
aconnollyIII@cblh.com

*Attorneys for Plaintiff*
*IpLearn LLC*


Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris,  Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*
*Oracle Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
dsilver@mccarter.com

*Attorneys for Defendant*
*Connections Education, LLC*

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
800 Delaware Avenue, 4th Floor
Wilmington, DE  19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*NCS Pearson, Inc.*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
rsmith@mnat.com

*Attorneys for Defendant*
*Kenexa Corporation*


Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants*
*Halogen Software Inc., Mzinga, Inc. and*
*Technomedia Training Inc.*

William J. Wade, Esq.
Anne Shea Gaza, Esq.
Travis Steven Hunter, Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

*Attorneys for Defendant*
*Beeline.com, Inc.*

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendants*
*The Ultimate Software Group, Inc. and*
*Element K Corporation*


I hereby certify that on August 27, 2012 I have sent by E-mail the foregoing

document to the following non-registered participants:

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Joseph Richetti, Esq.
Alexander Walden, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY  10104-3300
Joe.richetti@bryancave.com
Alexander.walden@bryancave.com

*Co-Counsel for Defendant*
*Beeline.com, Inc.*

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO 63105
rtelscher@hdp.com
kfussner@hdp.com

*Co-counsel for Defendant*
*Connections Education, LLC*

Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant*
*Kenexa Corporation*
Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*
Amr O. Aly, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
aaly@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

Andrew B. Grossman,Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78759-7247
ctyler@wsgr.com
jboehm@wsgr.com

*Co-counsel for Defendants*
*Halogen Software, Inc. and Mzinga, Inc. and*
*Technomedia Training Inc*

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, DeMory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

*Co-Counsel for Defendant*
*The Ultimate Software Group, Inc.*

Andrew P. Zappia, Esq.
Wendell W. Harris, Ph.D.
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY  14625
Wendell.harris@leclairryan.com
Andrew.zappia@leclairryan.com

*Co-counsel for defendant Element K
Corporation*

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com