IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BEELINE ACQUISITION CORP., *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 11-825-RGA<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 27, 2012, the following document was served on the persons listed below in the manner indicated:

1. Defendant NCS Pearson, Inc.'s Disclosures Pursuant To Paragraph 3 Of The Delaware Default Standard For Discovery

### BY E-MAIL

| | |
|---|---|
| Anne Shea Gaza<br>Travis S. Hunter<br>William J. Wade<br>RICHARDS, LAYTON<br> & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>gaza@rlf.com<br>hunter@rlf.com<br>wade@rlf.com | Jonathan A. Choa<br>Phillip A. Rovner<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6189<br>jchoa@potteranderson.com<br>provner@potteranderson.com |

| | |
|---|---|
| Joseph Richetti<br>Alexander Walden<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>(212)541-1092<br>joe.richetti@bryancave.com<br>alexander.walden@bryancave.com | Mario Aieta<br>Robert C. Carrillo<br>M.J. Williams<br>SATTERLEE STEPHENS BURKE<br>  & BURKE LLP<br>230 Park Avenue, Suite 1130<br>New York, NY 10169<br>(212) 404-8755<br>maieta@ssbb.com<br>rcarrillo@ssbb.com<br>mwilliams@ssbb.com |
| Kara Renee Fussner<br>Rudolph A. Telscher<br>HARNESS, DICKEY<br>  & PIERCE, PLC<br>7700 Bonhomme, Suite 400<br>St. Louis, MO 63105<br>(314) 726-7500<br>kfussner@hdp.com<br>rtelscher@hdp.com | Daniel M. Silver<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com |
| Wendell W. Harris, Ph.D.<br>Andrew P. Zappia<br>LECLAIRRYAN<br>70 Linden Oaks, Suite 210<br>Rochester, NY 14625<br>(585) 270-2107<br>wendell.harris@leclairryan.com<br>andrew.zappia@leclairryan.com | Karen L. Pascale<br>James L. Higgins<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-5034<br>jhiggins@ycst.com<br>kpascale@ycst.com |
| Marc A. Fenster<br>Fredricka Ung<br>Benjamin T. Wang<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>fung@raklaw.com<br>bwang@raklaw.com | Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>aconnollyIII@cblh.com |

| | |
|---|---|
| Rodger Dallery Smith, II<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9205<br>rsmith@mnat.com | Matthew B. Lowrie<br>Lucas Silva<br>Robert J. Silverman<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199<br>mlowrie@foley.com<br>lsilva@foley.com<br>rsilverman@foley.com<br>(617) 342-4006 |
| Andrew B. Grossman<br>WILMER CUTLER PICKERING<br>  HALE AND DORR<br>350 South Grand Avenue<br>Suite 2100<br>Los Angeles, California  90071<br>(213) 443-5303<br>andrew.grossman@wilmerhale.com | Mark D. Selwyn<br>WILMER CUTLER PICKERING HALE<br>  AND DORR<br>950 Page Mill Road<br>Palo Alto, California  94304<br>(650) 858-6031<br>mark.selwyn@wilmerhale.com |
| Henry C. Bunsow<br>Matthew F. Greinert<br>BUNSOW DE MORY<br>  SMITH & ALLISON LLP<br>55 Francisco Street, Suite 600<br>San Francisco, CA 94113<br>hbunsow@bdiplaw.com<br>mgreinert@bdiplaw.com | Mary B. Graham<br>Jeremy A. Tigan<br>MORRIS, NICHOLS, ARSHT<br>  & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jtigan@mnat.com |
| OF COUNSEL:<br>Amr O. Aly<br>Megan E. Bussey<br>KILPATRICK TOWNSEND<br>  & STOCKTON LLP<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, NY  10036<br>(212) 775-8765<br><br>Dated: August 27, 2012 | SHAW KELLER LLP<br><br>*/s/ Jeffrey T. Castellano*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Jeffrey T. Castellano (No. 4837)<br>Andrew E. Russell (No. 5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant NCS Pearson, Inc.* |

3