## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) |
| Plaintiff, | ) C.A. No. 11-825-RGA ) ) JURY TRIAL DEMANDED ) |
| v. | ) ) |
| BEELINE ACQUISITION CORP., et al., | ) ) |
| Defendants. | ) |

### STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC, and defendant Cengage Learning, Inc., hereby stipulate and agree, subject to the approval and Order of the Court, that the time for IpLearn, LLC to serve Paragraph 4(a) Disclosures (under D. Del. Default Standard) is hereby extended from August 28, 2012 to September 11, 2012.

CONNOLLY BOVE LODGE & HUTZ LLP        POTTER ANDERSON CORROON LLP

By: /s/Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    Kristen Healey Cramer (#4512)
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19801
    (302) 658-9141
    AConnollyIII@cblh.com
    kcramer@cblh.com

*Attorney for Plaintiff IpLearn, LLC*

By: /s/Jonathan A. Choa
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant
Cengage Learning, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE