IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, <br><br> Plaintiff, <br> v. <br><br> BEELINE.COM, INC., *et al.*, <br><br> Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **IpLearn, LLC's Disclosures to The Ultimate Software Group, Inc. Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information** was caused to be served on August 28, 2012, upon the following in the manner indicated:

BY E-MAIL

Philip A. Rovner, Esq.
Jonathan A. Choa, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant
The Ultimate Software Group Inc.*

BY E-MAIL

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, De Mory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

*Attorneys for Defendant
The Ultimate Software Group Inc.*

| | |
|---|---|
| August 29, 2012 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| Of Counsel: | /s/ *Arthur G. Connolly, III* |
| | Arthur G. Connolly, III (#2667) |
| Marc A. Fenster, CA Bar No. 181067 | The Nemours Building |
| E-mail: mfenster@raklaw.com | 1007 North Orange Street |
| Benjamin T. Wang, CA Bar No. 228712 | Wilmington, DE  19801 |
| E-mail: bwang@raklaw.com | (302) 302-888-6318 (phone) |
| Fredricka Ung, CA Bar No. 253794 | (302) 255-4318 (fax) |
| E-mail: fung@raklaw.com | aconnollyIII@cblh.com |
| Russ August & Kabat | |
| 12424 Wilshire Boulevard, 12th Floor | |
| Los Angeles, CA  90025-1031 | *Attorneys for Plaintiff,* |
| (310) 826-7474 (phone) | *IpLearn LLC* |
| (310) 826-6991 (fax) | |