IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendants Beeline.com, Inc., Cengage Learning, Inc., Connections Education LLC, Element K Corporation, Halogen Software Inc., Kenexa Corporation, Mzinga, Inc., Oracle Corporation, Pearson, Inc., Technomedia Training Inc., and The Ultimate Software Group, Inc. (collectively, "Defendants") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for the parties to submit a proposed protective order from Wednesday, August. 29, 2012 to Wednesday, September 12, 2012.

DATED: August 29, 2012

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | RICHARDS, LAYTON & FINGER, P.A. |
| By: /s/Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141<br>AConnollyIII@cblh.com<br><br>*Attorneys for Plaintiff IpLearn, LLC* | By: /s/ Anne Shea Gaza<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>Travis S. Hunter (#5350)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>wade@rlf.com<br>gaza@rlf.com<br>hunter@rlf.com<br>*Attorneys for Defendant<br>Beeline.com, Inc.* |
| POTTER ANDERSON CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR |
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendants<br>Cengage Learning, Inc., The Ultimate<br>Software Group, Inc., and Element K<br>Corporation* | By: /s/ Karen L. Pascale<br>Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br><br>*Attorneys for Defendants<br>Halogen Software Inc., Mzinga, Inc., and<br>Technomedia Training Inc.* |
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLC |
| By: /s/Daniel M. Silver<br>Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>dsilver@mccarter.com<br>*Attorneys for Defendant Connections<br>Education, LLC* | By: /s/John W. Shaw<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Jeffrey T. Castellano (No. 4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant NCS Pearson, Inc.* |

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By: /s/Mary B. Graham<br>Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street P.O. Box 1347<br>Wilmington, DE 19899-1347 (302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>*Attorneys for Oracle Corporation* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>By: /s/Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street P.O. Box 1347 Wilmington, DE 19899-1347 (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendant Kenexa Corporation* |

SO ORDERED this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE