## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IpLEARN, LLC,

          **Plaintiff,**

     **v.**

BEELINE.COM, INC., *et al.*,

          **Defendants.**

**Civil Action No. 11-825-RGA**

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT HALOGEN SOFTWARE, INC..

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC

("IpLearn") and Defendant, Halogen Software, Inc. ("Halogen"), pursuant to Fed. R. Civ. P.

41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims

between IpLearn and Halogen in this action are hereby dismissed WITH PREJUDICE, with each

party to bear its own costs, expenses and attorneys' fees.

DATED: September 4, 2012

**CONNOLLY GALLAGHER LLP**

*/s/ Arthur G. Connolly, III*
_____
Arthur G. (Chip) Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
Telephone: (302) 888-6318
aconnolly@connollygallagher.com
*Attorneys for Plaintiff, IpLearn LLC*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*
_____
Karen L. Pascale (#2903)
James L. Higgins (#5021)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Halogen Software Inc.*

IT IS SO ORDERED this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

## <u>CERTIFICATE OF SERVICE</u>

I, Karen L. Pascale, Esquire, hereby certify that on September 4, 2012, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

### <u>*By E-Mail*</u>

Arthur G. Connolly, III [aconnolly@connollygallagher.com]      *Plaintiff, IpLearn, LLC*
CONNOLLY GALLAGHER LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801

Marc A. Fenster [mfenster@raklaw.com]      *Plaintiff, IpLearn, LLC*
Benjamin T. Wang [bwang@raklaw.com]
Fredricka Ung [fung@raklaw.com]
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025

William J. Wade [wade@rlf.com]      *Defendant Beeline.com. Inc.*
Anne Shea Gaza [gaza@rlf.com]
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Daniel M. Silver [dsilver@mccarter.com]      *Defendant Connections Education LLC*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Philip A. Rovner [provner@potteranderson.com]      *Defendant Element K Corporation*
POTTER ANDERSON & CORROON, LLP      *Defendant The Ultimate Software Group Inc.*
1313 N. Market St., Hercules Plaza, 6th Flr.      *Defendant Cengage Learning Inc.*
P.O. Box 951
Wilmington, DE 19899-0951

Rodger D .Smith, II [rsmith@mnat.com]                        *Defendant Kenexa Corporation*
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

Alisa E. Moen [moen@blankrome.com]                         *Defendant Lawson Software Inc.*
BLANK ROME LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801-4226

Mary B. Graham [mgraham@mnat.com]                          *Defendant Oracle Corporation*
Jeremy A. Tigan [jtigan@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

John W. Shaw [jshaw@shawkeller.com]                        *Defendant NCS Pearson Inc.*
Andrew Russell [arussell@shawkeller.com]
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

Stamatios Stamoulis [stamoulis@swdelaw.com]        *Defendants Lumesse AS and Lumesse, Inc.*
Richard C. Weinblatt [weinblatt@swdelaw.com]
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Deny Road, Suite 307
Wilmington, DE 19809

George H. Seitz , III [gseitz@svglaw.com]                  *Defendant Operitel Corporation*
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

                                        **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                                        */s/ Karen L. Pascale*
September 4, 2012
                                        Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  302-571-6600
                                        *Attorneys for Defendant Halogen Software, Inc.*