IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE ACQUISITION CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL**

PLEASE TAKE NOTICE THAT Amr A. Aly, Esquire of Kilpatrick Townsend & Stockton LLP (admitted *pro hac vice* on September 26, 2011) hereby withdraws as counsel to defendant NCS Pearson, Inc. in the above-captioned matter.  NCS Pearson, Inc. will continue to be represented by the firms of Kilpatrick Townsend & Stockton LLP and Shaw Keller LLP.

                        SHAW KELLER LLP

                        */s/ Jeffrey T. Castellano*
                        John W. Shaw (No. 3362)
                        Karen E. Keller (No. 4489)
                        Jeffrey T. Castellano (No. 4837)
                        300 Delaware Avenue, Suite 1120
                        Wilmington, DE 19801
                        (302) 298-0700
                        jshaw@shawkeller.com
                        kkeller@shawkeller.com
                        jcastellano@shawkeller.com

                        *Attorneys for NCS Pearson, Inc.*

OF COUNSEL:
Frederick L. Whitmer
Megan E. Bussey
KILPATRICK TOWNSEND
  & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
(212) 775-8765

Dated: September 5, 2012