## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IpLEARN, LLC, | |
| **Plaintiff,** | Civil Action No. 11-825-RGA |
| v. | |
| BEELINE.COM, INC., *et al.*, | |
| **Defendants.** | |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT HALOGEN SOFTWARE, INC.,

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC

("IpLearn") and Defendant, Halogen Software, Inc. ("Halogen"), pursuant to Fed. R. Civ. P.

41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims

between IpLearn and Halogen in this action are hereby dismissed WITH PREJUDICE, with each

party to bear its own costs, expenses and attorneys' fees.

DATED: September 4, 2012

CONNOLLY GALLAGHER LLP                    YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Arthur G. Connolly, III*              */s/ Karen L. Pascale*

---

Arthur G. (Chip) Connolly, III (#2667)     Karen L. Pascale (#2903)
1000 North West Street, Suite 1400         James L. Higgins (#5021)
Wilmington, Delaware 19801                 Rodney Square
Telephone: (302) 888-6318                  1000 North King Street
aconnolly@connollygallagher.com            Wilmington, DE 19801
*Attorneys for Plaintiff, IpLearn LLC*     Telephone: (302) 571-6600
                                           kpascale@ycst.com
                                           jhiggins@ycst.com
                                           *Attorneys for Defendant Halogen Software Inc.*

IT IS SO ORDERED this ___5___ day of September, 2012.

UNITED STATES DISTRICT JUDGE