IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                           Plaintiff,<br>      v.<br><br>BEELINE.COM, INC. et al.,<br><br>                           Defendants. | Civil Action No. 11-825-RGA |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that effective September 1, 2012, Arthur G. Connolly, III, counsel for IpLearn, LLC in the above action, changed law firms. Arthur G. Connolly, III should be served at Connolly Gallagher LLP, as indicated below:

        Connolly Gallagher LLP
        1000 North West Street, Suite 1400
        Wilmington, Delaware 19801
        Tel: (302) 888-6318
        Fax: (302) 757-7299
        aconnolly@connollygallagher.com

2

        CONNOLLY BOVE LODGE & HUTZ LLP

        */s/ Arthur G. Connolly, III*
        Arthur G. Connolly, III (#2667)
        1000 West Street, Suite 1400
        Tel: (302) 888-6318
        Fax: (302) 757-7299
        aconnollyiii@cblh.com

        *Attorneys for IpLearn, LLC*

Dated:  September 6, 2012