IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>    Defendants. | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of IpLearn, LLC's Disclosures to Beeline.com, Inc. Pursuant to Section 4(a) of the Delaware's Default Standard for Discovery of Electronically Stored Information was caused to be served on September 4, 2012 upon the following in the manner indicated:

VIA ELECTRONIC MAIL
William J. Wade
Anne Shea Gaza
Travis S. Hunter
Richards, Layton & Finger, PA
920 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC MAIL
Joseph Richetti
Alexander Walden
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300

September 6, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. (Chip) Connolly, III*
Arthur G. (Chip) Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com

Attorneys for Plaintiff,
IpLearn, LLC