## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IPLEARN, LLC,

|  |  |  |
|---|---|---|
| | **Plaintiff,** | **Civil Action No. 11-825-RGA** |
| **v.** | | |
| BEELINE.COM, INC. et al., | | |
| | **Defendants.** | |

### NOTICE OF SERVICE

The undersigned hereby certifies that a copy of IpLearn, LLC's Disclosures to

Connections Education LLC Pursuant to Section 4(a) of the Delaware's Default Standard for

Discovery of Electronically Stored Information was caused to be served on September 4, 2012

upon the following in the manner indicated:

VIA ELECTRONIC MAIL
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

VIA ELECTRONIC MAIL
Rudolph A. Telscher
Kara Renee Fussner
Harness, Dickey & Pierce, PLC
7700 Bonhomme
Clayton, MO 63105

September 6, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. (Chip) Connolly, III*
Arthur G. (Chip) Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

Attorneys for Plaintiff,
IpLearn, LLC