# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>          Plaintiff,<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>          Defendants. | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of IpLearn, LLC's Disclosures to Kenexa Corporation Pursuant to Section 4(a) of the Delaware's Default Standard for Discovery of Electronically Stored Information was caused to be served on September 4, 2012 upon the following in the manner indicated:

<u>VIA ELECTRONIC MAIL</u>
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

<u>VIA ELECTRONIC MAIL</u>
Lucas Silva
Matthew B. Lowrie
Robert J. Silverman

September 6, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ *Arthur G. (Chip) Connolly, III*
Arthur G. (Chip) Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 255-4318 (fax)
aconnollyIII@cblh.com

Attorneys for Plaintiff,
IpLearn, LLC