## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BEELINE.COM, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Cengage Learning, Inc. ("Cengage"), hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Cengage to serve Paragraph 3 Disclosures and for IpLearn to serve Paragraph 4a Disclosures (under D. Del. Default Standard) is hereby extended from September 11, 2012 to September 25, 2012.


CONNOLLY GALLAGHER LLP

By: */s/ Arthur G. Connolly, III*
    Arthur G. Connolly, III (#2667)
    1000 North West Street, Suite 1400
    Wilmington, Delaware 19801
    (302) 888-6318
    aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*


POTTER ANDERSON CORROON LLP

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Cengage Learning, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE