IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-RGA |
| | ) |
| BEELINE.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Technomedia Training, Inc., hereby certifies that copies of:

> ***Defendant Technomedia Training, Inc.'s Initial Disclosures Pursuant to Rule 26***

were caused to be served upon the following counsel of record on September 10, 2012, as indicated below:

>  ***By E-Mail***
>
> Arthur G. Connolly, III [aconnolly@connollygallagher.com]
> CONNOLLY GALLAGHER LLP
> 1000 North West Street, Suite 1400
> Wilmington, DE 19801
>
> Marc A. Fenster [mfenster@raklaw.com]
> Benjamin T. Wang [bwang@raklaw.com]
> Fredricka Ung [fung@raklaw.com]
> RUSS AUGUST & KABAT
> 12424 Wilshire Blvd., Suite 1200
> Los Angeles, CA 90025
>
> *Attorneys for Plaintiff IP Learn, LLC*

01:12485440.1

In addition, this Notice of Service was caused to be served by e-mail on September 10, 2012 on the above-listed counsel and on the following:

>William J. Wade [wade@rlf.com]
>Anne Shea Gaza [gaza@rlf.com]
>RICHARDS, LAYTON & FINGER, PA
>One Rodney Square
>920 N. King Street
>Wilmington, DE 19801
>
>*Attorneys for Defendant Beeline, Inc.*
>
>Daniel M. Silver [dsilver@mccarter.com]
>MCCARTER & ENGLISH, LLP
>Renaissance Centre
>405 N. King Street, 8th Floor
>Wilmington, DE 19801
>
>*Attorneys for Defendant Connections Education LLC*
>
>Philip A. Rovner [provner@potteranderson.com]
>POTTER ANDERSON & CORROON, LLP
>1313 N. Market St., Hercules Plaza, 6th Flr.
>P.O. Box 951
>Wilmington, DE 19899-0951
>
>*Attorneys for Defendants Element K Corporation,*
>*The Ultimate Software Group Inc, and Cengage Learning Inc.*
>
>Rodger D .Smith, II [rsmith@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 N. Market Street
>Wilmington, DE 19801
>
>*Defendant Kenexa Corporation*
>
>Mary B. Graham [mgraham@mnat.com]
>Jeremy A. Tigan [jtigan@mnat.com]
>MORRIS, NICHOLS, ARSHT & TUNNEL LLP
>1201 N. Market Street
>Wilmington, DE 19801
>
>*Attorneys for Defendant Oracle Corporation*

John W. Shaw [jshaw@shawkeller.com**]**
Andrew Russell [arussell@shawkeller.com]
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

*Attorneys for Defendant NCS Pearson Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

September 10, 2012

Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Technomedia Training, Inc.*

01:12485440.1

3

John W. Shaw [jshaw@shawkeller.com**]**
Andrew Russell [arussell@shawkeller.com]
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

*Attorneys for Defendant NCS Pearson Inc.*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

September 10, 2012

Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Technomedia Training, Inc.*