IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-825-RGA ) |
| BEELINE.COM, INC., et al., | ) ) |
|       Defendants. | ) |

## STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendants Beeline.com, Inc., Cengage Learning, Inc., Connections Education LLC, Element K Corporation, Kenexa Corporation, Mzinga, Inc., Oracle Corporation, NCS Pearson, Inc., Technomedia Training Inc., and The Ultimate Software Group, Inc. (collectively, "Defendants") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for the parties to submit a proposed protective order from Wednesday, September 12, 2012 to Friday, September 28, 2012.

Dated: September 12, 2012

{04987539.DOCX}

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/*Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@cblh.com

*Attorneys for Plaintiff IpLearn, LLC*


POTTER ANDERSON CORROON LLP

By: /s/*Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendants
Cengage Learning, Inc., The Ultimate
Software Group, Inc., and Element K
Corporation*

MCCARTER & ENGLISH, LLP

By: /s/*Daniel M. Silver*
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6331
Fax: (302) 691-1260
dsilver@mccarter.com
*Attorneys for Defendant Connections
Education, LLC*


RICHARDS, LAYTON & FINGER, P.A.

By: /s/*Anne Shea Gaza*
William J. Wade (#704)
Anne Shea Gaza (#4093)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
wade@rlf.com
gaza@rlf.com
hunter@rlf.com
*Attorneys for Defendant
Beeline.com, Inc.*


YOUNG CONAWAY STARGATT & TAYLOR

By: /s/*Karen L. Pascale*
Karen L. Pascale (#2903)
James L. Higgins (#5021)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Defendants
Mzinga, Inc. and Technomedia Training Inc.*


SHAW KELLER LLC

By: /s/*John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendant NCS Pearson, Inc.*

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: /s/Mary B. Graham<br>Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street P.O. Box 1347<br>Wilmington, DE 19899-1347 (302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>*Attorneys for Oracle Corporation* | By: /s/Rodger D. Smith II<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street P.O. Box 1347 Wilmington, DE 19899-1347 (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendant Kenexa Corporation* |

SO ORDERED this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE