# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>    **Plaintiff,**<br>vs.<br>BEELINE ACQUISITION CORP., et al.,<br><br>    **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 17, 2012, **Defendant Connections Education LLC's First Request for Production of Documents to Plaintiff IpLearn, LLC and this Notice of Serve** were caused to be served on the person listed below via e-mail:

Arthur G. Connolly, III
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801
302.888.6318 (Tele)
302.757.7299 (Fax)
aconnollyIII@cblh.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com

2

DATE: September 17, 2012

        Respectfully submitted,

        HARNESS, DICKEY & PIERCE, P.L.C.


        By: /s/ Kara R. Fussner
        Rudolph A. Telscher, Jr., #8578
        Kara R. Fussner, #503030
        7700 Bonhomme, Suite 400
        St. Louis, Missouri 63105
        (314) 726-7500
        Fax: (314) 726-7501
        kfussner@hdp.com
        rtelscher@hdp.com


        Daniel M. Silver (#4758)
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19801
        (302) 984-6300
        Fax: (302) 691-1260
        dsilver@mccarter.com

        ***Attorneys for Connections Education, LLC***