IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, , ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-825-RGA |
| ) | |
| BEELINE.COM, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Mzinga, Inc., hereby certifies that copies of:

*Defendant Mzinga, Inc.'s Disclosures Pursuant to Section 3 of the Delaware Default Standard for Discovery of ESI*

were caused to be served upon the following counsel of record on September 24, 2012, as indicated below:

### *By E-Mail*

Arthur G. Connolly, III [aconnolly@connollygallagher.com]
CONNOLLY GALLAGHER LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801

Marc A. Fenster [mfenster@raklaw.com]
Benjamin T. Wang [bwang@raklaw.com]
Fredricka Ung [fung@raklaw.com]
RUSS AUGUST & KABAT
12424 Wilshire Blvd., Suite 1200
Los Angeles, CA 90025

*Attorneys for Plaintiff IP Learn, LLC*

In addition, this Notice of Service was caused to be served by e-mail on September 25, 2012 on the above-listed counsel and on the following:

William J. Wade [wade@rlf.com]
Anne Shea Gaza [gaza@rlf.com]
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

*Attorneys for Defendant Beeline, Inc.*

Daniel M. Silver [dsilver@mccarter.com]
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

*Attorneys for Defendant Connections Education LLC*

Philip A. Rovner [provner@potteranderson.com]
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

*Attorneys for Defendants Element K Corporation,*
*The Ultimate Software Group Inc, and Cengage Learning Inc.*

Rodger D .Smith, II [rsmith@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

*Defendant Kenexa Corporation*

Mary B. Graham [mgraham@mnat.com]
Jeremy A. Tigan [jtigan@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNEL LLP
1201 N. Market Street
Wilmington, DE 19801

*Attorneys for Defendant Oracle Corporation*

John W. Shaw [jshaw@shawkeller.com]
Andrew Russell [arussell@shawkeller.com]
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801

*Attorneys for Defendant NCS Pearson Inc.*

3

September 25, 2012

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903) [kpascale@ycst.com]
James L. Higgins (#5021) [jhiggins@ycst.com]
Rodney Square
1000 North King Street
Wilmington, DE 19899-0391
Telephone: 302-571-6600

*Attorneys for Defendant Mzinga, Inc.*