IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| BEELINE.COM, INC., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Cengage Learning, Inc. ("Cengage"), hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Cengage to serve Paragraph 3 Disclosures and for IpLearn to serve Paragraph 4a Disclosures (under D. Del. Default Standard) is hereby extended from September 25, 2012 to October 9, 2012.

CONNOLLY GALLAGHER LLP                POTTER ANDERSON CORROON LLP

By: /s/ Arthur G. Connolly, III           By: /s/Philip A. Rovner
    Arthur G. Connolly, III (#2667)           Philip A. Rovner (#3215)
    1000 North West Street, Suite 1400        Jonathan A. Choa (#5319)
    Wilmington, Delaware 19801                Hercules Plaza
    (302) 888-6318                            P.O. Box 951
    aconnolly@connollygallagher.com           Wilmington, DE 19899
                                              (302) 984-6000
*Attorney for Plaintiff IpLearn, LLC*         provner@potteranderson.com
                                              jchoa@potteranderson.com

                                              *Attorneys for Defendant
                                              Cengage Learning, Inc.*

- 2 -

**IT IS SO ORDERED** this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE