IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IPLEARN, LLC, | |
| Plaintiff, | C.A. No. 11-825-RGA |
| v. | |
| BEELINE.COM, INC., et al., | JURY TRIAL DEMANDED |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168, D.I. 181, and D.I. 218):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Element K to serve written responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 9/28/12 | 10/12/2012 |
| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | 9/28/2012 | 10/12/2012 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: */s/Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Element K Corporation* |

**IT IS SO ORDERED** this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE