IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-RGA |
| | ) |
| BEELINE.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER**

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendants Beeline.com, Inc., Cengage Learning, Inc., Connections Education LLC, Element K Corporation, Kenexa Corporation, Mzinga, Inc., Oracle Corporation, NCS Pearson, Inc., Technomedia Training Inc., and The Ultimate Software Group, Inc. (collectively, "Defendants") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for the parties to submit a proposed protective order from Friday, September 28, 2012 to Friday, October 5, 2012.

DATED: September 28, 2012

| CONNOLLY GALLAGHER LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| By: */s/Arthur G. Connolly, III* | By: */s/Anne Shea Gaza* |
| Arthur G. Connolly, III (#2667) | William J. Wade (#704) |
| 1000 West Street | Anne Shea Gaza (#4093) |
| Wilmington, DE 19801 | Travis S. Hunter (#5350) |
| (302) 888-6318 | Richards, Layton & Finger, P.A. |
| AConnolly@connollygallagher.com | One Rodney Square |
| *Attorneys for Plaintiff IpLearn, LLC* | 920 North King Street |
| | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | wade@rlf.com |
| | gaza@rlf.com |
| | hunter@rlf.com |
| | *Attorneys for Defendant Beeline.com, Inc.* |

{04994742.DOCX.}

- 2 -

| | |
|---|---|
| POTTER ANDERSON CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR |
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendants*<br>*Cengage Learning, Inc., The Ultimate*<br>*Software Group, Inc., and Element K*<br>*Corporation* | By: */s/ Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendants*<br>*Mzinga, Inc. and Technomedia Training Inc.* |
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLC |
| By: */s/Daniel M. Silver*<br>Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>dsilver@mccarter.com<br>*Attorneys for Defendant Connections*<br>*Education, LLC* | By: */s/Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendant NCS Pearson, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/Stephen J. Kraftschik*<br>Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street P.O. Box 1347<br>Wilmington, DE 19899-1347 (302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>*Attorneys for Oracle Corporation* | By: */s/Rodger D. Smith III*<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street P.O. Box 1347 Wilmington,<br>DE 19899-1347 (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendant Kenexa Corporation* |

- 3 -

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE