IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                **Plaintiff,**<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>                **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 27th day of September, 2012, a copy of Plaintiff IpLearn, LLC's Objections and Responses to Defendant NCS Pearson, Inc.'s First Set of Interrogatories and Plaintiff IpLearn, LLC's Objections and Responses to Defendant NCS Pearson, Inc.'s First Set of Requests for Production of Documents were served upon the following counsel of record in the manner indicated:

VIA ELECTRONIC MAIL
John W. Shaw, Esq.
Shaw Keller LLP
300 Delaware Avenue
Suite 1120
Wilmington, DE 19801

VIA ELECTRONIC MAIL
Fredrick L. Whitmer, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
fwhitmer@kilpatricktownsend.com

VIA ELECTRONIC MAIL
Megan E. Bussy, Esq.
Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
mbussy@kilpatricktownsend.com

September 28, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

*/s/Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*