IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE ACQUISITION CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Alyson L. Wooten, Esquire of Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, Suite 2800, Atlanta, GA, 30309, to represent Defendant NCS Pearson, Inc. in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

|  |  |
|---|---|
|  | SHAW KELLER LLP |
| OF COUNSEL: | */s/ David M. Fry* |
| Frederick L. Whitmer | John W. Shaw (No. 3362) |
| Megan E. Bussey | Karen E. Keller (No. 4489) |
| KILPATRICK TOWNSEND | Jeffrey T. Castellano (No. 4837) |
|   & STOCKTON LLP | Andrew E. Russell (No. 5382) |
| The Grace Building | David M. Fry (No. 5486) |
| 1114 Avenue of the Americas | 300 Delaware Avenue, Suite 1120 |
| New York, NY 10036 | Wilmington, DE 19801 |
| (212) 775-8765 | (302) 298-0700 |
|  | dfry@shawkeller.com |
| Alyson W. Wooten | *Attorneys for Defendant NCS Pearson, Inc.* |
| KILPATRICK TOWNSEND |  |
|   & STOCKTON LLP |  |
| 1100 Peachtree Street, Suite 2800 |  |
| Atlanta, GA 30309 |  |
| (404) 815-6500 |  |

Dated: October 1, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Georgia, Pennsylvania, and New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: October 1, 2012

*Alyson L. Wooten*
Alyson L. Wooten
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309
Telephone:  404-815-6500
awooten@kilpatricktownsend.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825-RGA |
| | ) |
| BEELINE ACQUISITION CORP., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

# **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Alyson L. Wooten, Esquire is GRANTED.

Date: _____    _____
                         United States District Judge

3