IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, | : |
| Plaintiff, | : |
| | : C.A. No. 11-825-RGA |
| v. | : |
| BEELINE.COM., INC., et al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION AND ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant, Beeline.com, Inc. ("Beeline"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for Beeline to produce core technical documents pursuant to paragraph 4(b) of the Default Standard for Discovery, including Discovery of Electronically Stored Information ("ESI") through and including October 29, 2012.

RLF1 7279167v.1

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Travis S. Hunter* |
| Arthur G. Connolly, III (#2667) | William J. Wade (#704) |
| Connolly Gallagher LLP | Anne Shea Gaza (#4093) |
| 1000 West Street, Suite 1400 | Travis S. Hunter (#5350) |
| Wilmington, DE 19801 | Richards, Layton & Finger, P.A. |
| (302) 888-6318 | One Rodney Square |
| aconnolly@connollygallagher.com | 920 North King Street |
| | Wilmington, DE 19801 |
| | (302) 651-7700 |
| | wade@rlf.com |
| *Attorney for Plaintiff IpLearn, LLC* | gaza@rlf.com |
| | hunter@rlf.com |

*Attorneys for Defendant*
*Beeline.com, Inc.*


**IT IS SO ORDERED** this _____ day of October, 2012.


_____
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE