## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                      Plaintiff,<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>                      Defendants. | Civil Action No. 11-825-RGA |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 3rd day of October, 2012, a copy of IpLearn, LLC's Disclosures to Technomedia Training Inc., Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information and IpLearn, LLC's Disclosures to Mzinga, Inc. Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information were served upon the following counsel of record in the manner indicated:

VIA ELECTRONIC MAIL
Karen L. Pascale, Esq.
James L. Higgins, Esq.
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

VIA ELECTRONIC MAIL
M. Craig Tyler, Esq.
Joel C. Boehm, Esq.
Wilson Sonsini Goodrich & Rosati
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, TX 78746
ctyler@wsgr.com
jboehm@wsgr.com

October 4, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

*/s/Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*