IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825-RGA |
| | ) | |
| BEELINE.COM, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO FURTHER EXTEND TIME FOR THE PARTIES TO SUBMIT A PROPOSED PROTECTIVE ORDER**

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendants Beeline.com, Inc., Cengage Learning, Inc., Connections Education LLC, Element K Corporation, Kenexa Corporation, Mzinga, Inc., Oracle Corporation, Pearson, Inc., Technomedia Training Inc., and The Ultimate Software Group, Inc. (collectively, "Defendants") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the deadline for the parties to submit a proposed protective order from Friday, October 5, 2012 to October 19, 2012.

The parties request this additional time so that they may schedule an in-person hearing with the Court to resolve the only remaining disputed issue in the draft Protective Order: whether an acquisition bar should apply to anyone who reviews or learns of Confidential Attorneys' Eyes Only or Confidential Attorneys' Eyes Only – Source Code information.

{04998000.DOCX.}

DATED: October 5, 2012

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | RICHARDS, LAYTON & FINGER, P.A. |
| By: */s/Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 888-6318<br>AConnolly@connollygallagher.com<br>*Attorneys for Plaintiff IpLearn, LLC* | By: */s/Travis S. Hunter*<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>Travis S. Hunter (#5350)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>wade@rlf.com<br>gaza@rlf.com<br>hunter@rlf.com<br>*Attorneys for Defendant Beeline.com, Inc.* |
| POTTER ANDERSON CORROON LLP | YOUNG CONAWAY STARGATT & TAYLOR |
| By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendants*<br>*Cengage Learning, Inc., The Ultimate Software Group, Inc., and Element K Corporation* | By: */s/Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendants*<br>*Mzinga, Inc. and Technomedia Training Inc.* |

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLC |
| By: */s/Daniel M. Silver*<br>Daniel M. Silver (DE #4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>dsilver@mccarter.com<br>*Attorneys for Defendant Connections Education, LLC* | By: */s/John T. Castellano*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Jeffrey T. Castellano (No.4837)<br>Andrew E. Russell (No. 5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendant NCS Pearson, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: */s/Mary B. Graham*<br>Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street P.O. Box 1347<br>Wilmington, DE 19899-1347 (302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>*Attorneys for Oracle Corporation* | By: */s/Rodger D. Smith III*<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street P.O. Box 1347 Wilmington, DE 19899-1347 (302) 658-9200<br>rsmith@mnat.com<br>*Attorneys for Defendant Kenexa Corporation* |

SO ORDERED this _____ day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE