# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, a California Limited Liability Company, ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, ) ) ) | |
| v. ) ) | |
| BEELINE.COM, INC., et al., ) ) ) | |
| Defendants. ) | |

## STIPULATION TO EXTEND TIME

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Cengage Learning, Inc. ("Cengage"), hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Cengage to serve Paragraph 3 Disclosures and for IpLearn to serve Paragraph 4a Disclosures (under D. Del. Default Standard) is hereby extended from October 9, 2012 to October 23, 2012.

CONNOLLY GALLAGHER LLP                POTTER ANDERSON CORROON LLP

By: */s/ Arthur G. Connolly, III*            By: */s/ Philip A. Rovner*
    Arthur G. Connolly, III (#2667)              Philip A. Rovner (#3215)
    1000 North West Street, Suite 1400           Jonathan A. Choa (#5319)
    Wilmington, Delaware 19801                    Hercules Plaza
    (302) 888-6318                                P.O. Box 951
    aconnolly@connollygallagher.com               Wilmington, DE 19899
                                                  (302) 984-6000
*Attorneys for Plaintiff IpLearn, LLC*           provner@potteranderson.com
                                                  jchoa@potteranderson.com

                                              *Attorneys for Defendant*
                                              *Cengage Learning, Inc.*

    **IT IS SO ORDERED** this _____ day of _____, 2012.

                                              _____
                                              UNITED STATES DISTRICT JUDGE