# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>                         **Plaintiff,**<br>vs.<br>BEELINE ACQUISITION CORP., et al.,<br><br>                         **Defendants.** | Civil Action No. 11-825-RGA |

## STIPULATION FOR EXTENSION OF TIME TO EXTEND
## <u>CERTAIN CASE DEADLINES</u>

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendant Connections Education LLC ("Connections"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following deadlines (see D.I. 181 and D.I. 191):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Connections to serve Paragraph 4(b) Disclosures regarding IpLearn (under D. Del. Default Standard) | 10/15/12 | 10/29/12 |
| IpLearn to serve Paragraph 4(c) Disclosures regarding Connections (under D. Del. Default Standard) | 11/29/12 | 12/13/12 |

****************

Date: October 15, 2012                                Respectfully submitted,

                                        MCCARTER & ENGLISH, LLP

                                        /s/ Daniel M. Silver
                                        Daniel M. Silver (#4758)
                                        Renaissance Centre
                                        405 N. King Street, 8th Flr.,
                                        Wilmington, DE 19801
                                        (302) 984-6331
                                        Fax: (302) 691-1260
                                        dsilver@mccarter.com

                                        HARNESS, DICKEY & PIERCE, P.L.C.
                                        Rudolph A. Telscher, Jr., #8578
                                        Kara R. Fussner, #503030
                                        7700 Bonhomme, Suite 400
                                        St. Louis, Missouri 63105
                                        (314) 726-7500
                                        Fax: (314) 726-7501
                                        kfussner@hdp.com
                                        rtelscher@hdp.com

                               *Attorneys for Connections Education LLC*

                                        /s/ Arthur G. Connolly, III
                                        Arthur G. Connolly, III (# 2667)
                                        Connolly Gallagher LLP
                                        1000 North West Street, Ste. 1400
                                        Wilmington, DE 19801
                                        (302)888-6318
                                        (302)757-7299 Fax
                                        aconnolly@connollygallagher.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com

***Attorneys for IpLearn, LLC***

SO ORDERED this _____ day of October, 2012

_____
UNITED STATED DISTRICT JUDGE