IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IpLEARN, LLC,

        Plaintiff,

v.

BEELINE.COM, INC., *et al.*,

        Defendants.

Civil Action No. 1:11-cv-00825-RGA

JURY TRIAL DEMANDED

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff IpLearn, LLC ("IpLearn") and defendant Element K Corporation ("Element K") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168, D.I. 181, D.I. 218, D.I. 251, and D.I. 259):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Element K to serve written responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 10/26/12 | 11/9/12 |
| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | 10/26/12 | 11/9/12 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>  Arthur G. Connolly, III (#2667)<br>  100 North West Street, Suite 1400<br>  Wilmington, DE 19801<br>  (302) 888-6318<br>  aconnolly@connollygallagher.com<br><br>*Attorneys for Plaintiff IPLearn, LLC* | By: /s/ Philip A. Rovner<br>  Philip A. Rovner (#3215)<br>  Jonathan A. Choa (#5319)<br>  Hercules Plaza<br>  P.O. Box 951<br>  Wilmington, DE 19899<br>  (302) 984-6000<br>  provner@potteranderson.com<br>  jchoa@potteranderson.com<br><br>*Attorneys for Defendant Element K Corporation* |

**IT IS SO ORDERED** this _____ day of October, 2012

_____
United States District Court Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 26, 2012, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com