# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEELINE.COM, INC., et al., <br><br> Defendants. | C.A. No. 11-825 (RGA) <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Beeline.com, Inc. ("Beeline") hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Beeline to serve Paragraph 4(b) Disclosures (under D. Del. Default Standard) is extended from October 29 to November 19, 2012 and for IpLearn to serve Paragraph 4(c) Disclosures (under D. Del. Default Standard) is extended from December 13, 2012 to January 3, 2013.

1

/s/ Arthur G. Connolly, III
Arthur G, Connolly, III (#2667)
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff*
*IpLearn, LLC*

/s/ Travis S. Hunter
William J. Wade (#704)
Anne Shea Gaza (#4093)
Travis Hunter (#5350)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7718
wade@rlf.com
gaza@rlf.com
hunter@rlf.com

Joseph J. Richetti
Alexander Walden
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000
joseph.richetti@bryancave.com
alexander.walden@bryancave.com

*Attorneys for Defendant*
*Beeline.com, Inc.*

**IT IS SO ORDERED** this _____ day of October, 2012.

_____
HON, RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE