IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>               **Plaintiff,**<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>               **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 22nd day of October, 2012, a copy of Plaintiff IpLearn, LLC's Responses to Defendant Connections Education LLC's 's First Set of Requests for Production of Documents (Nos. 1-2) were served upon the following counsel of record in the manner indicated:

<u>VIA ELECTRONIC MAIL</u>
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

<u>VIA ELECTRONIC MAIL</u>
Rudolph A. Telscher
Kara Renee Fussner
Harness, Dickey & Pierce, PLC
7700 Bonhomme
Clayton, MO 63105

November 6, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

/s/*Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*