# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-825-RGA |
| | ) |
| BEELINE ACQUISITION CORP et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this **16th** day of **August, 2012**.

IT IS HEREBY ORDERED that:

Status Teleconferences will be held with Magistrate Judge Fallon on **Tuesday, January 15, 2013** and **Wednesday, January 16, 2013** as follows:

IpLearn LLC and Ultimate Software Group Inc. **only** on **January 15, 2013** at **1:00 p.m.**

IpLearn LLC and Element K Corporation **only** on **January 15, 2013** at **1:30 p.m.**

IpLearn LLC and Cengage Learning Inc. **only** on **January 15, 2013** at **2:00 p.m.**

IpLearn LLC and Kenexa Corporation **only** on **January 15, 2013** at **2:30 p.m.**

IpLearn LLC and Connections Education LLC **only** on **January 16, 2013** at **3:00 p.m.**

IpLearn LLC and Mzinga Inc. **only** on **January 16, 2013** at **3:30 p.m.**

IpLearn LLC and Beeline.com Inc. **only** on **January 16, 2013** at **4:30 p.m.**

IpLearn LLC and Oracle Corporation **only** on **January 16, 2013** at **5:00 p.m.**

      The purpose of the call is to discuss the status of the case and to address any matters relating to mediation prior to the mediation conference. Counsel for plaintiffs shall initiate the call to **302-573-4557**.

                                               /s/ Sherry R. Fallon
                                               Sherry R. Fallon
                                               UNITED STATES MAGISTRATE JUDGE