IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BEELINE.COM, INC., et al.,<br><br>    Defendants. | C.A. No. 11-825-RGA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168, D.I. 181, D.I. 218, D.I. 251, D.I. 259, and D.I. 265):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Element K to serve written responses to IpLearn's First Set of Interrogatories and First Set of Requests for Production of Documents and Things | 11/9/2012 | 11/30/2012 |
| IpLearn serves Paragraph 4(a) Disclosures (under D. Del. Default Standard) | 11/9/2012 | 11/30/2012 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Element K Corporation* |

**IT IS SO ORDERED** this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE

2