IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | : |
| Plaintiff, | : |
| | : C.A. No. 11-825-RGA |
| v. | : |
| | : |
| BEELINE.COM, INC., et al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Oracle Corporation ("Oracle"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 11/15/12 | 12/6/12 |
| Oracle serves Paragraph 4(d) Disclosures (under D. Del. Default Standard) | 12/31/12 | 1/29/13 |

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: /s/ Mary B. Graham<br>Mary B. Graham (#2256)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br><br>*Attorneys for Defendant<br>Oracle Corporation* |

**IT IS SO ORDERED** this _____ day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE