## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | : |
| Plaintiff, | : |
| | : C.A. No. 11-825 (RGA) |
| v. | : |
| BEELINE.COM, INC., et al., | : |
| | : JURY TRIAL DEMANDED |
| Defendants. | : |

## STIPULATION AND ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Beeline.com, Inc. ("Beeline") hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Beeline to serve Paragraph 4(b) Disclosures (under D. Del. Default Standard) is extended from November 19, 2012 to December 3, 2012 and for IpLearn to serve Paragraph 4(c) Disclosures (under D. Del. Default Standard) is extended from January 3, 2013 to January 17, 2013.

RLF1 7595890v.1

| | |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Travis S. Hunter* |
| Arthur G. Connolly, III (#2667) | William J. Wade (#704) |
| CONNOLLY GALLAGHER LLP | Anne Shea Gaza (#4093) |
| 1000 West Street, Suite 1400 | Travis Hunter (#5350) |
| Wilmington, DE 19801 | RICHARDS LAYTON & FINGER, P.A. |
| (302) 888-6318 | One Rodney Square |
| aconnolly@connollygallagher.com | 920 North King Street |
| | Wilmington, DE 19801 |
| *Attorney for Plaintiff* | (302) 651-7718 |
| *IpLearn, LLC* | wade@rlf.com |
| | gaza@rlf.com |
| | hunter@rlf.com |
| | |
| | Joseph J. Richetti |
| | Alexander Walden |
| | BRYAN CAVE LLP |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | (212) 541-2000 |
| | joseph.richetti@bryancave.com |
| | alexander.walden@bryancave.com |
| | |
| | *Attorneys for Defendant* |
| | *Beeline.com, Inc.* |

**IT IS SO ORDERED** this _____ day of November, 2012.

_____
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE