**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| IPLEARN, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>BEELINE.COM, INC., et al.,<br><br>          Defendants. | C.A. No. 11-825-RGA |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff IpLearn, LLC ("IpLearn") and Defendants Mzinga, Inc. ("Mzinga") and Technomedia Training Inc. ("Technomedia") hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168 and D.I. 270):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Mzinga and Technomedia serve Paragraph 4(b) Disclosures (under D. Del. Default Standard) | December 3, 2012 | December 24, 2012 |

- 2 -

DATED: December 3, 2012

| **CONNOLLY BOVE LODGE & HUTZ LLP** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Karen L. Pascale* |
| Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141<br>*AConnollyIII@cblh.com*<br><br>*Attorneys for Plaintiff,*<br>*IpLearn, LLC* | Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>*kpascale@ycst.com*<br>*jhiggins@ycst.com*<br><br>*Attorneys for Defendants*<br>*Mzinga, Inc. and Technomedia Training, Inc.* |

SO ORDERED this _____ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE