IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BEELINE.COM, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 7th day of December 2012, true and

correct copies of Defendant Element K Corporation's Responses and Objections to

Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-51) and

Defendant Element K Corporation's Responses and Objections to Plaintiff's First Set of

Interrogatories (Nos. 1-10) were served upon the following counsel of record via U.S.

First Class Mail and electronic mail:

Arthur G. Connolly, III, Esq.
Kristen Healey Cramer, Esq.
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 North West Street, 14th Floor
Wilmington, Delaware 19801
Email: aconnolly@connollygallagher.com

*Attorneys for Plaintiff IpLearn, LLC*

Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Marc A. Fenster, Esq.
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025-1031
Email:  bwang@raklaw.com
            fung@raklaw.com
            mfenster@raklaw.com

*Attorneys for Plaintiff IpLearn, LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew P. Zappia
Wendell W. Harris
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY 14625
(585) 270-2100

Dated: December 7, 2012
1085803

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation*

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on December 7, 2012, the within

document was electronically filed with the Clerk of the Court using CM-ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

1084361