IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, ) ) ) | JURY TRIAL DEMANDED |
| v. ) ) ) | |
| BEELINE.COM, INC., *et al.*, ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 12, 2012 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT ELEMENT K CORPORATION'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF IPLEARN, LLC (NOS. 1-10)

DEFENDANT ELEMENT K CORPORATION'S FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF IPLEARN, LLC (NOS. 1-52)

| **BY HAND DELIVERY, EMAIL AND FIRST-CLASS MAIL** | **BY EMAIL AND FIRST-CLASS MAIL** |
|---|---|
| Arthur G. Connolly, III, Esq.<br>CONNOLLY GALLAGHER LLP<br>The Brandywine Building<br>1000 North West Street, 14th Floor<br>Wilmington, Delaware 19801<br>Email: aconnolly@connollygallagher.com<br><br>*Attorneys for Plaintiff IpLearn, LLC* | Benjamin T. Wang, Esq.<br>Fredricka Ung, Esq.<br>Marc A. Fenster, Esq.<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025-1031<br>Email: bwang@raklaw.com<br>       fung@raklaw.com<br>       mfenster@raklaw.com<br><br>*Attorneys for Plaintiff IpLearn, LLC* |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew P. Zappia
Wendell W. Harris
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY 14625
(585) 270-2100

Dated: December 12, 2012
1086372

By: /s/ *Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that on December 12, 2012, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com