## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                 Plaintiff,<br>    v.<br><br>BEELINE.COM, INC. et al.,<br><br>                 Defendants. | **Civil Action No. 11-825-RGA** |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of December, 2012, a copy of IpLearn, LLC's Disclosures to Oracle Pursuant to Section 4(c) of the Delaware Default Standard for Discovery of Electronically Stored Information was served upon the following counsel of record in the manner indicated:

<u>VIA ELECTRONIC MAIL</u>
Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com

<u>VIA ELECTRONIC MAIL</u>
Andrew B. Grossman
WilmerHale
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
andrew.grossman@wilmerhale.com

Mark D. Selwyn
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
mark.selwyn@wilmerhale.com

2

December 13, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

*/s/Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*

5007107