# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BEELINE.COM, INC., et al., <br><br> Defendants. | C.A. No. 11-825 (RGA) <br><br> JURY TRIAL DEMANDED |

## STIPULATION AND ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Beeline.com, Inc. ("Beeline") hereby stipulate and agree, subject to the approval and Order of the Court, that the time for Beeline to serve Paragraph 4(b) Disclosures (under D. Del. Default Standard) is extended from December 17, 2012 to December 31, 2012 and for IpLearn to serve Paragraph 4(c) Disclosures (under D. Del. Default Standard) is extended from January 31, 2013 to February 14, 2013.

| | |
|---|---|
| /s/ *Arthur G. Connolly, III* <br> Arthur G. Connolly, III (#2667) <br> CONNOLLY GALLAGHER LLP <br> 1000 West Street, Suite 1400 <br> Wilmington, DE 19801 <br> (302) 888-6318 <br> aconnolly@connollygallagher.com <br><br> *Attorney for Plaintiff* <br> *IpLearn, LLC* | /s/ *Travis S. Hunter* <br> William J. Wade (#704) <br> Anne Shea Gaza (#4093) <br> Travis Hunter (#5350) <br> RICHARDS LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, DE 19801 <br> (302) 651-7718 <br> wade@rlf.com <br> gaza@rlf.com <br> hunter@rlf.com <br><br> Joseph J. Richetti <br> Alexander Walden <br> BRYAN CAVE LLP <br> 1290 Avenue of the Americas <br> New York, New York 10104 <br> (212) 541-2000 <br> joseph.richetti@bryancave.com <br> alexander.walden@bryancave.com <br><br> *Attorneys for Defendant* <br> *Beeline.com, Inc.* |

**IT IS SO ORDERED** this _____ day of December, 2012.

_____
HON, RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE