IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, <br><br>           Plaintiff,<br>      v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>           Defendants. | Civil Action No. 11-825-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CENGAGE LEARNING, INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Cengage Learning, Inc. ("Cengage"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

December 17, 2012

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
| By: */s/ Arthur G. Connolly, III* <br>      Arthur G. Connolly, III (#2667)<br>      1000 North West Street, Suite 1400<br>      Wilmington, Delaware 19801<br>      (302) 888-6318<br>      aconnolly@connollygallagher.com <br><br>*Attorney for Plaintiff IpLearn, LLC* | By: */s/ Philip A. Rovner*<br>      Philip A. Rovner (#3215)<br>      Jonathan A. Choa (#5319)<br>      Hercules Plaza<br>      P.O. Box 951<br>      Wilmington, DE 19899<br>      (302) 984-6000<br>      provner@potteranderson.com<br>      jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Cengage Learning, Inc.* |

IT IS SO ORDERED this _____ day of _____ 2012.

_____
UNITED STATES DISTRICT JUDGE

{05007445.DOC.}