# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>　　　　　　　　Defendants. | Civil Action No. 11-825-RGA |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CENGAGE LEARNING, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Cengage Learning, Inc. ("Cengage"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

December 17, 2012

CONNOLLY GALLAGHER LLP

By: /s/ *Arthur G. Connolly, III*
　　Arthur G. Connolly, III (#2667)
　　1000 North West Street, Suite 1400
　　Wilmington, Delaware 19801
　　(302) 888-6318
　　aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*

POTTER ANDERSON CORROON LLP

By: /s/ *Philip A. Rovner*
　　Philip A. Rovner (#3215)
　　Jonathan A. Choa (#5319)
　　Hercules Plaza
　　P.O. Box 951
　　Wilmington, DE 19899
　　(302) 984-6000
　　provner@potteranderson.com
　　jchoa@potteranderson.com

*Attorneys for Defendant
Cengage Learning, Inc.*

IT IS SO ORDERED this __18th__ day of __Dec__ 2012.

                                        *Richard G. Andrews*
                                        UNITED STATES DISTRICT JUDGE

{05007445.DOC.}