IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br>v.<br><br>BEELINE.COM, INC. et al.,<br><br>    Defendants. | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of December, 2012, a copy of Plaintiff IpLearn, LLC's Disclosures to Connections Education LLC Pursuant to Section 4(c) of the Delaware Default Standard for Discovery of Electronically Stored Information was served upon the following counsel of record in the manner indicated:

<u>VIA ELECTRONIC MAIL</u>
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street
Wilmington, DE 19801

<u>VIA ELECTRONIC MAIL</u>
Rudolph A. Telscher
Kara Renee Fussner
Harness, Dickey & Pierce, PLC
7700 Bonhomme
St. Louis, MO 63105

December 19, 2012

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

/s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*