IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>     Plaintiff,<br> v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>     Defendants. | Civil Action No. 11-825-RGA |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MZINGA, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Mzinga, Inc. ("Mzinga"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 27, 2012

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| /s/ *Arthur G. Connolly, III* | /s/ *Karen L. Pascale* |
| Arthur G. Connolly, III (#2667)<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801<br>(302) 888-6318<br>AConnolly@connollygallagher.com<br>*Attorneys for Plaintiff,*<br>*IpLearn, LLC* | Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant*<br>*Mzinga, Inc.* |

IT IS SO ORDERED this _____ day of _____ 201__.

_____
UNITED STATES DISTRICT JUDGE