## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, | |
| **Plaintiff,** | Civil Action No. 11-825-RGA |
| v. | |
| BEELINE.COM, INC., *et al.*, | |
| **Defendants.** | |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TECHNOMEDIA TRAINING INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant, Technomedia Training Inc. ("Technomedia"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 27, 2012

CONNOLLY GALLAGHER LLP

/s/ *Arthur G. Connolly, III*

Arthur G. Connolly, III (#2667)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
(302) 888-6318
*AConnolly@connollygallagher.com*
*Attorneys for Plaintiff,*
*IpLearn, LLC*

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*

Karen L. Pascale (#2903)
James L. Higgins (#5021)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*kpascale@ycst.com*
*jhiggins@ycst.com*
*Attorneys for Defendant*
*Technomedia Training Inc.*

IT IS SO ORDERED this _____ day of _____ 201__.


_____
UNITED STATES DISTRICT JUDGE

2