# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 11-825-RGA |
| BEELINE.COM, INC., et al., | : |
| Defendants. | : JURY TRIAL DEMANDED |

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Kenexa Corporation ("Kenexa"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168, D.I. 273, and D.I. 282):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 12/28/2012 | 1/11/2013 |

1

| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>     Arthur G. Connolly, III (#2667)<br>     1000 North West Street, Suite 1400<br>     Wilmington, Delaware 19801<br>     (302) 888-6318<br>     aconnolly@connollygallagher.com | By: */s/ Rodger D. Smith II*<br>     Rodger D. Smith II (#3778)<br>     1201 N. Market Street<br>     P.O. Box 1347<br>     Wilmington, DE 19899<br>     (302) 658-9200<br>     rsmith@mnat.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant Kenexa Corporation* |

**IT IS SO ORDERED** this _____ day of _____, 201\_.

_____
UNITED STATES DISTRICT JUDGE