IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BEELINE.COM, INC. et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 11-825-RGA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ryan P. Newell of Connolly Gallagher LLP enters his appearance in the above-captioned civil action on behalf of Plaintiff IpLearn, LLC.

January 4, 2013

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

/s/ *Ryan P. Newell*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
The Brandywine Building
1000 West Street
Wilmington, DE  19801
(302) 888-6318
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorneys for Plaintiff,*
*IpLearn, LLC*

{05024413.DOC.}