# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>                **Plaintiff,**<br>vs.<br>BEELINE ACQUISITION CORP., et al.,<br><br>                **Defendants.** | Civil Action No. 11-825-RGA |

## STIPULATION AND [PROPOSED] ORDER

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendant Connections Education LLC ("Connections"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following deadlines (see D.I. 181 and D.I. 191):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Connections to serve Paragraph 4(d) Disclosures regarding IpLearn (under D. Del. Default Standard) | 1/14/13 | 2/14/13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:  January 8, 2013

|  |  |
|---|---|
|  | Respectfully submitted, |
| CONNOLLY GALLAGHER LLP | MCCARTER & ENGLISH, LLP |
| */s/ Arthur G. Connolly, III* | */s/ Daniel M. Silver* |
| Arthur G. Connolly, III (#2667) | Daniel M. Silver (DE #4758) |
| 1000 North West Street, Suite 1400 | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street 8th Floor |
| Phone: (302) 888-6318 | Wilmington, DE 19801 |
| *aconnolly@connollygallagher.com* | Phone: (302) 984-6331 |
|  | *dsilver@mccarter.com* |
|  |  |
|  | **OF COUNSEL:** |
|  | Rudolph A. Telscher, Jr., (#8578) |
|  | Kara R. Fussner, (DE #3884) |
|  | HARNESS, DICKEY & PIERCE, PLC |
|  | 7700 Bonhomme, Suite 400 |
|  | St. Louis, Missouri  63105 |
|  | Phone: (314) 726-7500 |
|  | Fax:  (314) 726-7501 |
|  | kfussner@hdp.com |
|  | rtelscher@hdp.com |
|  |  |
| *Attorneys for Plaintiff,* | *Attorneys for Connections Education, LLC* |
| *IpLearn, LLC* |  |

      SO ORDERED this _____ day of January, 2013.

                                                                                              _____
                                                                           UNITED STATED DISTRICT JUDGE

61047238.1