# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, <br><br> **Plaintiff,** <br> vs. <br> BEELINE ACQUISITION CORP., et al., <br><br> **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 8, 2013, **Defendant Connections Education LLC's First Set of Interrogatories and Second Request for Production of Documents to Plaintiff IpLearn, LLC and this Notice of Serve** were caused to be served on the person listed below via e-mail:

| | |
|---|---|
| Arthur G. Connolly, III <br> Ryan P. Newell <br> Connolly Gallagher LLP <br> 1000 North West Street, Suite 1400 <br> Wilmington, DE 19801 <br> 302.888.6318 (Tele) <br> 302.757.7299 (Fax) <br> aconnollyIII@connollygallagher.com <br> rnewell@connollygallagher.com | Marc A. Fenster <br> Fredricka Ung <br> Benjamin T. Wang <br> RUSS AUGUST & KABAT <br> 12424 Wilshire Boulevard, <br> 12th Floor <br> Los Angeles, CA 90025 <br> (310) 826-7474 <br> mfenster@raklaw.com <br> fung@raklaw.com <br> bwang@raklaw.com <br> iplearn@raklaw.com |

ME1 14637425v.1

DATE:  January 8, 2013

                                                          MCCARTER & ENGLISH, LLP

                                                          <u>/s/ Daniel M. Silver</u>
                                                          Daniel M. Silver (#4758)
                                                          Renaissance Centre
                                                          405 N. King Street, 8th Floor
                                                          Wilmington, DE 19801
                                                          (302) 984-6300
                                                          Fax:  (302) 691-1260
                                                          dsilver@mccarter.com

*Of Counsel:*

Rudolph A. Telscher
Kara R. Fussner
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
 Fax: (314) 726-7501

                                                          ***Attorneys for Connections Education, LLC***