

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, <br><br> Plaintiff, <br> v. <br><br> BEELINE.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 11-825-RGA |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BEELINE.COM, INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant Beeline.com, Inc. ("Beeline"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

January 7, 2013

CONNOLLY GALLAGHER LLP

By: /s/ *Arthur G. Connolly, III*
  Arthur G. Connolly, III (#2667)
  1000 North West Street, Suite 1400
  Wilmington, Delaware 19801
  (302) 888-6318
  aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Travis S. Hunter*
  William J. Wade (#704)
  Anne Shea Gaza (#4093)
  Travis S. Hunter (#5350)
  Richards, Layton & Finger, P.A.
  One Rodney Square
  920 North King Street
  Wilmington, DE 19801
  (302) 651-7700
  wade@rlf.com
  gaza@rlf.com
  hunter@rlf.com

*Attorneys for Defendant Beeline.com, Inc.*

1

IT IS SO ORDERED this 8th day of January 2013.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard G. Andrews
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE