IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| BEELINE.COM, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ORACLE CORPORATION'S SUBPOENA TO**
<u>**NCR CORPORATION**</u>

**TO ALL PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rules 30, 34, and 45 of the Federal Rules of Civil Procedure, Oracle Corporation ("Oracle"), by and through its counsel, has served or will serve the attached subpoena to NCR Corporation ("NCR") for deposition testimony and the production of documents.

PLEASE TAKE FURTHER NOTICE that the subpoena provides that Oracle, by and through its counsel, will take the deposition upon oral examination of NCR. The deposition will commence at such date, time, and location as is specified in the attached subpoena, or at an alternative date, time, and location as may be mutually agreed upon by counsel for Oracle and NCR. Pursuant to Rule 30(b)(6), NCR is obligated to designate one or more of its officers, directors, or managing agents, and/or one or more persons who consent to testify on its behalf concerning the matters set forth in Attachment A to the subpoena. The examination will be taken before a notary public or other person authorized to administer oaths and will continue day-to-day until completed or will be continued until completed at a future date or dates. Pursuant to Rule 30(b)(3), the deposition will be videotaped and recorded stenographically. You are invited to attend and cross-examine.

- 2 -

PLEASE TAKE FURTHER NOTICE that the subpoena commands NCR to produce and permit inspection and copying of all documents and other tangible things described in Attachment B to the subpoena.  The document production will take place at such date, time, and location as is specified in the attached subpoena or at an alternative date, time and place as may be mutually agreed upon by counsel for Oracle and NCR.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
  *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Robert Sloss
Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

January 8, 2013
6931586.1