# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>　　　　　　　　　　Plaintiff,<br>　　　v.<br><br>BEELINE.COM, INC., *et al.*,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 11-825-RGA |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS RELATING TO U.S. PATENT NOS. 6,688,888 AND 5,779,486 AS TO DEFENDANT CONNECTIONS EDUCATION LLC

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant Connections Education LLC ("Connections"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and subject to the approval of the Court, that all claims and counterclaims in this action relating to U.S. Patent Nos. 6,688,888 and 5,779,486 are hereby dismissed WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 9, 2013

| CONNOLLY GALLAGHER LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>　　Arthur G. Connolly, III (#2667)<br>　　1000 North West Street, Suite 1400<br>　　Wilmington, Delaware 19801<br>　　(302) 888-6318<br>　　aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | */s/Daniel M. Silver*<br>　Daniel M. Silver (#4758)<br>　Renaissance Centre<br>　405 N. King Street 8th Floor<br>　Wilmington, DE 19801<br>　(302) 984-6331<br>　dsilver@mccarter.com<br><br>*Attorneys for Defendant*<br>*Connections Education LLC* |

IT IS SO ORDERED this _____ day of January 2013.

_____
UNITED STATES DISTRICT JUDGE