## IN THE UNITED STATES COURT
## FOR THE DISTRICT OF DELAWARE

IPLEARN, LLC,

             Plaintiff,

    v.

BEELINE.COM, INC., et al.,

             Defendants.

C.A. No. 11-825-RGA

JURY TRIAL DEMANDED

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Kenexa Corporation ("Kenexa"),

hereby stipulate and agree, subject to the approval and Order of the Court, to extend the

following case deadlines (see D.I. 168, D.I. 273, D.I. 282, and D.I. 295):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 1/11/2013 | 1/25/2013 |

CONNOLLY GALLAGHER LLP

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

By:  */s/ Arthur G. Connolly, III*
      Arthur G. Connolly, III (#2667)
      1000 North West Street, Suite 1400
      Wilmington, Delaware 19801
      (302) 888-6318
      aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*

By:  */s/ Rodger D. Smith II*
      Rodger D. Smith II (#3778)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899
      (302) 658-9200
      rsmith@mnat.com

*Attorneys for Defendant
Kenexa Corporation*

**IT IS SO ORDERED** this _____ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE