IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | |
| Plaintiff, | C.A. No. 11-825-RGA |
| v. | |
| CONNECTIONS EDUCATION, et al., | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant The Ultimate Software Group, Inc. ("Ultimate"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 181):

| Event | Proposed Amended Due Date |
|---|---|
| Ultimate serves Paragraph 4(b) Disclosures (under D. Del. Default Standard) | 2/13/13 |
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 3/22/13 |
| Ultimate serves Paragraph 4(d) Disclosures (under D. Del. Default Standard) | 4/29/13 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*The Ultimate Software Group, Inc.* |

**IT IS SO ORDERED** this _____ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE