# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IPLEARN, LLC,

                Plaintiff,

     v.

BEELINE.COM, INC. et al.,

                Defendants.

**Civil Action No. 11-825-RGA**

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of January, 2013, a copy of Plaintiff IpLearn, LLC's Objections and Responses to Defendant Element K Corporation's First Set of Interrogatories to Plaintiff IpLearn, LLC (Nos. 1-10) and Plaintiff IpLearn, LLC's Objections and Responses to Defendant Element K Corporation's First Set of Requests for Production of Documents to Plaintiff IpLearn, LLC (Nos. 1-52) were served upon the following counsel of record in the manner indicated:

VIA ELECTRONIC MAIL
Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, CE 19899
provner@potteranderson.com

VIA ELECTRONIC MAIL
Wendell W. Harris, Ph.D.
Andrew P. Zappia
LeClairRyan
70 Linden Oaks
Suite 210
Rochester, NY 14625
wendell.harris@leclairryan.com
andrew.zappia@leclairryan.com

January 15, 2013

CONNOLLY GALLAGHER LLP

*/s/Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318 (phone)
(302) 757-7299 (fax)
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

Of Counsel:

RUSS AUGUST & KABAT

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

*Attorney for Plaintiff IpLearn, LLC*