**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-825-RGA |
| | ) |
| BEELINE ACQUISITION CORP et al, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this **16th** day of **January, 2013**.

IT IS HEREBY ORDERED that:

Status Teleconferences will be held with Magistrate Judge Fallon on **Tuesday, April 16, 2013** as follows:

IpLearn LLC and Ultimate Software Group Inc. **only** at **11:00 a.m.**

IpLearn LLC and Element K Corporation **only** at **11:30 a.m.**

IpLearn LLC and Kenexa Corporation **only** at **12:00 p.m.**

IpLearn LLC and Connections Education LLC **only** at **12:30 p.m.**

IpLearn LLC and Oracle Corporation **only** at **1:00 p.m.**

The purpose of the call is to discuss the status of the case and to address any matters relating to mediation prior to the mediation conference. Counsel for plaintiffs shall initiate the call to **302-573-4557**.

/s/ Sherry R. Fallon
Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE