IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| BEELINE.COM, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on January 16, 2013 true and correct copies of the

following documents were served on the following counsel of record at the addresses and

in the manner indicated:

DEFENDANT ELEMENT K CORPORATION'S CORE TECHNICAL
DOCUMENTS PURSUANT TO THE DEFAULT STANDARD FOR DISCOVERY
RULE 4(b)

**BY FEDERAL EXPRESS**

Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Marc A. Fenster, Esq.
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025-1031
Email:  bwang@raklaw.com
          fung@raklaw.com
          mfenster@raklaw.com

*Attorneys for Plaintiff IpLearn, LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Andrew P. Zappia
Wendell W. Harris
LeClairRyan
290 Linden Oaks
Suite 310
Rochester, NY 14625
(585) 270-2100

Dated: January 18, 2013
1090662

By: */s/ Philip A. Rovner*
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Element K Corporation*

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on January 18, 2013, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

1084361