IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | : |
|                        Plaintiff, | : C.A. No. 11-825-RGA |
| v. | : |
| BEELINE.COM, INC., et al., | : JURY TRIAL DEMANDED |
|                        Defendants. | : |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Kenexa Corporation ("Kenexa"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines:

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 1/25/2013 | 2/8/2013 |

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: /s/ *Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: /s/ *Rodger D. Smith II*<br>Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendant Kenexa Corporation* |

**IT IS SO ORDERED** this _____ day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE