IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| CONNECTIONS ACADEMY LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

IT IS HEREBY stipulated by Plaintiff IpLearn, LLC ("IpLearn") and Defendant Oracle Corporation ("Oracle"), subject to the approval of the Court, that the date by which Oracle shall serve its Paragraph 4(d) Disclosures (under D. Del. Default Standard) is hereby extended from January 29, 2013, as set in the Scheduling Order (D.I. 181) and modified in the Joint Stipulation and Order (D.I. 271), to March 1, 2013.

| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Mary B. Graham* |
| Arthur G. Connolly, III (2667) | Mary B. Graham (#2256) |
| 1000 North West Street, Suite 1400 | Stephen Kraftschik (#5623) |
| Wilmington, DE 19801 | 1201 N. Market Street |
| (302) 888-6318 | P.O. Box 1347 |
| aconnolly@connollygallagher.com | Wilmington, DE 19899-1347 |
| *Attorneys for IpLearn, LLC* | (302) 658-9200 |
| | mgraham@mnat.com |
| | skraftschik@mnat.com |
| | *Attorneys for Oracle Corporation* |

January 25, 2013
6969447

SO ORDERED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE