IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| CONNECTIONS ACADEMY LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

IT IS HEREBY stipulated by Plaintiff IpLearn, LLC and Defendants Oracle Corporation, Connections Education LLC, NCS Pearson, Inc., Element K Corporation, Kenexa Corporation, and Ultimate Software Group, Inc. (collectively, "Defendants"), subject to the approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 181) are hereby extended as follows:

| Event | Scheduling Order Date | Proposed Amended Due Date |
|---|---|---|
| Parties to exchange list of claim terms and proposed constructions | March 14, 2013 | April 8, 2013 |
| Parties to file Joint Claim Construction Chart with the Court | March 28, 2013 | April 22, 2013 |
| Deadline to file motion to extend page limits for claim construction briefing | April 3, 2013 | April 26, 2013 |
| Document production substantially complete | April 23, 2013 | May 23, 2013 |
| Plaintiff's opening claim construction brief | April 28, 2013 | May 24, 2013 |

| Event | Scheduling Order Date | Proposed Amended Due Date |
|---|---|---|
| Defendants' answering claim construction brief | May 28, 2013 | June 25, 2013 |
| Plaintiff's reply claim construction brief | July 8, 2013 | July 30, 2013 |
| Defendants' sur-reply claim construction brief | July 22, 2013 | August 13, 2013 |
| Parties to file Joint Claim Construction Brief with the Court | August 5, 2013 | August 16, 2013 |
| Hearing on Claim Construction | September 30, 2013 | September 30, 2013 **(no change)** |

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (2667)
1000 North West Street, Suite 1400
Wilmington, DE  19801
(302) 888-6318
aconnolly@connollygallagher.com
  *Attorneys for IpLearn, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
Stephen Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
  *Attorneys for Oracle Corporation*

| MCCARTER & ENGLISH, LLP | SHAW KELLER LLC |
|---|---|
| */s/ Daniel M. Silver* | */s/ Andrew E. Russell* |
| Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6331<br>dsilver@mccarter.com<br>  *Attorneys for Connections Education, LLC* | Andrew E. Russell (#5382)<br>John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Jeffrey T. Castellano (#4837)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br>    *Attorneys for NCS Pearson, Inc.* |
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Philip A. Rovner* | */s/ Rodger D. Smith II* |
| Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>  *Attorneys for The Ultimate Software<br>  Group, Inc. and Element K Corporation* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Kenexa Corporation* |

January 25, 2013
6969509

   SO ORDERED this ____ day of _____, 2013.

                _____
                UNITED STATES DISTRICT JUDGE