# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>                    **Plaintiff,**<br>vs.<br>BEELINE ACQUISITION CORP., et al.,<br><br>                    **Defendants.** | Civil Action No. 11-825-RGA |

## STIPULATION EXTENDING CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and Defendant Connections Education LLC ("Connections"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following deadlines (see D.I. 181, D.I. 191, and D.I. 298):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Connections to serve Paragraph 4(d) Disclosures regarding IpLearn (under D. Del. Default Standard) | 2/14/13 | 3/01/13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:  February 4, 2013

                    Respectfully submitted,

| CONNOLLY GALLAGHER LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Daniel M. Silver* |
| Arthur G. Connolly, III (#2667) | Daniel M. Silver (DE #4758) |
| 1000 North West Street, Suite 1400 | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street 8th Floor |
| Phone: (302) 888-6318 | Wilmington, DE 19801 |
| *aconnolly@connollygallagher.com* | Phone: (302) 984-6331 |
| | *dsilver@mccarter.com* |
| | |
| | **OF COUNSEL:** |
| | Rudolph A. Telscher, Jr., |
| | Kara R. Fussner, (DE #3884) |
| | HARNESS, DICKEY & PIERCE, PLC |
| | 7700 Bonhomme, Suite 400 |
| | St. Louis, Missouri  63105 |
| | Phone: (314) 726-7500 |
| | Fax:  (314) 726-7501 |
| | kfussner@hdp.com |
| | rtelscher@hdp.com |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Connections Education, LLC* |
| *IpLearn, LLC* | |

      SO ORDERED this _____ day of February, 2013.


                                                 _____
                                                 UNITED STATED DISTRICT JUDGE