## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, <br><br>　　　　　　　Plaintiff, <br>　　v. <br><br> BEELINE.COM, INC. et al., <br><br>　　　　　　　Defendants. | Civil Action No. 11-825-RGA |

### NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of February, 2013, a copy of Plaintiff IpLearn, LLC's First Supplemental Objections and Responses to Defendant Oracle Corporation's First Set of Interrogatories to Plaintiff was served upon the following counsel of record in the manner indicated:

VIA ELECTRONIC MAIL
Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com

VIA ELECTRONIC MAIL
Andrew B. Grossman
Nancy L. Schroder
WilmerHale
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
andrew.grossman@wilmerhale.com
nancy.schroeder@wilmerhale.com

Mark D. Selwyn
Evelyn C. Mak
Dennis Wang
Matthew S. Chen
WilmerHale
950 Page Mill Road
Palo Alto, CA 94304
mark.selwyn@wilmerhale.com
evelyn.mak@wilmerhale.com
dennis.wang@wilmerhale.com
matthew.chen@wilmerhale.com

| | |
|---|---|
| February 7, 2013 | CONNOLLY GALLAGHER LLP |
| | |
| | */s/Arthur G. Connolly, III* |
| | Arthur G. Connolly, III (#2667) |
| Of Counsel: | Ryan P. Newell (#4744) |
| | 1000 North West Street, Suite 1400 |
| RUSS AUGUST & KABAT | Wilmington, Delaware 19801 |
| | (302) 888-6318 |
| Marc A. Fenster, CA Bar No. 181067 | aconnolly@connollygallagher.com |
| E-mail: mfenster@raklaw.com | rnewell@connollygallagher.com |
| Benjamin T. Wang, CA Bar No. 228712 | |
| E-mail: bwang@raklaw.com | *Attorney for Plaintiff IpLearn, LLC* |
| Fredricka Ung, CA Bar No. 253794 | |
| E-mail: fung@raklaw.com | |
| 12424 Wilshire Boulevard, 12th Floor | |
| Los Angeles, CA  90025-1031 | |
| (310) 826-7474 (phone) | |
| (310) 826-6991 (fax) | |

5041618