## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) | C.A. No. 11-825-RGA |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) ) | |
| BEELINE.COM, INC., *et al.,* | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 13, 2013 true and correct copies of the

following documents were served on the following counsel of record at the addresses and in the

manner indicated:

DEFENDANT THE ULTIMATE SOFTWARE GROUP INC.'S CORE TECHNICAL
DOCUMENTS PURSUANT TO THE DEFAULT STANDARD FOR DISCOVERY RULE 4(b)

## BY FEDERAL EXPRESS

> Marc A. Fenster, Esq.
> Benjamin T. Wang, Esq.
> Fredricka Ung, Esq.
> Russ August & Kabat
> 12424 Wilshire Boulevard
> Suite 1200
> Los Angeles, CA 90025
> mfenster@raklaw.com
> bwang@raklaw.com
> fung@raklaw.com
> iplearn@raklaw.com

> *Co-counsel for Plaintiff IpLearn LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Matthew F. Greinert
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
(415) 675-8889


Dated:  February 14, 2013
1094493

By: */s/ Philip A. Rovner*
     Philip A. Rovner (#3215)
     Jonathan A. Choa (#5319)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE  19899
     (302) 984-6000
     provner@potteranderson.com
     jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on February 14, 2013, the within

document was electronically filed with the Clerk of the Court using CM-ECF which will send

notification to the registered attorney(s) of record that the document has been filed and is

available for viewing and downloading.


*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com


1084361