# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>        **Plaintiff,**<br>vs.<br>BEELINE ACQUISITION CORP., et al.,<br><br>        **Defendants.** | Civil Action No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 1, 2013, **Defendant Connections Education LLC's Preliminary Invalidity Contentions and this Notice of Serve** were caused to be served on the person listed below via e-mail:

Arthur G. Connolly, III
Ryan P. Newell
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE 19801
302.888.6318 (Tele)
302.757.7299 (Fax)
aconnollyIII@connollygallagher.com
rnewell@connollygallagher.com

Marc A. Fenster
Fredricka Ung
Benjamin T. Wang
RUSS AUGUST & KABAT
12424 Wilshire Boulevard,
12th Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
fung@raklaw.com
bwang@raklaw.com
iplearn@raklaw.com

ME1 15149876v.1

DATED:  March 1, 2013

                                                MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Daniel M. Silver (#4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
Fax:  (302) 691-1260
dsilver@mccarter.com

***Attorneys for Connections Education, LLC***

*Of Counsel:*

Rudolph A. Telscher
Kara R. Fussner
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
 Fax: (314) 726-7501

2