UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, : | |
| Plaintiff, : | |
| : | C.A. No. 11-825-RGA |
| v. : | |
| CONNECTIONS EDUCATION, LLC, et al., : | |
| Defendants. : | |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines (see D.I. 168, D.I. 181, D.I. 218, D.I. 251, D.I. 259, D.I. 265, and D.I. 269):

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 3/4/2013 | 3/15/2013 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>    Arthur G. Connolly, III (#2667)<br>    1000 North West Street, Suite 1400<br>    Wilmington, Delaware 19801<br>    (302) 888-6318<br>    aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Element K Corporation* |

**IT IS SO ORDERED** this _____ day of March, 2013.


_____
UNITED STATES DISTRICT JUDGE