IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (LPS) (SRF) |
| | ) |
| CONNECTIONS EDUCATION LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>KENEXA CORPORATION'S AMENDED CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Kenexa Corporation, by its undersigned counsel, states that it is a wholly owned subsidiary of International Business Machines Corporation, a publicly held corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

OF COUNSEL:

*Attorneys for Defendant Kenexa Corporation*

Matthew B. Lowrie
Robert J. Silverman
Lucas I. Silva
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019

March 14, 2013
7051847.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 14, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Arthur G. Connolly, III, Esquire<br>Ryan P. Newell, Esquire<br>CONNOLLY GALLAGHER LLP<br>1000 North West Street, Suite 1400<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Marc A. Fenster, Esquire<br>Benjamin T. Wang, Esquire<br>Fredricka Ung, Esquire<br>RUSS AUGUST & KABAT<br>12424 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mary B. Graham, Esquire<br>Stephen J. Kraftschik, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Oracle Corporation* | *VIA ELECTRONIC MAIL* |
| Mark D. Selwyn, Esquire<br>Dennis Wang, Esquire<br>Evelyn C. Mak, Esquire<br>Matthew S. Chen, Esquire<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Oracle Corporation* | *VIA ELECTRONIC MAIL* |

Andrew B. Grossman, Esquire                                         *VIA ELECTRONIC MAIL*
Nancy L. Schroeder, Esquire
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
*Attorneys for Oracle Corporation*

Robert Sloss, Esquire                                               *VIA ELECTRONIC MAIL*
Peter O'Rouke, Esquire
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
*Attorneys for Oracle Corporation*

Philip A. Rovner, Esquire                                           *VIA ELECTRONIC MAIL*
Jonathan A. Choa, Esquire
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899
*Attorneys for Element K Corporation and*
*The Ultimate Software Group Inc.*

Wendell W. Harris, Esquire                                          *VIA ELECTRONIC MAIL*
Andrew P. Zappia, Esquire
LECLAIRRYAN
290 Linden Oaks, Suite 310
Rochester, NY 14625
*Attorneys for Element K Corporation*

Henry C. Bunsow, Esquire                                            *VIA ELECTRONIC MAIL*
Matthew F. Greinert, Esquire
BUNSOW, DE MORY, SMITH & ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA  94133
*Attorneys for The Ultimate Software Group, Inc.*

John W. Shaw, Esquire                                               *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
Jeffrey T. Castellano, Esquire
Andrew Russell, Esquire
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
*Attorneys for NCS Pearson, Inc.*

Frederick L. Whitmer, Esquire     *VIA ELECTRONIC MAIL*
Megan E. Bussey, Esquire
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
*Attorneys for NCS Pearson, Inc.*

Alyson W. Wooten, Esquire     *VIA ELECTRONIC MAIL*
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
*Attorneys for NCS Pearson, Inc.*

Daniel M. Silver, Esquire     *VIA ELECTRONIC MAIL*
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
*Attorneys for Connections Education, LLC*

Rudolph A. Telscher, Esquire     *VIA ELECTRONIC MAIL*
Kara R. Fussner, Esquire
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme, Suite 400
Clayton, MO 63105
*Attorneys for Connections Education, LLC*

        */s/ Rodger D. Smith II*

        Rodger D. Smith II (#3778)

3