UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CONNECTIONS EDUCATION, LLC, et al.,<br><br>　　　　　　　Defendants. | C.A. No. 11-825-RGA |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines:

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 3/15/2013 | 3/22/2013 |

1

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III<br>Arthur G. Connolly, III (#2667)<br>1000 North West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorney for Plaintiff IpLearn, LLC* | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Element K Corporation* |

**IT IS SO ORDERED** this _____ day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE