# UNITED STATES COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IPLEARN, LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>CONNECTIONS EDUCATION, LLC, et al.,<br><br>                Defendants. | C.A. No. 11-825-RGA |

## JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES

Plaintiff, IpLearn, LLC ("IpLearn"), and defendant Element K Corporation ("Element K"), hereby stipulate and agree, subject to the approval and Order of the Court, to extend the following case deadlines:

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| IpLearn serves Paragraph 4(c) Disclosures (under D. Del. Default Standard) | 3/22/2013 | 3/26/2013 |

| CONNOLLY GALLAGHER LLP | POTTER ANDERSON CORROON LLP |
|---|---|
| By: */s/ Arthur G. Connolly, III*<br>   Arthur G. Connolly, III (#2667)<br>   1000 North West Street, Suite 1400<br>   Wilmington, Delaware 19801<br>   (302) 888-6318<br>   aconnolly@connollygallagher.com | By: */s/Philip A. Rovner*<br>   Philip A. Rovner (#3215)<br>   Jonathan A. Choa (#5319)<br>   Hercules Plaza<br>   P.O. Box 951<br>   Wilmington, DE 19899<br>   (302) 984-6000<br>   provner@potteranderson.com<br>   jchoa@potteranderson.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant*<br>*Element K Corporation* |

**IT IS SO ORDERED** this _____ day of March, 2013.

---

UNITED STATES DISTRICT JUDGE