IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br> v.<br><br>CONNECTIONS EDUCATION LLC, *et al.*,<br><br>    Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **IpLearn, LLC's Disclosures to The Ultimate Software Group, Inc. Pursuant to Section 4(a) of the Delaware Default Standard for Discovery of Electronically Stored Information** was caused to be served on March 22, 2013, upon the following in the manner indicated:

**BY E-MAIL**

Philip A. Rovner, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant
The Ultimate Software Group Inc.*

**BY E-MAIL**

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, De Mory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

*Attorneys for Defendant
The Ultimate Software Group Inc.*

March 25, 2013

Of Counsel:

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

CONNOLLY GALLAGHER LLP

/s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 North West Street
Wilmington, DE  19801
(302) 888-6318 (phone)
(302) 757-7299 (fax)
aconnollyIII@connollygallagher.com

*Attorneys for Plaintiff,
IpLearn LLC*