IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| CONNECTIONS ACADEMY LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER TO EXTEND CERTAIN CASE DEADLINES**

IT IS HEREBY stipulated by Plaintiff IpLearn, LLC ("IpLearn") and Defendants Oracle Corporation, Connections Education LLC, NCS Pearson, Inc., Element K Corporation, Kenexa Corporation, and Ultimate Software Group, Inc. (collectively, "Defendants"), subject to the approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 181) and modified in the Joint Stipulation and Order (D.I. 312) are hereby extended as follows:[1]

| Event | Scheduling Order Date | Proposed Amended Due Date |
|---|---|---|
| Parties to exchange list of claim terms and proposed constructions | April 8, 2013 | April 29, 2013 |
| Parties to file Joint Claim Construction Chart with the Court | April 22, 2013 | May 6, 2013 |
| Deadline to file motion to extend page limits for claim construction briefing | April 26, 2013 | May 10, 2013 |

---

[1] These proposed dates will not affect the other dates in the current schedule, such as the claim construction briefing deadlines and the date for the Markman hearing.

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Arthur G. Connolly, III* | /s/ *Stephen Kraftschik* |
| Arthur G. Connolly, III (#2667)<br>Ryan Patrick Newell (#4744)<br>Brandywine Building<br>1000 North West Street, Suite 1400<br>Wilmington, DE  19801<br>(302) 757-7300<br>aconnolly@connollygallagher.com<br>rnewell@connollygallagher.com<br>    *Attorneys for IpLearn, LLC* | Mary B. Graham (#2256)<br>Stephen Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br>    *Attorneys for Oracle Corporation* |
| HARNESS, DICKEY & PIERCE, P.L.C. | SHAW KELLER LLC |
| /s/ *Kara R. Fussner* | /s/ *Andrew E. Russell* |
| Kara R. Fussner (#3884)<br>7700 Bonhomme<br>Suite 400<br>St. Louis, MO 63105<br>(314) 726-7500<br>kfussner@hdp.com<br>    *Attorneys for Connections Education, LLC* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Jeffrey T. Castellano (#4837)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br>     *Attorneys for NCS Pearson, Inc.* |
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Philip A. Rovner* | /s/ *Rodger D. Smith II* |
| Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>   *Attorneys for The Ultimate Software*<br>   *Group, Inc. and Element K Corporation* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>   *Attorneys for Kenexa Corporation* |

March 26, 2013

      SO ORDERED this _____ day of _____, 2013.

                                                             UNITED STATES DISTRICT JUDGE