IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                Plaintiff,<br>    v.<br><br>CONNECTIONS EDUCATION LLC, *et al.*,<br><br>                Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

The undersigned hereby certifies that a copy of **IpLearn, LLC's Disclosures to The Ultimate Software Group, Inc. Pursuant to Section 4(c) of the Delaware Default Standard for Discovery of Electronically Stored Information** was caused to be served on March 22, 2013, upon the following in the manner indicated:

**BY E-MAIL**

Philip A. Rovner, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Defendant
The Ultimate Software Group Inc.*

**BY E-MAIL**

Henry C. Bunsow, Esq.
Matthew F. Greinert, Esq.
Bunsow, De Mory, Smith & Allison LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133

*Attorneys for Defendant
The Ultimate Software Group Inc.*

April 11, 2013                                              CONNOLLY GALLAGHER LLP


                                                            /s/ *Arthur G. Connolly, III*
Of Counsel:                                                 Arthur G. Connolly, III (#2667)
                                                            1000 North West Street
Marc A. Fenster, CA Bar No. 181067                          Wilmington, DE  19801
E-mail: mfenster@raklaw.com                                 (302) 888-6318 (phone)
Benjamin T. Wang, CA Bar No. 228712                         (302) 757-7299 (fax)
E-mail: bwang@raklaw.com                                    aconnollyIII@connollygallagher.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor                        *Attorneys for Plaintiff,*
Los Angeles, CA  90025-1031                                 *IpLearn LLC*
(310) 826-7474 (phone)
(310) 826-6991 (fax)