# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) C.A. No. 11-825-RGA |
| Plaintiff, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| CONNECTIONS ACADEMY LLC, *et al.*, | ) ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ELEMENT K CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC and Defendant Element K Corporation, which has been merged into Skillsoft Corporation and is now known as Skillsoft Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and subject to the approval of the Court, that all claims and counterclaims asserted in this action are hereby dismissed WITH PREJUDICE, with each party waiving all rights of appeal, and with each party bearing its own costs, expenses and attorneys' fees.

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/Arthur G. Connolly, III*<br>Arthur G. Connolly, III (#2667)<br>Ryan P. Newell (#4744)<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com | By: */s/ Philip A. Rovner*<br>Philip A. Rovner (#3215)<br>Jonathan A. Choa (#5319)<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Plaintiff*<br>*IpLearn, LLC* | *Attorneys for Defendant*<br>*Element K Corporation, which is now known as Skillsoft Corporation* |

Dated: April 16, 2013

IT IS SO ORDERED this _____ day of April 2013.

_____
UNITED STATES DISTRICT JUDGE

1102537