# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) C.A. No. 11-825-RGA |
| Plaintiff, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) |
| CONNECTIONS ACADEMY LLC, *et al.*, | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 23, 2013 true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT THE ULTIMATE SOFTWARE GROUP INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF IPLEARN LLC

**BY HAND DELIVERY AND E-MAIL**

Arthur G. Connolly, III, Esq.
Connolly Gallagher
Brandywine Building
1000 N. West Street, 14th Fl.
Wilmington, DE 19801
aconnolly@connollygallagher.com

*Attorneys for Plaintiff
IpLearn LLC*

**BY E-MAIL**

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Matthew F. Greinert
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
(415) 675-8889

Dated: April 23, 2013
1103377

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*The Ultimate Software Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on April 23, 2013, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 23, 2013 the within document was electronically mailed to the following persons:

Arthur G. Connolly, III, Esq.
Connolly Gallagher
Brandywine Building
1000 N. West Street, 14th Fl.
Wilmington, DE 19801
aconnolly@connollygallagher.com

*Attorneys for Plaintiff*
*IpLearn LLC*

Mary B. Graham, Esq.
Stephen J. Kraftschik, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
skraftschik@mnat.com

*Attorneys for Defendant*
*Oracle Corporation*

John W. Shaw, Esq.
Andrew E. Russell, Esq.
Shaw Keller LLC
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant*
*NCS Pearson, Inc.*

Rodger D. Smith II, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com

*Attorneys for Defendant*
*Kenexa Corporation*

Daniel M. Silver, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com

*Attorneys for Defendant*
*Connections Education, LLC*

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

*Co-counsel for Plaintiff IpLearn LLC*

Rudolph A. Telscher, Esq.
Kara R. Fussner, Esq.
Harness, Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
Clayton, MO 63105
rtelscher@hdp.com
kfussner@hdp.com

*Co-counsel for Defendant*
*Connections Academy, LLC*

Mark D. Selwyn, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
Mark.selwyn@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Robert J. Silverman, Esq.
Matthew B. Lowrie, Esq.
Lucas I. Silva, Esq.
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
rsilverman@foley.com
mlowrie@foley.com
lsilva@foley.com

*Co-counsel for Defendant*
*Kenexa Corporation*

Andrew B. Grossman, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Andrew.grossman@wilmerhale.com

*Co-counsel for defendant Oracle Corporation*

Frederick L. Whitmer, Esq.
Kilpatrick Townsend & Stockton LLP
31 W. 52nd Street
New York, NY 10019
fwhitmer@kilpatricktownsend.com

*Co-counsel for NCS Pearson, Inc.*

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com