IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| IPLEARN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-825 (RGA) |
| v. | ) | |
| | ) | |
| CONNECTIONS ACADEMY, LLC, et al., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION AND ORDER TO LIMIT
ASSERTED CLAIMS AND AMEND CERTAIN CASE DEADLINES**

IT IS HEREBY stipulated by Plaintiff IpLearn, LLC ("IpLearn") and Defendants Oracle Corporation, Connections Education LLC, NCS Pearson, Inc., and Ultimate Software Group, Inc. (collectively, "Defendants"), subject to the approval of the Court, that the number of asserted patent claims by IpLearn shall be limited to 22. IpLearn shall identify 22 asserted claims from those identified in IpLearn's disclosures pursuant to Paragraph 4(c) of the Default Standard For Discovery, Including Discovery of Electronically Stored Information. From the identified 22 asserted claims, the parties will meet and confer and identify 20 claim terms to propose for construction.

To accommodate the above, the parties have also stipulated, subject to the approval of the Court, that the following dates set forth in the Scheduling Order (D.I. 181), and as modified in Joint Stipulation and Orders (D.I 312 and D.I. 330), are hereby amended as follows:[1]

---

[1] These proposed dates will not affect the date for the Markman hearing.

| Event | Current Due Date | Proposed Amended Due Date |
|---|---|---|
| Plaintiff IpLearn identifies 22 asserted claims | n/a | 5/21/13 |
| Parties exchange claim terms | 4/29/13 | 6/4/13 |
| Parties exchange proposed claim constructions | 4/29/13 | 6/25/13 |
| Parties File Joint Claim Construction Chart | 5/6/13 | 7/2/13 |
| Plaintiff IpLearn serves Opening Brief | 5/24/13 | 7/16/13 |
| Defendants serve Answering Brief | 6/25/13 | 8/9/13 |
| Plaintiff IpLearn serves Reply Brief | 7/30/13 | 8/20/13 |
| Defendants serve Sur-Reply Brief | 8/13/13 | 8/30/13 |
| Parties file Joint Claim Construction Brief | 8/16/13 | 9/6/13 |
| Markman Hearing | 9/30/13 | 9/30/13 (No change) |

| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Arthur G. Connolly, III* | */s/ Stephen J. Kraftschik* |
| Arthur G. Connolly, III (#2667)<br>1000 North West Street<br>Suite 1400<br>Wilmington, DE 19801<br>(302) 888-6318<br>aconnolly@connollygallagher.com<br><br>*Attorneys for Plaintiff IpLearn, LLC* | Mary B. Graham (#2256)<br>Stephen J. Kraftschik (#5623)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>mgraham@mnat.com<br>skraftschik@mnat.com<br><br>*Attorneys for Defendant Oracle Corporation* |
| MCCARTER & ENGLISH, LLP | SHAW KELLER LLC |
| */s/ Daniel M. Silver* | */s/ Andrew E. Russell* |
| Daniel M. Silver (#4758)<br>Renaissance Centre<br>405 N. King Street 8th Floor<br>Wilmington, DE 19801<br>Tel: (302) 984-6331<br>Fax: (302) 691-1260<br>dsilver@mccarter.com<br><br>*Attorneys for Defendant Connections Education LLC f/k/a Connections Academy, LLC* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Jeffrey T. Castellano (#4837)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue<br>Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>arussell@shawkeller.com<br><br>*Attorneys for Defendant NCS Pearson, Inc.* |

POTTER ANDERSON CORROON LLP

*/s/ Philip A. Rovner*
_____
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendants*
*The Ultimate Software Group, Inc.*


IT IS SO ORDERED this _____day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE