# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC, a California Limited Liability Company, | ) ) ) C.A. No. 11-825-RGA |
| Plaintiff, | ) ) JURY TRIAL DEMANDED |
| v. | ) ) ) |
| CONNECTIONS ACADEMY LLC, *et al.*, | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 29, 2013 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT THE ULTIMATE SOFTWARE GROUP, INC.'S PARAGRAPH 4(d) DISCLOSURES

### BY E-MAIL

Marc A. Fenster, Esq.
Benjamin T. Wang, Esq.
Fredricka Ung, Esq.
Russ August & Kabat
12424 Wilshire Boulevard
Suite 1200
Los Angeles, CA 90025
mfenster@raklaw.com
bwang@raklaw.com
fung@raklaw.com
iplearn@raklaw.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Henry C. Bunsow
Matthew F. Greinert
BUNSOW, DE MORY, SMITH &
ALLISON LLP
55 Francisco Street, 6th Floor
San Francisco, CA 94133
(415) 675-8889

Dated: April 30, 2013
1104280

By: /s/ Philip A. Rovner
　　Philip A. Rovner (#3215)
　　Jonathan A. Choa (#5319)
　　Hercules Plaza
　　P.O. Box 951
　　Wilmington, DE  19899
　　(302) 984-6000
　　provner@potteranderson.com
　　jchoa@potteranderson.com

*Attorneys for Defendant
The Ultimate Software Group, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on April 30, 2013, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com