IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IpLEARN, LLC,<br><br>     **Plaintiff,**<br>  v.<br><br>CONNECTIONS EDUCATION LLC, *et al.*,<br><br>     **Defendants.** | Civil Action No. 11-825-RGA |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANTS NCS PEARSON INC. AND CONNECTIONS EDUCATION LLC**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendants Connections Education LLC ("Connections") and NCS Pearson Inc. ("Pearson"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

June 6, 2013

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MCCARTER & ENGLISH, LLP |
| | By: */s/ Daniel M. Silver* |
| By: */s/ Arthur G. Connolly III* | Daniel M. Silver (DE #4758) |
| Arthur G. Connolly III (#2667) | Renaissance Centre |
| 1000 North West Street, Suite 1400 | 405 N. King Street 8th Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 888-6318 | Tel: (302) 984-6331 |
| aconnolly@connollygallagher.com | Fax: (302) 691-1260 |
| | dsilver@mccarter.com |
| *Attorney for Plaintiff IpLearn, LLC* | *Attorneys for Defendant Connections Education, LLC* |
| | |
| | SHAW KELLER LLC |
| | By: */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Jeffrey T. Castellano (No. 4837) |

1

        300 Delaware Avenue, Suite 1120
        Wilmington, DE 19801
        (302) 298-0700
        jshaw@shawkeller.com
        kkeller@shawkeller.com
        jcastellano@shawkeller.com
        *Attorneys for Defendant NCS Pearson Inc.*

IT IS SO ORDERED this _____ day of June 2013.

        _____
        UNITED STATES DISTRICT JUDGE