## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IpLEARN, LLC,

          **Plaintiff,**

      **v.**

CONNECTIONS EDUCATION LLC, *et al.*,

          **Defendants.**

**Civil Action No. 11-825-RGA**

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANTS NCS PEARSON INC. AND CONNECTIONS EDUCATION LLC

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC

("IpLearn") and Defendants Connections Education LLC ("Connections") and NCS Pearson Inc.

("Pearson"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court,

that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with

each party to bear its own costs, expenses and attorneys' fees.

June 6, 2013

CONNOLLY GALLAGHER LLP

By:  */s/ Arthur G. Connolly III*
Arthur G. Connolly III (#2667)
1000 North West Street, Suite 1400
Wilmington, Delaware 19801
(302) 888-6318
aconnolly@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*

MCCARTER & ENGLISH, LLP

By:  */s/ Daniel M. Silver*
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6331
Fax: (302) 691-1260
dsilver@mccarter.com
*Attorneys for Defendant Connections
Education, LLC*

SHAW KELLER LLC

By:  */s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)

300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendant NCS Pearson Inc.*

IT IS SO ORDERED this 10th day of June 2013.

UNITED STATES DISTRICT JUDGE

2