IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to paragraph 7 of the Court's Scheduling Order (D.I. 181), as modified in subsequent Joint Stipulation and Orders (D.I. 312, 330, and 336), Plaintiff IpLearn LLC and Defendants Oracle Corporation and The Ultimate Software Group, Inc. hereby submit their Joint Claim Construction Chart, attached as Exhibit A.  A copy of the nine patents-in-suit, those portions of the intrinsic record relied upon, and the claim construction order entered in *IpLearn, LLC v. Saba Software, Inc.*, No. 5:02-cv-02634-JW (N.D. Cal. Mar. 21, 2003) are attached as Exhibits B-D, organized as follows:

- Exhibit B.1    U.S. Patent 5,779,486 ("the '486 patent")
- Exhibit B.2    U.S. Patent 6,118,973 ("the '973 patent")
- Exhibit B.3    U.S. Patent 6,126,448 ("the '448 patent")
- Exhibit B.4    U.S. Patent 6,213,780 ("the '780 patent")
- Exhibit B.5    U.S. Patent 6,398,556 ("the '556 patent")
- Exhibit B.6    U.S. Patent 6,685,478 ("the '478 patent")
- Exhibit B.7    U.S. Patent 6,688,888 ("the '888 patent")
- Exhibit B.8    U.S. Patent RE38,432 ("the '432 patent")
- Exhibit B.9    U.S. Patent RE39,942 ("the '942 patent")
- Exhibit C.1    '448 File History Excerpts
- Exhibit C.2    '478 File History Excerpts
- Exhibit C.3    '556 Reexam File History Excerpts
- Exhibit D     *Saba* Claim Construction Order

- 2 -

The parties have diligently worked to narrow the number of claim terms in dispute and to bring to the Court only those terms which appear at this time to be of most importance to resolution of issues of validity and infringement.

The parties reserve their rights to amend and/or supplement the attached Joint Claim Construction Chart with additional intrinsic evidence in their claim construction briefs, as well as the right to rely upon extrinsic evidence.

| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Ryan Patrick Newell* | */s/ Stephen Kraftschik* |
| Arthur G. Connolly, III (2667) | Mary B. Graham (#2256) |
| Ryan Patrick Newell (#4744) | Stephen Kraftschik (#5623) |
| 1000 North West Street, Suite 1400 | 1201 N. Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 888-6318 | Wilmington, DE 19899-1347 |
| aconnolly@connollygallagher.com | (302) 658-9200 |
| *Attorneys for IpLearn, LLC* | mgraham@mnat.com |
| | skraftschik@mnat.com |
| | *Attorneys for Oracle Corporation* |

POTTER ANDERSON & CORROON, LLP

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com
 *Attorneys for The Ultimate Software Group, Inc.*

July 2, 2013
7337898