IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (RGA) |
| | ) | |
| KENEXA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendants' Answering Claim Construction Brief* were caused to be served on August 9, 2013, upon the following in the manner indicated:

**BY E-MAIL**

CONNOLLY GALLAGHER LLP

Arthur G. Connolly, III
**aconnolly@connollygallagher.com**

**BY E-MAIL**

RUSS AUGUST & KABAT

Marc A. Fenster
**mfenster@raklaw.com**

Benjamin Wang
**bwang@raklaw.com**

Fredricka Ung
**fung@raklaw.com**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
  *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Robert Sloss
Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

August 9, 2013