IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Oracle Corporation's Second Set of Interrogatories to Plaintiff IpLearn LLC (Nos. 11-17)* were caused to be served on August 14, 2013, by hand delivery on:

## SERVICE BY HAND DELIVERY

Arthur G. Connolly , III
CONNOLLY GALLAGHER LLP
1000 West Street
Suite 1400
Wilmington, DE 19801

Courtesy copies of the foregoing were sent on August 14, 2013, by e-mail to:

## COURTESY COPIES BY E-MAIL

CONNOLLY GALLAGHER LLP

Arthur G. Connolly, III
**aconnolly@connollygallagher.com**

RUSS AUGUST & KABAT

Marc A. Fenster
**mfenster@raklaw.com**

Benjamin Wang
**bwang@raklaw.com**

Fredricka Ung
**fung@raklaw.com**

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Stephen J. Kraftschik*

          Mary B. Graham (#2256)
          Stephen J. Kraftschik (#5623)
          1201 N. Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          mgraham@mnat.com
          skraftschik@mnat.com
            *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Peter O'Rourke
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065

August 14, 2013