IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the appearance of Robert Sloss of Oracle Corporation is hereby withdrawn as counsel for Oracle Corporation in this action. Oracle Corporation continues to be represented in this action by the law firms of Morris, Nichols, Arsht & Tunnell LLP and Wilmer Cutler Pickering Hale & Dorr LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
   *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

Peter O'Rourke
Deok Keun Matthew Ahn
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065

August 15, 2013
7465216