IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**ORACLE CORPORATION'S**
**<u>NOTICE OF DEPOSITION OF PETER P. TONG</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Oracle Corporation will take the deposition of Peter P. Tong on September 11-13, beginning at 9:00 a.m. at the office of Russ, August & Kabat located at 12424 Wilshire Blvd, 12th Floor, Los Angeles, CA 90025. The deposition will take place by oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oaths and record testimony, and will continue from day to day until completed, weekends and holidays excluded. The deposition may be recorded by stenographic and/or videographic means. Real-time transcription (e.g., LiveNote) may be used as well. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*

Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
   *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Peter O'Rourke
Matthew Ahn
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

September 9, 2013
7548220