IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>                Plaintiff,<br>   v.<br><br>CONNECTIONS EDUCATION LLC, *et al.*,<br><br>                Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of September, 2013, a copy of following notices of deposition were served upon the following counsel of record via e-mail:

1. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Jody Kaminsky

2. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Chris Phenicie

3. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Lisa Sterling

4. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Mitch Dauerman

5. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Greg Swick

6. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Linda Larrivee

7. Plaintiff IpLearn, LLC's 30(b)(1) Notice of Deposition of Pat Pickren

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

Henry C. Bunsow, Esquire
Matthew F. Greinert, Esquire
Bunsow De Mory, Esquire
Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
(415) 426-4747
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

Rodger Dallery Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
rdsefiling@mnat.com

Lucas Silva, Esquire
Matthew Lowrie, Esquire
Robert J. Silverman, Esquire
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
(617) 342-4019
lsilva@foley.com
mlowrie@foley.com
rsilverman@foley.com

Mary B. Graham, Esquire
Stephen J. Kraftschik, Esquire
Jeremy A. Tigan, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
skraftschik@mnat.com
jtigan@mnat.com

Andrew B. Grossman, Esquire
Mark D. Selwyn, Esquire
Matthew S. Chen, Esquire
Evelyn C. Mak, Esquire
Nancy L. Schroeder, Esquire
S. Dennis Wang, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6031
andrew.grossman@wilmerhale.com
Mark.Selwyn@wilmerhale.com
matthew.chen@wilmerhale.com
evelyn.mak@wilmerhale.com
nancy.schroeder@wilmerhale.com
dennis.wang@wilmerhale.com

|  |  |
|---|---|
| | CONNOLLY GALLAGHER LLP |
| | */s/ Ryan P. Newell* |
| | Arthur G. Connolly III (#2667) |
| | Ryan P. Newell (#4744) |
| | The Brandywine Building |
| | 1000 West Street, Suite 1400 |
| | Wilmington, DE 19801 |
| | Tel: (302) 757-7300 |
| | Fax: (302) 757-7299 |
| | aconnolly@connollygallagher.com |
| | rnewell@connollygallagher.com |
| Dated: September 11, 2013 | *Attorneys for Plaintiff, IpLearn LLC* |