IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>    Plaintiff,<br> v.<br><br>CONNECTIONS EDUCATION LLC, *et al.*,<br><br>    Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

  PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 10th day of September, 2013, a copy of Plaintiff IpLearn, LLC's 30(b) Notice of Deposition of The Ultimate Software Group, Inc. was served upon the following counsel of record via e-mail:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

Henry C. Bunsow, Esquire
Matthew F. Greinert, Esquire
Bunsow De Mory, Esquire
Smith & Allison LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
(415) 426-4747
hbunsow@bdiplaw.com
mgreinert@bdiplaw.com

Rodger Dallery Smith II, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 351-9205
rdsefiling@mnat.com

Lucas Silva, Esquire
Matthew Lowrie, Esquire

Mary B. Graham, Esquire
Stephen J. Kraftschik, Esquire
Jeremy A. Tigan, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
skraftschik@mnat.com
jtigan@mnat.com

Andrew B. Grossman, Esquire
Mark D. Selwyn, Esquire
Matthew S. Chen, Esquire
Evelyn C. Mak, Esquire
Nancy L. Schroeder, Esquire
S. Dennis Wang, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6031

<div style="display: flex;">
<div>
Robert J. Silverman, Esquire  
Foley & Lardner LLP  
111 Huntington Avenue  
Boston, MA 02199  
(617) 342-4019  
lsilva@foley.com  
mlowrie@foley.com  
rsilverman@foley.com  
</div>
<div>
andrew.grossman@wilmerhale.com  
Mark.Selwyn@wilmerhale.com  
matthew.chen@wilmerhale.com  
evelyn.mak@wilmerhale.com  
nancy.schroeder@wilmerhale.com  
dennis.wang@wilmerhale.com  

CONNOLLY GALLAGHER LLP  

*/s/ Ryan P. Newell*  
Arthur G. Connolly III (#2667)  
Ryan P. Newell (#4744)  
The Brandywine Building  
1000 West Street, Suite 1400  
Wilmington, DE 19801  
Tel: (302) 757-7300  
Fax: (302) 757-7299  
aconnolly@connollygallagher.com  
rnewell@connollygallagher.com  

*Attorneys for Plaintiff,*  
*IpLearn LLC*
</div>
</div>

Dated: September 11, 2013