**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPLEARN, LLC,<br><br>      Plaintiff,<br>  v.<br><br>KENEXA CORPORATION, *et al.*,<br><br>      Defendants. | C.A. No. 11-825-RGA |

## NOTICE OF SERVICE

  PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 11th day of October, 2013, copies of: (1) IpLearn, LLC's 30(b)(1) Notice of Deposition of Elaine Clement; (2) IpLearn, LLC's 30(b)(1) Notice of Deposition of Prem Arumugam; and (3) Plaintiff IpLearn, LLC's Second Supplemental Objections and Responses to Defendant Oracle Corporation's First Set of Interrogatories to Plaintiff (Interrogatory No. 1) were served upon the following counsel of record:

<u>Via Email</u>:

| | |
|---|---|
| Andrew B. Grossman, Esquire | Mary B. Graham, Esquire |
| Mark D. Selwyn, Esquire | Stephen J. Kraftschik, Esquire |
| Matthew S. Chen, Esquire | Jeremy A. Tigan, Esquire |
| Evelyn C. Mak, Esquire | Morris, Nichols, Arsht & Tunnell LLP |
| Nancy L. Schroeder, Esquire | 1201 North Market Street |
| S. Dennis Wang, Esquire | P.O. Box 1347 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Wilmington, DE 19899 |
| 950 Page Mill Road | (302) 658-9200 |
| Palo Alto, CA 94304 | mbgefiling@mnat.com |
| (650) 858-6031 | skraftschik@mnat.com |
| andrew.grossman@wilmerhale.com | jtigan@mnat.com |
| Mark.Selwyn@wilmerhale.com | |
| matthew.chen@wilmerhale.com | |
| evelyn.mak@wilmerhale.com | |
| nancy.schroeder@wilmerhale.com | |
| dennis.wang@wilmerhale.com | |

| | |
|---|---|
| Dated: October 11, 2013 | CONNOLLY GALLAGHER LLP |
| Of Counsel: | By: */s/ Arthur G. Connolly, III* |

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

Arthur G. Connolly, III (#2667)
Ryan P. Newell (#4744)
Connolly Gallagher LLP
1000 North West Street, Suite 1400
Wilmington, DE  19801
(302) 302-888-6318 (phone)
(302) 757-7299 (fax)
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*