IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-825 (RGA) |
| v. | ) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of (1) *Oracle Corporation's Objections and Responses to Plaintiff's Second Set of Interrogatories;* and (2) *Defendant Oracle Corporation's Responses and Objections to Plaintiff's Second Set of Requests For Production of Documents* were caused to be served on October 11, 2013, upon the following in the manner indicated:

**BY E-MAIL**

CONNOLLY GALLAGHER LLP

Arthur G. Connolly, III
**aconnolly@connollygallagher.com**

**BY E-MAIL**

RUSS AUGUST & KABAT

Marc A. Fenster
**mfenster@raklaw.com**

Benjamin Wang
**bwang@raklaw.com**

Fredricka Ung
**fung@raklaw.com**

Adam S. Hoffman
**ahoffman@raklaw.com**

J. Power Hely VI
**phely@raklaw.com**

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Stephen J. Kraftschik* |
|  | Mary B. Graham (#2256) |
|  | Stephen J. Kraftschik (#5623) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
|  | mgraham@mnat.com |
|  | skraftschik@mnat.com |
|  | *Attorneys for Oracle Corporation* |

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Peter O'Rourke
Deok Keun Matthew Ahn
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

October 11, 2013