## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IPLEARN, LLC, | |
|                Plaintiff, | C.A. No. 11-825-RGA |
|    v. | |
| KENEXA CORPORATION, *et al.*, | |
|                Defendants. | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 15th day of October, 2013, copies of: (1) Plaintiff IpLearn LLC's Objections and Responses to Defendant Oracle Corporation's First Set of Requests for Admission; and (2) Plaintiff IpLearn LLC's Objections and Responses to Defendant Oracle Corporation's Third Set of Interrogatories to Plaintiff IpLearn LLC (Nos. 18-25) were served upon the following counsel of record via e-mail:

| | |
|---|---|
| Mary B. Graham, Esquire | Andrew B. Grossman, Esquire |
| Jeremy A. Tigan, Esquire | Mark D. Selwyn, Esquire |
| Stephen J. Kraftschik, Esquire | Wilmer Cutler Pickering Hale and Dorr LLP |
| Morris, Nichols, Arsht & Tunnell LLP | 950 Page Mill Road |
| 1201 North Market Street | Palo Alto, CA 94304 |
| P.O. Box 1347 | (650) 858-6031 |
| Wilmington, DE 19899 | andrew.grossman@wilmerhale.com |
| (302) 658-9200 | Mark.Selwyn@wilmerhale.com |
| mgraham@mnat.com | |
| jtigan@mnat.com | |
| skraftschik@mnat.com | |

Dated: October 15, 2013

CONNOLLY GALLAGHER LLP


Of Counsel:

Marc A. Fenster, CA Bar No. 181067
E-mail: mfenster@raklaw.com
Benjamin T. Wang, CA Bar No. 228712
E-mail: bwang@raklaw.com
Fredricka Ung, CA Bar No. 253794
E-mail: fung@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474 (phone)
(310) 826-6991 (fax)

By:  */s/ Arthur G. ConnollyIII*
Arthur G. Connolly III (#2667)
Ryan P. Newell (#4744)
Connolly Gallagher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801
(302) 302-757-7300 (phone)
(302) 757-7299 (fax)
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorney for Plaintiff IpLearn, LLC*