IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IPLEARN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-825 (RGA) |
| | ) | |
| KENEXA CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORACLE CORPORATION'S**
**MOTION FOR LEAVE TO AMEND ITS ANSWER**

Defendant Oracle Corporation ("Oracle") hereby moves for leave to amend its Answer (D.I. 180) to Plaintiff's First Amended Complaint (D.I. 15) to add a defense of equitable estoppel, and requests that the Court enter the attached proposed order. Pursuant to D. Del. LR 15.1, Oracle attaches to this motion its proposed amended answer (Ex. A) and a form of the amended pleading indicating the difference from Oracle's original answer (Ex. B). Pursuant to D. Del. LR 7.1.1, Oracle also attaches a certification that it has conferred with opposing counsel regarding the substance of this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
*Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Peter O'Rourke
Deok Keun Matthew Ahn
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

October 15, 2013
7668513