IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-825 (RGA) |
| | ) |
| KENEXA CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ORACLE CORPORATION'S
<u>SUBPOENAS TO SKILLSOFT CORPORATION</u>**

TO ALL PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rules 30, 34 and 45 of the Federal Rules of Civil Procedure, Oracle Corporation ("Oracle"), by and through its counsel, will serve the attached subpoenas to Skillsoft Corporation ("Skillsoft") for the production of documents and deposition testimony. The subpoena for the production of documents, attached hereto as Exhibit 1, provides that Oracle, by and through its counsel, will receive documents from Skillsoft on Tuesday, October 29, 2013, at 9:00 a.m. at WilmerHale, 1875 Pennsylvania Avenue, NW, Washington, DC 2006 or at such other time and place agreed to by the parties.

The subpoena for deposition, attached hereto as Exhibit 2, provides that Oracle, by and through its counsel, will take the deposition of Skillsoft Corporation at such other time and place agreed to by the parties. Pursuant to Rule 30(b)(6), Skillsoft is obligated to designate one or more of its officers, directors, or managing agents, and/or one or more persons who consent to testify on its behalf concerning the matters set forth in Exhibit A to the subpoena. The deposition will take place by oral examination pursuant to the Federal Rules of Civil Procedure before an officer duly authorized to administer oaths and record testimony, and will continue

from day to day until completed, weekends and holidays excluded. The deposition may be recorded by stenographic and/or videographic means. Real-time transcription (*e.g.*, LiveNote) may be used as well. You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen J. Kraftschik*
Mary B. Graham (#2256)
Stephen J. Kraftschik (#5623)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com
skraftschik@mnat.com
   *Attorneys for Oracle Corporation*

OF COUNSEL:

Mark D. Selwyn
WILMER CUTLER
PICKERING HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304

Andrew B. Grossman
WILMER CUTLER
PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA  90071

Peter O'Rourke
Matthew Ahn
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065

October 17, 2013
7678765