# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IPLEARN, LLC,<br><br>             Plaintiff,<br>    v.<br><br>KENEXA CORPORATION, et al.,<br><br>             Defendants. | Civil Action No. 11-825-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT KENEXA CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff IpLearn, LLC ("IpLearn") and Defendant Kenexa Corporation ("Kenexa"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), that all claims and counterclaims in this action are hereby dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Date:   October 22, 2013

| | |
|---|---|
| CONNOLLY GALLAGHER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| By: */s/ Arthur G. Connolly, III* | By: */s/ Rodger D. Smith, II* |
|     Arthur G. Connolly, III (#2667)<br>    1000 North West Street, Suite 1400<br>    Wilmington, DE 19801<br>    (302) 888-6318<br>    aconnolly@connollygallagher.com<br><br>    *Attorneys for Plaintiff IpLearn, LLC* |     Rodger D. Smith, II (#3778)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899<br>    (302) 658-9200<br>    rsmith@mnat.com<br><br>    *Attorneys for Defendant Kenexa Corporation* |